## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>          vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>      Defendants. | Case No.  **1:05-cv-162** |

## MOTION BY PLAINTIFF HYLAND FOR AN INJUNCTION
## <u>BARRING THE PROSECUTION OF RELATED STATE COURT CLASS ACTIONS</u>

Plaintiff Samuel I. Hyland ("Plaintiff") respectfully requests that this Court issue an Order: (1) barring the prosecution of related state court class actions; (2) enjoining all named plaintiffs (and all persons, agents, representatives or employees acting in concert with them or on their behalf) in the case styled *In re J.P. Morgan Chase & Co. Shareholder Litigation*, consolidated civil action number 531-N (consolidated with case numbers 533-N and 534-N) pending in the Court of Chancery of the State of Delaware in and for New Castle County (the "Chancery Action") from prosecuting (including but not limited to participating in mediation, arbitration, or any other alternative dispute resolution in the Chancery Action, whether court-ordered or otherwise) any class (or otherwise representative) claims (including without limitation claims held to be derivative in nature) arising out of or relating to (a) the July 1, 2004 merger between J.P. Morgan Chase & Co. and the former Bank One Corporation (the "Merger") and (b) alleged nondisclosures or misrepresentations concerning the arrangement between

defendants William B. Harrison Jr. and James Dimon to grant Harrison two more years as CEO of the

combined Company in exchange for paying a premium in connection with the Merger; (3) enjoining the

Court of Chancery of the State of Delaware in and for New Castle County from ruling on, or otherwise

adjudicating, the pending motion to dismiss the Chancery Action; (4) enjoining the Court of Chancery of

the State of Delaware in and for New Castle County from certifying any class(es) in the Chancery Action

consisting of shareholders in the Company or any of its predecessors in relation to any of the above-

described claims; (5) enjoining the Court of Chancery of the State of Delaware in and for New Castle

County from ordering any mediation, arbitration, or other alternative dispute resolution in the Chancery

Action; (6) directing the Clerk of Court to serve copies of the order upon the law firms of Milberg Weiss

Bershad & Schulman LLP, and Bull & Lifshitz LLP, co-lead counsel in the Chancery Action, and upon

the Court of Chancery of the State of Delaware in and for New Castle County; and (7) ordering counsel in

the Chancery Action to promptly provide copies of the order to each client named as a plaintiff in the

Chancery Action.

In accordance with Local Rule 7.1.1, Plaintiff has made repeated efforts to seek the concurrence

of plaintiffs' counsel in the Chancery Action in the relief requested by this motion, but has been unable to

reach any agreement on the matters set forth herein.

In support of this motion, Plaintiff incorporates herein by reference the memorandum of law filed

herewith.

DATED:        March 21, 2005              Respectfully submitted,

                                          /s/ Joseph N. Gielata
                                          Joseph N. Gielata (DSB # 4338)
                                          Attorney at Law
                                          501 Silverside Road, Suite 90
                                          Wilmington, DE 19809
                                          (302) 798-1096

                                          **Attorney for Plaintiff Hyland**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that copies of the foregoing document were served by hand on March 21, 2005, on the following:

Seth D. Rigrodsky, Esq.
Ralph N. Sianni, Esq.
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
919 North Market Street Suite 411
Wilmington, DE 19801
*Co-Lead Counsel for Chancery Action Plaintiffs*

Jesse A. Finkelstein, Esq.
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
Wilmington, DE 19801
*Counsel for Defendants*

The Honorable Stephen P. Lamb
**Vice Chancellor of the Court of Chancery**
New Castle County Courthouse
500 North King Street, Suite 11400
Wilmington, DE 19801

 /s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)