**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>    Defendants. | Case No.  **1:05-cv-162 (JJF)** |

**PLAINTIFF SAMUEL I. HYLAND'S
<u>MOTION FOR ENTRY OF ORDER BY DEFAULT</u>**

Plaintiff Samuel I. Hyland ("Plaintiff") respectfully requests that this Court enter the Order proposed in connection with Plaintiff Hyland's Motion For An Injunction Barring The Prosecution Of Related State Court Class Actions (D.I. 2) (the "Injunction Motion").

On March 17, 2005, Plaintiff placed the relevant parties on notice of his intention to file the Injunction Motion.  *See* March 17, 2005 Letter from Joseph N. Gielata to the Honorable Stephen P. Lamb (attached hereto as Exhibit A).  Plaintiff filed and served the Injunction Motion on March 21, 2005 (D.I. 2).  Answering briefs opposing the Injunction Motion were due two days ago, on April 4, 2005 (D.I. 3).  As of the filing of the instant motion, no answering brief has been filed.

Accordingly, Plaintiff hereby moves for the entry by default of the Order proposed in connection with the Injunction Motion. The relief sought therein is necessary and appropriate to protect the rights of class members in the litigation at bar, as set forth more fully in Plaintiff's opening brief (D.I. 3) in support of the Injunction Motion.

Further, time is of the essence, as the Court of Chancery is due to rule upon a motion to dismiss a related action, with potentially adverse consequences for class members in this action. Entry of the proposed Order will forestall such consequences.

WHEREFORE, Plaintiff prays that this Court enter judgment in the form attached hereto ordering that, until further action or order of this Court or the entry of final judgment in all of the proceedings related to this action:

(1) the prosecution of any related state court class action is BARRED;

(2) all named plaintiffs (and all persons, agents, representatives or employees acting in concert with them or on their behalf) in the case styled *In re J.P. Morgan Chase & Co. Shareholder Litigation*, consolidated civil action number 531-N (consolidated with case numbers 533-N and 534-N) pending in the Court of Chancery of the State of Delaware in and for New Castle County (the "Chancery Action") are ENJOINED from prosecuting (including but not limited to participating in mediation, arbitration, or any other alternative dispute resolution in the Chancery Action, whether court-ordered or otherwise) any class (or otherwise representative) claims (including without limitation claims held to be derivative in nature) arising out of or relating to (a) the July 1, 2004 merger between J.P. Morgan Chase & Co. and the former Bank One Corporation (the "Merger") and (b) alleged nondisclosures or misrepresentations concerning the arrangement between defendants William B. Harrison Jr. and James Dimon to grant

Harrison two more years as CEO of the combined Company in exchange for paying a premium in connection with the Merger;

(3) the Court of Chancery of the State of Delaware in and for New Castle County is ENJOINED from ruling on, or otherwise adjudicating, the pending motion to dismiss the Chancery Action;

(4) the Court of Chancery of the State of Delaware in and for New Castle County is ENJOINED from certifying any class(es) in the Chancery Action consisting of shareholders in the Company or any of its predecessors in relation to any of the above-described claims;

(5) the Court of Chancery of the State of Delaware in and for New Castle County is ENJOINED from ordering any mediation, arbitration, or other alternative dispute resolution in the Chancery Action;

(6) the Clerk of Court is directed to serve copies of the order upon the law firms of Milberg Weiss Bershad & Schulman LLP, and Bull & Lifshitz LLP, co-lead counsel in the Chancery Action, and upon the Court of Chancery of the State of Delaware in and for New Castle County; and

(7) counsel in the Chancery Action shall promptly provide copies of the order to each client named as a plaintiff in the Chancery Action.

DATED:   April 6, 2005           Respectfully submitted,

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

*Attorney for Plaintiff Samuel Hyland*

## CERTIFICATE OF SERVICE

I hereby certify that copies of PLAINTIFF SAMUEL I. HYLAND'S MOTION FOR ENTRY OF ORDER BY DEFAULT were served by email and by sending via U.S. Mail on April 6, 2005, on the following:

>Seth D. Rigrodsky, Esq.
>srigrodsky@milbergweiss.com
>Richard Weiss, Esq. (via email only)
>rweiss@milbergweiss.com
>**MILBERG WEISS BERSHAD & SCHULMAN LLP**
>919 North Market Street Suite 411
>Wilmington, DE 19801
>*Co-Lead Counsel for Plaintiffs in*
>*In re J.P. Morgan Chase & Co. Shareholder Litigation*, 531-N
>
>Jesse A. Finkelstein, Esq.
>finkelstein@rlf.com
>Michael R. Robinson, Esq. (via email only)
>robinson@rlf.com
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE 19801
>*Counsel for Defendants in*
>*In re J.P. Morgan Chase & Co. Shareholder Litigation*, 531-N

I further certify that a copy of PLAINTIFF SAMUEL I. HYLAND'S MOTION FOR ENTRY OF ORDER BY DEFAULT was served by hand on April 6, 2005, on the following:

>The Honorable Stephen P. Lamb
>**Vice Chancellor of the Court of Chancery**
>New Castle County Courthouse
>500 North King Street, Suite 11400
>Wilmington, DE 19801

        /s/ Joseph N. Gielata
        Joseph N. Gielata (DSB # 4338)