## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>　　　　Defendants. | Case No. **1:05-cv-162 (JJF)** |

### DECLARATION OF JOSEPH N. GIELATA

JOSEPH N. GIELATA declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the attorney for the plaintiff in the above-captioned matter.

2. I submit this Declaration in support of Plaintiff Samuel I. Hyland's Motion For Entry Of Order By Default.

3. Attached as Exhibit A is a true and correct copy of the March 17, 2005 Letter from Joseph N. Gielata to the Honorable Stephen P. Lamb.

The foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: April 6, 2005　　　　　　　　/s/ Joseph N. Gielata
　　　　　　　　　　　　　　　　　　Joseph N. Gielata (DSB # 4338)