## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DELAWARE 19899
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JESSE A. FINKELSTEIN
DIRECTOR

DIRECT DIAL NUMBER
302-651-7754
FINKELSTEIN@RLF.COM

April 6, 2005

**VIA ELECTRONIC FILING**

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

        Re:    **Hyland v. Harrison, *et al.*, Case No. 1:05-cv-162**

Dear Judge Farnan:

        I write on behalf of all defendants in response to plaintiff's motion for entry of order by default. In his motion, plaintiff failed to state two relevant facts:

    (i)    No defendant has been served or has waived service in this matter. Only yesterday did J.P. Morgan Chase & Co.'s agent for service receive a waiver of notice from plaintiff's counsel, Joseph N. Gielata, in this matter; several of the thirteen individual defendants have received similar requests today, and we believe that similar requests have been sent to the other individual present and former JPMC directors named in the complaint; and

    (ii)    After requesting and receiving stipulation to file our response on April 5, our office informed plaintiff's counsel that we were not going to be in a position to file a response to his motion until Friday, April 8, because we are currently working on obtaining waivers of service for the individual defendants whom he has not yet bothered to serve, which attempt was promised to plaintiff's counsel last week.

        Further, plaintiff purports to seek immediate relief because, in his words, "time is of the essence." If this were true, his counsel would have served the complaint concurrent with his filing, or made formal request for expedition.

        In light of these facts and in light of our continued and strenuous opposition to a stay of the Delaware Court of Chancery proceedings in this matter, we respectfully request that Your Honor deny plaintiff's motion for entry of order by default.

RLF1-2860777-1

Honorable Joseph J. Farnan, Jr.
April 6, 2005
Page 2

       If Your Honor has any questions or requires further elaboration regarding this matter, counsel are available at the Court's convenience.

                          Respectfully,

                          Jesse A. Finkelstein
                          (DSBA # 1090)

JAF:mrr

cc:   Clerk of Court (By electronic filing)
       Joseph N. Gielata, Esq. (By Email)
       Seth D. Rigrodsky, Esq. (By Email)
       Michael A. Cooper, Esq. (By Email)
       Sharon L. Nelles, Esq. (By Email)
       Nancy Schwarzkopf, Esq. (By Email)