IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, )<br>RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN )<br>H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY )<br>BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, )<br>HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. )<br>STAFFORD, JPMORGAN CHASE & CO., and JAMES )<br>DIMON, )<br>)<br>Defendants | C.A. No. 1:05-cv-162 (JJF) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Nancy E. Schwarzkopf of J.P. Morgan Chase & Co., 1 Chase Manhattan Plaza, 26th Floor, New York, New York 10081, to represent the Defendant J.P. Morgan Chase & Co. in this matter.

Jesse A. Finkelstein (Del. Bar No. 1090)
Michael R. Robinson (Del. Bar No. 4452)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Phone: (302) 651-7700
finkelstein@rlf.com
robinson@rlf.com
*Attorneys for Defendants*

Dated: April 7, 2005

RLF1-2861499-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, )<br>RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN )<br>H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY )<br>BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, )<br>HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. )<br>STAFFORD, JPMORGAN CHASE & CO., and JAMES )<br>DIMON, )<br>)<br>Defendants. | C.A. No. 1:05-cv-162 (JJF) |

## ORDER

IT IS HEREBY ORDERED that on this _____ day of _____ 2005, counsel's motion for admission *pro hac vice* is granted.

_____
UNITED STATES DISTRICT
COURT JUDGE

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this motion.

Nancy B. Schwarzkopf
J.P. Morgan Chase & Co.
1 Chase Manhattan Plaza
26th Floor
New York, NY 10081

Dated: ~~March~~ April 5, 2005

RLF1-2857103-1

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2005, I electronically filed a MOTION FOR ADMISSION *PRO HAC VICE* of Nancy E. Schwarzkopf, with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Joseph N. Gielata, Esq.
> 501 Silverside Road
> Suite 90
> Wilmington, DE 19809

/s/ Michael R. Robinson
Michael R. Robinson (#4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com

RLF1-2861499-1