IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMUEL I. HYLAND, individually and on behalf of all )
others similarly situated,                          )
                                                    )
                 Plaintiff,                         )
                                                    )
        v.                                          )   C.A. No. 1:05-cv-162 (JJF)
                                                    )
WILLIAM B. HARRISON, JR., HANS W. BECHERER,         )
RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN       )
H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY           )
BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III,       )
HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R.           )
STAFFORD, JPMORGAN CHASE & CO., and JAMES           )
DIMON,                                              )
                                                    )
                 Defendants.                        )

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission *pro hac vice* of Michael A. Cooper, Sharon L. Nelles, and Keith Levenberg of

Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, to represent the

Individual Defendants in this matter.

                                        _____
                                        Jesse A. Finkelstein (Del. Bar No. 1090)
                                        Michael R. Robinson (Del. Bar No. 4452)
                                        Richards, Layton & Finger, P.A.
                                        One Rodney Square
                                        P.O. Box 551
                                        Wilmington, DE 19899
                                        Phone: (302) 651-7700
                                        finkelstein@rlf.com
                                        robinson@rlf.com
Dated: April 7, 2005                    *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 1:05-cv-162 (JJF) |
| WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

IT IS HEREBY ORDERED that on this _____ day of _____ 2005, counsel's

motion for admission *pro hac vice* is granted

_____
UNITED STATES DISTRICT
COURT JUDGE

RLF1-2856892-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of the State

of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of

this Court for any alleged misconduct which occurs in the preparation of course of this

action. I also certify I am generally familiar with this Court's Local Rules. In

accordance with Standing Order for District Court fund effective 1/1/05, I further certify

that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of

this motion.

Michael A. Cooper
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Dated: March 29, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of the State of New York, and

pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action. I also certify I am generally

familiar with this Court's Local Rules. In accordance with Standing Order for District Court

Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the

Clerk of Court upon the filing of this motion.

_____
Keith Levenberg
Sullivan & Cromwell
125 Broad Street
New York, NY 10004
(212) 558-4000


Dated: March 31, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this motion.

_____
Sharon L. Nelles
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

Dated: April 1, 2005

RLF1-2857103-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2005, I electronically filed a MOTION FOR ADMISSION *PRO HAC VICE* of Michael A. Cooper, Sharon L. Nelles, and Keith Levenberg, with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Joseph N. Gielata, Esq.
> 501 Silverside Road
> Suite 90
> Wilmington, DE 19809

Michael R. Robinson (#4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com