**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>    Defendants. | Case No.  **1:05-cv-162 (JJF)** |

**PLAINTIFF SAMUEL I. HYLAND'S MOTION TO STRIKE
DEFENDANTS' ANSWERING BRIEF AS UNTIMELY**

Plaintiff Samuel I. Hyland ("Plaintiff") respectfully requests that this Court strike as untimely the answering brief ("Answering Brief") in opposition to Plaintiff's motion for an injunction barring related state court class actions (D.I. 2) ("Injunction Motion") submitted by all the defendants other than Riley P. Bechtel ("Answering Defendants").

Plaintiff filed and served the Injunction Motion on March 21, 2005 (D.I. 2). Under Local Rule 7.1.2(a)(2), any answering briefs opposing the opening brief in support of the Injunction Motion were due "no later than 10 days after service and filing of the opening brief," *i.e.* on April 4th (D.I. 3). On April 6th, Plaintiff moved for the entry by default of the Order ("Default Motion") proposed in connection with the Injunction Motion (D.I. 4). On April 7th, the Answering Defendants, through reputable and able counsel, belatedly filed the Answering Brief (D.I. 9).

WHEREFORE, Plaintiff prays that this Court strike the Answering Brief as untimely and enter judgment in the form attached to the Default Motion ordering that, until further action or order of this Court or the entry of final judgment in all of the proceedings related to this action:

(1) the prosecution of any related state court class action is BARRED;

(2) all named plaintiffs (and all persons, agents, representatives or employees acting in concert with them or on their behalf) in the case styled *In re J.P. Morgan Chase & Co. Shareholder Litigation*, consolidated civil action number 531-N (consolidated with case numbers 533-N and 534-N) pending in the Court of Chancery of the State of Delaware in and for New Castle County (the "Chancery Action") are ENJOINED from prosecuting (including but not limited to participating in mediation, arbitration, or any other alternative dispute resolution in the Chancery Action, whether court-ordered or otherwise) any class (or otherwise representative) claims (including without limitation claims held to be derivative in nature) arising out of or relating to (a) the July 1, 2004 merger between J.P. Morgan Chase & Co. and the former Bank One Corporation (the "Merger") and (b) alleged nondisclosures or misrepresentations concerning the arrangement between defendants William B. Harrison Jr. and James Dimon to grant Harrison two more years as CEO of the combined Company in exchange for paying a premium in connection with the Merger;

(3) the Court of Chancery of the State of Delaware in and for New Castle County is ENJOINED from ruling on, or otherwise adjudicating, the pending motion to dismiss the Chancery Action;

(4) the Court of Chancery of the State of Delaware in and for New Castle County is ENJOINED from certifying any class(es) in the Chancery Action consisting of

shareholders in the Company or any of its predecessors in relation to any of the above-described claims;

(5) the Court of Chancery of the State of Delaware in and for New Castle County is ENJOINED from ordering any mediation, arbitration, or other alternative dispute resolution in the Chancery Action;

(6) the Clerk of Court is directed to serve copies of the order upon the law firms of Milberg Weiss Bershad & Schulman LLP, and Bull & Lifshitz LLP, co-lead counsel in the Chancery Action, and upon the Court of Chancery of the State of Delaware in and for New Castle County; and

(7) counsel in the Chancery Action shall promptly provide copies of the order to each client named as a plaintiff in the Chancery Action.

DATED:      April 11, 2005            Respectfully submitted,

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

*Attorney for Plaintiff Samuel Hyland*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that, on April 11, 2005, I electronically filed Plaintiff Samuel I. Hyland's Motion To Strike Defendants' Answering Brief As Untimely (the "Filing") with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Jesse A. Finkelstein, Esq.
>Michael R. Robinson, Esq.
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE  19801
>*Counsel for Defendants except Riley P. Bechtel*

I hereby certify that, on April 11, 2005, I have mailed by United States Postal Service, postage prepaid, and emailed the Filing to the following non-registered participants:

>Seth D. Rigrodsky, Esq.
>srigrodsky@milbergweiss.com
>Richard Weiss, Esq. (via email only)
>rweiss@milbergweiss.com
>**MILBERG WEISS BERSHAD & SCHULMAN LLP**
>919 North Market Street Suite 411
>Wilmington, DE 19801
>*Co-Lead Counsel for Plaintiffs in*
>*In re J.P. Morgan Chase & Co. Shareholder Litigation*, 531-N

I hereby certify that, on April 11, 2005, I delivered by hand the Filing to the following non-registered participants:

>The Honorable Stephen P. Lamb
>**Vice Chancellor of the Court of Chancery**
>New Castle County Courthouse
>500 North King Street, Suite 11400
>Wilmington, DE  19801

>/s/ Joseph N. Gielata
>Joseph N. Gielata (DSB # 4338)
>Attorney at Law
>501 Silverside Road, Suite 90
>Wilmington, Delaware 19809
>(302) 798-1096
>attorney@gielatalaw.com