IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>    Defendants. | Case No. **1:05-cv-162 (JJF)** |

**[PROPOSED] ORDER**

Having considered Plaintiff Samuel I. Hyland's Motion To Strike Defendants' Answering Brief As Untimely, and for good cause shown,

IT IS HEREBY ORDERED that the Answering Brief (D.I. 9) untimely filed by the defendants other than Riley P. Bechtel is STRICKEN.

DATED:    April ___, 2005

_____
United States District Judge