## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JESSE A. FINKELSTEIN
DIRECTOR

DIRECT DIAL NUMBER
302-651-7754
FINKELSTEIN@RLF.COM

April 11, 2005

**VIA ELECTRONIC FILING**

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

Re: **Hyland v. Harrison, *et al.*, Case No. 1:05-cv-162**

Dear Judge Farnan:

We write this letter on behalf of defendants in response to Plaintiff Samuel I. Hyland's Motion to Strike Defendants' Answering Brief As Untimely filed this morning. For the reasons set forth fully in my letter of April 6, 2005 to the Court, we will not further respond to plaintiff's motion to strike our opposing memorandum filed on April 6, 2005 unless the Court wishes us to do so.

Respectfully,

*Jesse A. Finkelstein/by LMZ*

Jesse A. Finkelstein
(DSBA # 1090)

JAF:mrr

cc: Clerk of Court (By electronic filing)
Joseph N. Gielata, Esq. (By Email)
Seth D. Rigrodsky, Esq. (By Email)
Michael A. Cooper, Esq. (By Email)
Sharon L. Nelles, Esq. (By Email)
Nancy Schwarzkopf, Esq. (By Email)

(Dictated but not read due to
Mr. Finkelstein's absence.)

RLF1-2862471-1