IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-162 JJF |
| WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, J.P. MORGAN CHASE & CO., and JAMES DIMON, | : : : : : : : : : : | |
| Defendants. | : | |

**ORDER**

IT IS HEREBY ORDERED that Oral Argument on Plaintiff's Motion For Injunction (D.I. 2) will be held on **Tuesday, April 19, 2005 at 8:30 a.m.,** in Courtroom 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. Each side is allocated fifteen (15) minutes.

April 12, 2005
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE