IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 05-162 JJF |
| WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, J.P. MORGAN CHASE & CO., and JAMES DIMON, | : : : : : : : : : : |
| Defendants. | : |

### O R D E R

WHEREAS, pending before the Court is a Motion For Entry Of Order By Default (D.I. 4) filed by Plaintiff, Samuel I. Hyland;

WHEREAS, Plaintiff contends Defendants failed to file certain papers by the date due, thus entitling Plaintiff to entry of a default on the also pending Motion For An Injunction;

WHEREAS, Defendants respond that Plaintiff failed to serve the motion on most Defendants and therefore, Defendants had no obligation to answer the Motion according to the time frames argued by Plaintiff (D.I. 5);

WHEREAS, the Court finds service as required by the rules and statues was not completed in the time frame asserted by

Plaintiff, and courts, as a general rule, favor disposition of issues on the merits rather than procedural defaults;

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion For Entry By Default (D.I. 4) is **DENIED**.

April 12, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE