RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JESSE A. FINKELSTEIN
DIRECTOR

DIRECT DIAL NUMBER
302-651-7754
FINKELSTEIN@RLF.COM

April 13, 2005

**VIA ELECTRONIC FILING**

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

Re: <u>Hyland v. Harrison, *et al.*, Case No. 1:05-cv-162</u>

Dear Judge Farnan:

      We write this letter on behalf of defendants in response to Your Honor's order of April 12, 2005 (D.I. 14) setting hearing of the plaintiff's pending motion for injunction (D.I. 2) for Tuesday, April 19, 2005 at 8:30 a.m. Currently, counsel for the defense has a conflict with that time and respectfully request rescheduling the oral argument to either a time after 4:15 p.m. on that same date, or alternately anytime on Monday, April 18, Wednesday, April 20, Thursday, April 21, or Friday, April 22. We are informed by Your Honor's secretary, however, that Your Honor is not available on Monday, April 18.

      We have contacted plaintiff's counsel with regard to this conflict, and while he has agreed that a hearing scheduled for Monday, April 18, would be acceptable, he prefers the currently scheduled time and does not agree to setting the oral argument for a time after the currently scheduled time.

      We await Your Honor's decision in this matter. In the meantime, if Your Honor has any questions or requires further elaboration, counsel are available at the Court's convenience.

Respectfully,

*Jesse A. Finkelstein /by Michael Robinson (DSBA # 4452)*

Jesse A. Finkelstein
(DSBA # 1090)

RLF1-2863706-1

Honorable Joseph J. Farnan, Jr.
April 13, 2005
Page 2


JAF:mrr

cc:   Clerk of Court (By electronic filing)
      Joseph N. Gielata, Esq. (By Email)
      Seth D. Rigrodsky, Esq. (By Email)
      Michael A. Cooper, Esq. (By Email)
      Sharon L. Nelles, Esq. (By Email)
      Nancy Schwarzkopf, Esq. (By Email)