IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants. | Case No. **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

### STIPULATION AND WAIVER OF SUMMONS

WHEREAS, on March 17, 2005, the class action complaint in *Hyland v. Harrison, et al.*, Case No. 1:05-cv-162 (the "Action") was filed in this Court by Plaintiff Samuel I. Hyland;

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that:

1.      Defendants JPMorgan Chase & Co., William B. Harrison, Jr., Hans W. Becherer, Frank A. Bennack, Jr., John H. Biggs, Lawrence A. Bossidy, M. Anthony Burns, Ellen V. Futter, William H. Gray, IIII, Helene L. Kaplan, Lee R. Raymond, John R. Stafford, and James Dimon (the "Stipulating Defendants"), by and through counsel, hereby waive service of summons in the Action in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

RLF1-2864002-1

2  The Stipulating Defendants will retain all defenses or objections to the Action or to the jurisdiction or venue of this Court except for objections based on a defect in the summons or in the service of the summons.

3.  Plaintiff agrees not to seek relief against any of the Stipulating Defendants for failure to move, answer, or otherwise respond to the Complaint until after June 6, 2005.

---

Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

*Attorney for Plaintiff Samuel Hyland*

---

Jesse A. Finkelstein, Esq. (DSB # 1090)
Michael R. Robinson, Esq. (DSB # 4452)
Richards Layton & Finger, P.A.
One Rodney Square
920 N King Street
Wilmington, DE  19801
(302) 651-7700

*Attorneys for Defendants
(except Riley P. Bechtel)*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 14, 2005, I electronically filed a STIPULATION AND WAIVER OF SUMMONS with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Jesse A. Finkelstein, Esq.
>Michael R. Robinson, Esq.
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE  19801
>*Counsel for Defendants*

>/s/ Joseph N. Gielata
>Joseph N. Gielata (DSB # 4338)
>Attorney at Law
>501 Silverside Road, Suite 90
>Wilmington, Delaware 19809
>(302) 798-1096
>attorney@gielatalaw.com