IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMUEL I. HYLAND, individually and : 
on behalf of others similarly :
situated, :
 :
    Plaintiff, :
 :
    v. : Civil Action No. 05-162 JJF
 :
WILLIAM B. HARRISON, JR., HANS W. :
BECHERER, RILEY P. BECHTEL, FRANK :
A. BENNACK, JR., JOHN H. BIGGS, :
LAWRENCE A. BOSSIDY, M. ANTHONY :
BURNS, ELLEN V. FUTTER, WILLIAM H. :
GRAY, III, HELENE L. KAPLAN, LEE :
R. RAYMOND, JOHN R. STAFFORD, :
J.P. MORGAN CHASE & CO., and :
JAMES DIMON, :
 :
    Defendants. :

## O R D E R

WHEREAS, Plaintiff Samuel I. Hyland filed a Motion To Strike Defendants' Answering Brief As Untimely (D.I. 11);

NOW THEREFORE, IT IS HEREBY ORDERED that, for the reasons stated on the record at the Oral Argument on April 18, 2005, the Motion To Strike Defendants' Answering Brief As Untimely (D.I. 11) filed by Plaintiff Samuel I. Hyland is **DENIED**.

April 18, 2005
DATE

UNITED STATES DISTRICT JUDGE