IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, )<br>RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. )<br>BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS,)<br>ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. )<br>KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, )<br>JPMORGAN CHASE & CO., and JAMES DIMON, )<br>)<br>Defendants. ) | C.A. No. 1:05-cv-162 (JJF) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Jesse A. Finkelstein and Michael R. Robinson of the firm of Richards, Layton & Finger, P.A. and Michael A. Cooper, Sharon Nelles, and Keith Levenberg of the firm of Sullivan and Cromwell LLP in the above-captioned action as counsel to defendant Riley P. Bechtel.

OF COUNSEL:
Michael A. Cooper
Sharon L. Nelles
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-3712
  *Attorneys for the Individual Defendants*

Nancy E. Schwarzkopf
Vice President and Assistant General Counsel
J.P. Morgan Chase & Co.
1 Chase Manhattan Plaza, 26th Floor
New York, NY 10081
(212) 552-3585
  *Attorneys for J.P. Morgan Chase & Co.*

Dated: May 2, 2005

/s/ Jesse A. Finkelstein
Jesse A. Finkelstein (Del. Bar No. 1090)
Michael R. Robinson (Del. Bar No. 4452)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Phone: (302) 651-7700
finkelstein@rlf.com
robinson@rlf.com
  *Attorneys for Defendants*

RLF1-2869611-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2005 I electronically filed an ENTRY OF APPEARNANCE with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Joseph N. Gielata
> Attorney at Law
> 501 Silverside Road
> Suite 90
> Wilmington, DE 19809

_____
Michael R. Robinson (#4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com