# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

May 20, 2005

Joseph N. Gielata, Esquire
Attorney At Law
501 Silverside Road, Suite 90
Wilmington, DE 19809

      RE: Hyland v. Harrison
           Civil Action No. 05-162 JJF

Dear Mr. Gielata:

      The Court has your May 3, 2005 letter requesting leave to serve document preservation subpoenas on two parties.

      You may file a motion for the relief you suggest with a proposed order staying the production until further order of the Court.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc:   Michael R. Robinson, Esq.
       Clerk, U.S. District Court