## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>         vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>      Defendants. | Case No. **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

## PLAINTIFF SAMUEL I. HYLAND'S UNOPPOSED MOTION FOR LEAVE TO SERVE THIRD PARTY DOCUMENT PRESERVATION SUBPOENAS

Plaintiff, by counsel, respectfully submits this Motion For Leave To Serve Third Party Document Preservation Subpoenas.  As grounds therefor, Plaintiff states as follows:

By letter to the Court of May 3, 2005 (D.I. 23) (the "Letter Request"), Plaintiff requested leave to serve document preservation subpoenas on two non-parties possessing documents crucially relevant to this litigation.  The two non-parties are the law firm Wachtell, Lipton, Rosen & Katz and the investment bank Lazard Frères & Co. LLC (together, the "Advisors"), both of which advised Bank One Corporation in connection with its merger with defendant JPMorgan Chase & Co.

The Letter Request noted Plaintiff's belief that the Advisors, given their critical roles as high-level legal and financial advisors in the merger, were privy to the merger

negotiations at issue in this action and have substantial documents which support Plaintiff's claims.

The Letter Request also noted that, in *In re J.P. Morgan Chase & Co. Shareholder Litigation*, Consolidated C.A. No. 531-N, a related class action in the Delaware Court of Chancery, Vice Chancellor Lamb previously granted leave to plaintiffs in that action to serve subpoenas *duces tecum* on the Advisors, with production stayed pending a motion to dismiss that action.

By letter to the undersigned counsel of May 20, 2005 (D.I. 24), the Court advised Plaintiff to move for leave the subpoenas requested herein with a proposed order.

In accordance with Local Rule 7.1.1, the undersigned counsel contacted counsel for Defendants on May 20, 2005, by email, to confer on this motion and inquire whether their clients would consent to the relief requested herein. Defendants' counsel informed me that their clients would not oppose this motion.

WHEREFORE, Plaintiff prays that this Court enter judgment in the form attached hereto ordering that, until further action or order of this Court, Plaintiff is granted leave to serve subpoenas upon Wachtell, Lipton, Rosen & Katz and Lazard Frères & Co. LLC ordering the preservation of documents relevant to this action.

DATED:      May 23, 2005                    Respectfully submitted,

                                            /s/ Joseph N. Gielata
                                            Joseph N. Gielata (DSB # 4338)
                                            Attorney at Law
                                            501 Silverside Road, Suite 90
                                            Wilmington, DE 19809
                                            (302) 798-1096

                                            **Attorney for Plaintiff Samuel Hyland**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that, on May 23, 2005, I electronically filed *Plaintiff Samuel I. Hyland's*

*Unopposed Motion For Leave To Serve Third Party Document Preservation Subpoenas* with the

Clerk of Court using CM/ECF which will send notification of such filing to the following:

       Jesse A. Finkelstein, Esq.
       Michael R. Robinson, Esq.
       **RICHARDS LAYTON & FINGER, P.A.**
       One Rodney Square
       Wilmington, DE  19801
       *Counsel for Defendants*

                 /s/ Joseph N. Gielata
                 Joseph N. Gielata (DSB # 4338)
                 Attorney at Law
                 501 Silverside Road, Suite 90
                 Wilmington, Delaware 19809
                 (302) 798-1096
                 attorney@gielatalaw.com