**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>    Defendants. | Case No. **1:05-cv-162**<br><br>**CLASS ACTION** |

**MOTION BY PLAINTIFFS SAMUEL HYLAND
AND STEPHANIE SPEAKMAN
FOR APPOINTMENT AS LEAD PLAINTIFFS
<u>AND APPOINTMENT OF LEAD COUNSEL</u>**

Plaintiffs Samuel I. Hyland and Stephanie Speakman ("Plaintiffs") respectfully request that this Court issue an Order: (1) appointing them lead plaintiffs in the above-captioned litigation; and (2) appointing their chosen attorney as lead counsel.

In accordance with Local Rule 7.1.1, the undersigned counsel contacted counsel for Defendants on May 23, 2005, by telephone, to confer on this motion and inquire whether their clients would oppose this motion despite their lack of standing to do so.[1]  Defendants neither agreed nor disagreed with the motion's request.

---

[1] Section 21D(d)(3)(B) of the amended Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), provides that only purported class members may participate in the lead plaintiff selection process. For example, only class members may offer rebuttal evidence (15 U.S.C. §78u-4(a)(3)(B)(iii)(II)) or conduct limited discovery concerning the adequacy of the presumptive lead plaintiff (15 U.S.C. §78u-4(a)(3)(B)(iv)). Similarly, "the court shall consider any motion *made by a purported class member* in response to the [early notice to class members] including any

In support of this motion, Plaintiffs incorporate herein by reference the memorandum of law filed herewith.

DATED:    May 23, 2005              Respectfully submitted,

                                    /s/ Joseph N. Gielata
                                    Joseph N. Gielata (DSB # 4338)
                                    Attorney at Law
                                    501 Silverside Road, Suite 90
                                    Wilmington, DE 19809
                                    (302) 798-1096

                                    ***Attorney for Plaintiffs***
                                        ***Samuel Hyland and***
                                            ***Stephanie Speakman***

---

motion ***by a class member*** who is not individually named as a plaintiff in the complaint or complaints." 15 U.S.C. §78u-4(a)(3)(B)(i) (emphasis added).  Squarely rejecting a defendant's substantive challenge to a lead plaintiff motion, the court in *Greebel v. FTP Software Inc.*, 939 F. Supp. 57, 60 (D. Mass. 1996), reviewed the above-mentioned PSLRA sections and concluded: "The text of [§78u-4(a)(3)(B)] clearly indicates that this issue is one over which only potential plaintiffs may be heard."  *See also Holley v. Kitty Hawk, Inc.*, 200 F.R.D. 275, 277 (N.D. Tex. 2001) ("The plain language of the statutory provisions does not provide for the defendants to weigh in on who should represent the plaintiffs.") (citing cases).

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that, on May 23, 2005, I electronically filed the *MOTION BY PLAINTIFFS SAMUEL HYLAND AND STEPHANIE SPEAKMAN FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPOINTMENT OF LEAD COUNSEL* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Jesse A. Finkelstein, Esq.
> Michael R. Robinson, Esq.
> **RICHARDS LAYTON & FINGER, P.A.**
> One Rodney Square
> Wilmington, DE  19801
> *Counsel for Defendants*

> /s/ Joseph N. Gielata
> Joseph N. Gielata (DSB # 4338)
> Attorney at Law
> 501 Silverside Road, Suite 90
> Wilmington, Delaware 19809
> (302) 798-1096
> attorney@gielatalaw.com