## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>           vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>    Defendants. | Case No. **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL**

IT IS HEREBY ORDERED AND DECREED, this _____ day of _____, 2005, that Samuel I. Hyland and Stephanie Speakman are hereby appointed lead plaintiffs in the above-captioned litigation.

IT IS FURTHER ORDERED AND DECREED that Joseph N. Gielata, Esq. is hereby appointed lead counsel in the above-captioned litigation.

_____

The Honorable Joseph J. Farnan, Jr.
United States District Judge