IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants. | Case No. 1:05-cv-162 (JJF)<br><br>CLASS ACTION |

## ORDER

Upon consideration of Plaintiff Samuel I. Hyland's Unopposed Motion For Leave To Serve Third Party Document Preservation Subpoenas (D.I. 25), and for good cause shown,

LEAVE IS HEREBY GRANTED for Plaintiff to serve subpoenas upon Wachtell, Lipton, Rosen & Katz and Lazard Frères & Co. LLC ordering the preservation of documents relevant to this action.

IT IS FURTHER ORDERED that production shall be stayed until further action or order of this Court.

DATED:   May 31, 2005

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge