IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-162 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND PROPOSED SCHEDULING ORDER**

WHEREAS, on March 17, 2005, the complaint in *Hyland v. Harrison, et al.*, Case No. 1:05-cv-162 (the "Action") was filed in this Court;

WHEREAS, on May 23, 2005, plaintiffs Samuel Hyland and Stephanie Speakman (together, "Plaintiffs") filed an amended complaint;

WHEREAS, on May 23, 2005, a motion was filed with this Court for the appointment of Plaintiffs as lead plaintiffs in the Action and the appointment of Joseph N. Gielata as lead counsel; and

WHEREAS, the parties wish to set forth a scheduling order for the filing of any motion to dismiss the amended complaint, Plaintiffs' opposition thereto and defendants' reply, if any;

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and the defendants, through their respective counsel of record, that:

1. Defendants shall file and serve any motion to dismiss the amended complaint and supporting brief on or before June 17, 2005;

2. Plaintiffs shall file and serve their opposition to any motion to dismiss the amended complaint on or before July 11, 2005;

3. Defendants shall file and serve their reply to said opposition, if any, on or before August 1, 2005.

Dated: June 2, 2005

Submitted by:

_____
Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

*Attorney for Plaintiffs*

_____
Jesse A. Finkelstein, Esq. (DSB # 1090)
Michael R. Robinson, Esq. (DSB # 4452)
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants*

APPROVED AND SO ORDERED this ____ day of _____, 2005.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

- 2 -