## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JESSE A. FINKELSTEIN
DIRECTOR

DIRECT DIAL NUMBER
302-651-7754
FINKELSTEIN@RLF.COM

June 3, 2005

**VIA ELECTRONIC FILING**

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

Re:   **Hyland and Speakman v. Harrison, *et al.*, Case No. 1:05-cv-162**

Dear Judge Farnan:

In response to plaintiffs' Motion for Appointment as Lead Plaintiffs and Appointment of Lead Counsel (D.I. 27) filed on May 23, 2005, defendants will not present their objections to the motion at this time, unless the Court so prefers. *Fields v. Biomatrix, Inc.*, 198 F.R.D. 451 (D.N.J. 2000). Subject to the Court's preference, defendants will reserve their objections, including, but not limited to, objections concerning adequacy and typicality, until the time for briefing on class certification issues, any motion to dismiss, or any other relevant motion.

As always, if Your Honor has any questions or requires further elaboration, counsel are available at the Court's convenience.

Respectfully,

*/s/ Jesse A. Finkelstein*

Jesse A. Finkelstein
(DSBA # 1090)

JAF:mrr

cc:   Clerk of Court (By electronic filing)
      Joseph N. Gielata, Esq. (By electronic filing)
      Michael A. Cooper, Esq. (By Email)
      Sharon L. Nelles, Esq. (By Email)
      Nancy Schwarzkopf, Esq. (By Email)

RLF1-2883386-1