IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
SAMUEL I HYLAND and STEPHANIE  :
SPEAKMAN, individually and on behalf of all :
others similarly situated, :
:
Plaintiffs, :
: Case No. 1:05-cv-162 (JJF)
v :
:
WILLIAM B HARRISON, JR., HANS W :
BECHERER, RILEY P BECHTEL, FRANK :
A. BENNACK, JR., JOHN H BIGGS, :
LAWRENCE A BOSSIDY, M ANTHONY :
BURNS, ELLEN V FUTTER, WILLIAM H. :
GRAY, III, HELENE L. KAPLAN, LEE R :
RAYMOND, JOHN R STAFFORD, J P :
MORGAN CHASE & CO., and JAMES :
DIMON, :
:
Defendants :
------------------------------- x

## MOTION TO DISMISS

Defendants William B. Harrison, Jr., Hans W Becherer, Riley P Bechtel, Frank A Bennack, Jr., John H Biggs, Lawrence A Bossidy, M Anthony Burns, Ellen V Futter, William H Gray, III, Helene L Kaplan, Lee R Raymond, John R Stafford, and James Dimon, and J P Morgan Chase & Co., by and through counsel, hereby move to dismiss the Amended Complaint against them on the grounds that pursuant to Federal Rule of Civil Procedure 12(b)(6), the Amended Complaint fails to state a claim upon which relief can be granted and that pursuant to Federal Rule of Civil Procedure 9(b) as well as the Private Securities Litigation Reform Act, 15 U S C § 78u-4(2005), plaintiffs have failed to plead particularized facts to support their allegations based on fraud

The grounds for this motion are set forth in the accompanying Opening Brief in Support thereof.

|  |  |
|---|---|
| OF COUNSEL: | /s/ Michael R. Robinson<br>Jesse A. Finkelstein (DSB #1090)<br>Michael R. Robinson (DSB #4452)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>finkelstein@rlf.com<br>robinson@rlf.com |
| Michael A. Cooper<br>Sharon L. Nelles<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>(212) 558-3712 |  |
| *Attorneys for the Individual Defendants* | *Attorneys for Defendants* |

Nancy E. Schwarzkopf
Vice President and Assistant General Counsel
J.P. Morgan Chase & Co.
Legal Department
1 Chase Manhattan Plaza, 26th Floor
New York, NY 10081
(212) 552-3585

*Attorneys for J.P. Morgan Chase & Co.*

Dated: June 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005, I caused to be electronically filed the foregoing documents with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

Joseph N. Gielata, Esq
501 Silverside Road
Suite 90
Wilmington, DE 19809

/s/ Michael R. Robinson
Michael R. Robinson (DSBA No. 4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com

RLF1-2889265-1