# Tab D

to

# Defendants' Opening Brief In Support of Their Motion to Dismiss Plaintiffs' Amended Complaint

1 of 2 DOCUMENTS

Copyright 2004 The New York Times Company
The New York Times

June 27, 2004 Sunday
Late Edition - Final

SECTION: Section 3; Column 5; SundayBusiness; Pg. 1

LENGTH: 2453 words

HEADLINE: The Yin, the Yang and the Deal

BYLINE: By LANDON THOMAS Jr

BODY:
   STANDING before his most senior executives in a packed room last week, William B. Harrison Jr., the chief executive of J.P. Morgan Chase, was doing what he loves best: selling a merger. Just eight days remained before the official union of J.P. Morgan and Bank One -- a combination that will create the world's second-largest financial institution, after Citigroup, bring James Dimon back to Wall Street and cap a long, sometimes painful journey for Mr. Harrison.

   His jacket off, his glasses riding low on his nose, Mr. Harrison ranged back and forth behind the lectern for close to 45 minutes. For inspiration, he cited the teamwork of the Detroit Pistons in upsetting the Los Angeles Lakers this year for the N.B.A. championship; for laughs, he played a 19-year-old video showing David Letterman, then at NBC, breaking into the General Electric building in a vain but hilarious attempt to meet his new boss, John F. Welch Jr., the chief executive of G.E. who had just bought NBC.

   "The Pistons didn't have anyone," Mr. Harrison said, his voice rising. "A team beats superstars every time -- that's execution. The difference between good and great is going to be execution. Let's be the best. With that, Jamie, I turn it over to you."

   Leaping up from his front-row seat, Mr. Dimon reached to shake his boss's proffered hand, then pulled his own hand back sharply with a grin. For a few seconds, Mr. Harrison's hand remained outstretched as Mr. Dimon bounded past him.

   The gesture was a joke, a playful take on the video, in which Mr. Letterman's offered hand was also spurned by security guards -- "the G.E. corporate handshake," Mr. Letterman called it. But while Mr. Dimon clearly meant no disrespect for Mr. Harrison, a man he often praises as a friend and a business partner, his clumsy prank underscored just how delicate -- and unusual -- this merger is.

   Mr. Harrison may be the acquirer and the chief executive in name, but it is becoming increasingly clear that Mr. Dimon and his posse will call many of the shots. A majority of that group worked with Mr. Dimon at Citigroup during his glory days as Sanford I. Weill's No. 2.

   Odd as it may seem, J.P. Morgan, the prestigious 200-year-old financial institution that has catered to the Rockefellers and the cream of corporate America, is on the verge of being swallowed by a bank from Chicago with roots in Columbus, Ohio.

   The merger, which becomes official on Thursday, comes at a difficult time for Wall Street, amid rising interest rates, shrinking trading profits, increased regulatory scrutiny and a wave of lawsuits related to corporate missteps and scandals.

   All of that puts added pressure on the relationship between Mr. Dimon and Mr. Harrison and their ability to oversee a smooth transition while generating the profits and the big deals that investors demand.

   Generally, the chief executive doing the buying -- in this case Mr. Harrison, who paid $58 billion for Bank One -- would be the one burrowing into the nooks and crannies of the acquired business, placing his people in charge and presiding over an exodus of lame-duck executives. That is what happened when Mr. Harrison, then the chief executive of Chase Manhattan, bought J.P. Morgan in 2000 for $35 billion. Within months, Douglas A. Warner III, the chief executive

of J P Morgan, and many of his senior bankers departed, leaving Mr Harrison and his crew in charge

But this time, it is Mr Dimon who is doing the heavy lifting And that is just how Mr Harrison planned it Mr Dimon will plumb the operational depths of the new entity as president and take over as chief executive two years later That frees Mr Harrison for other pursuits, like his trip last week to Beijing, where he rubbed shoulders with members of J P Morgan's advisory council, including two former secretaries of state, Henry A Kissinger and George P Shultz

THAT is not to say that Mr Harrison has been detached He meets with Mr Dimon daily He has also led all the bank's in-house leadership training sessions, which he set up in 2002 and modeled after Mr Welch's highly regarded program at G E

So far, the bloody purges that characterize most mergers are lacking There has been just one significant departure: Donald H Layton He was not only a J P Morgan man, as vice chairman for risk and finance, but he had also been a member of Mr Harrison's inner circle since 1991

Mr Dimon, who has been in New York since early May, recently moved into Mr Layton's spacious office on the executive floor of J P Morgan's headquarters on Park Avenue in Midtown Manhattan and is working 12-hour days as he explores the complex financial institution that he will inherit in two years

For two men who are expected to work so closely together until then, Mr Dimon and Mr Harrison present a striking contrast in styles, personalities and backgrounds

Mr Harrison, 60, whose father and grandfather were bankers in Rocky Mount, N.C., is an amiable but distant man, who with his soft Southern accent and dignified manner might well have stepped out of a Walker Percy novel His harder-edged peers sometimes refer to him as the last gentleman on Wall Street, representative of a less rapacious era

He says he was never bent on a Wall Street career But after he entered the training program at Chemical Bank in 1967, he never returned to North Carolina. Over the next 37 years, his small-town-banker demeanor helped him survive internal battles and a series of mergers to become chief executive of Chase Manhattan in 1999

Mr Harrison embarked on his own takeover spree, spending more than $41 billion on acquisitions, culminating in the ill-timed merger with J P Morgan in 2000, just before the stock market collapsed

Then there is Mr Dimon, who is 48. His grandfather immigrated from Greece to New York City in 1919 and worked his way up from dishwasher to stockbroker Mr Dimon's father, also a broker, is approaching his 50th anniversary at Smith Barney

While Mr Harrison's Wall Street career may have been accidental, Mr Dimon's seemed preordained "I was reading annual reports in high school," he said

It was through his father that he met Mr Weill, and he went to work for him during Mr Weill's last days at American Express He stayed with him as Mr Weill built his second financial colossus, starting with a second-tier consumer finance company in Baltimore and ending with today's Citigroup

Mr Dimon's ability to deconstruct balance sheets and cut costs endeared him to Mr Weill during his spree of takeovers, but it was his deal-making acumen and TV anchorman looks that attracted a cultlike following in the later years Even now, as Mr Dimon strides about his new home on Park Avenue, popping unannounced into the offices of surprised executives, his aura remains intact

"The guy is a rock star," said James B Lee Jr., a vice chairman of J P Morgan Chase, as he recounted how Mr Dimon helped land a big underwriting deal recently, even before the merger becomes official

But the merger gives Mr Harrison and Mr Dimon more than a chance to flex larger muscles in the financial arena It also offers both the promise of redemption

After he was fired by Mr Weill in a power struggle in 1998, Mr Dimon abandoned Wall Street. He began his comeback by taking over Bank One; now he will be challenging his former mentor's company for supremacy

Mr Harrison, for his part, has endured two years of negative publicity as J P Morgan's stock plunged to a low of $16, down 70 percent from its high of $52 in early 2001, because of its broad exposure to Enron and imploding telecommunications companies In Mr Dimon, he may have found an ideal successor — a Wall Street hero who can recharge J P Morgan's flagging reputation among investors

The New York Times June 27, 2004 Sunday

Although his board stood by him through the brutal times, Mr. Harrison acknowledged that he had a limited time to turn things around "If we had gone another year without performing, the board probably would have demanded changes," he said, leaning back in a plush chair in his office "There is a point at which you can't go on But in the end, I presume that they liked my leadership"

Mr. Harrison sought counsel from a small group of people, most prominently Mr. Welch, who had been advising him on a range of matters since 2002 Mr Welch refuses to take any credit for the merger, but he said he spent lots of time on the phone with Mr Harrison as he contemplated combining with Bank One

"He is a strong and principled guy," Mr. Welch said of Mr Harrison, by phone from Beijing "Bill always does the right thing He was willing to merge the bank and maybe leave earlier than he had planned."

But not too early.

During the negotiations with Mr. Dimon, he fought hard to give himself the two extra years, to secure a smooth transition, although he may have cost J P Morgan shareholders extra money in doing so Mr Dimon, always the tough deal maker, offered to do the deal for no premium if he could become chief executive immediately, according to two people close to the deal

When Mr. Harrison resisted, Mr Dimon insisted on a premium, which Mr Harrison was able to push down to 14 percent. The two men declined to comment on the specifics of their negotiations

In addition to holding their strategic discussions, Mr Welch and Mr Harrison spent significant time together honing the executive training program at J P Morgan. Mr Welch was particularly impressed with Mr Harrison's use of a group exercise in which senior J P Morgan executives, including Mr Harrison, wrote on a board the personal and professional experiences — the more painful the better — that helped them to evolve as people "Bill was very good at it," Mr Welch said. "It makes you become simpatico with the guy"

Mr. Harrison takes his reputation as a merger connoisseur seriously, and he is sensitive to claims by some analysts that his deals, conducted at the market's peak, did not serve shareholders well

He contends that the merger that created J P Morgan Chase was well executed, but that the new entity struggled "because Enron, telecom and private equity blew up"

"So I would say that all of our mergers have been executed well and that needs to be clarified," he said "This deal will create a higher standard."

Still, J P Morgan's stock performance remains lackluster, although it has rallied from its lows of two years ago and is now trading at $38.

Michael L Mayo, a banking analyst at Prudential Securities, found that since June 1999, when Mr Harrison became chief executive, J P Morgan's stock has fallen a cumulative 6 percent It ranked last among 17 bank stocks he examined In third place was Bank One, which has returned 13 percent since Mr Dimon became chief in March 2000.

For the most part, investors have applauded the deal The addition of Bank One's retail bank network is expected to smooth out J P Morgan's earnings, decreasing its exposure to volatile capital markets and bank lending

Investors also hope that Mr Dimon can work his magic again. "The sense on the street is that the day-to-day operations will be run by Jamie," said Robert Maneri, a fund manager at Victory Capital Management in Cleveland, specializing in bank stocks "We have a lot of faith in him"

Indeed, many major units — including retail banking, credit cards, risk and technology — will be run by Mr Dimon and his team.

The two executives who will be in charge of investment banking are from the J P Morgan side, but one of them, Steven D Black, who already held the job, is a longtime friend of Mr Dimon's dating back to the days the two worked for Mr Weill at Smith Barney

Mr. Dimon is well aware of the pressures that face him. Every Sunday night, he draws up a list of the most unpleasant things he must do the next day; often, they are sensitive personnel matters "Making this thing hum is job one right now because that creates other opportunities," he said "I think we have a fabulous opportunity to make this the best financial service company in the world But expectations are high I know that"

The New York Times June 27, 2004 Sunday

If he follows through with the $2.2 billion in cost cuts he has promised, the stock will probably move up, giving him the currency to buy what J.P. Morgan now lacks — a brokerage network and a retail banking presence in Europe or in the fast-growing southeastern United States.

While analysts expect cost-cutting to drive the stock price, they also warn that J.P. Morgan may need to reserve as much as $3 billion to cover litigation over its involvement in the Enron and WorldCom bankruptcies

The stock price is a constant theme in their speeches, but both men say their primary focus now is pulling the two banks together.

One recent evening, 200 senior bankers from both companies gathered for a dinner at J.P. Morgan's headquarters, capping a day of corporate-integration meetings. As Mr. Harrison and Mr. Dimon picked at their filet mignon platters, they again found reassurance in Mr. Welch, who appeared on multiple screens surrounding the diners. "Execute. Get it done," Mr. Welch called out to his rapt audience, with his raspy, Back Bay twang, in a recorded video clip.

Their dinners finished, Mr. Dimon and Mr. Harrison stepped up to the lectern for a closing interview, conducted by Mr. Lee. "Tell us some personal things about yourselves, Jamie and Bill," Mr. Lee said.

AFTER a brief pause, Mr. Harrison talked about growing up in North Carolina, coming to New York, all the blind dates he went on before marrying at the age of 42 and how his daughters, 11 and 13, greet him when he arrives home in Greenwich, Conn: "Hey, Billy boy. How were things at the office?"

As the crowd roared with laughter, Mr. Dimon took his turn. He recalled the reaction of the eldest of his three daughters when he told her that he had been fired from Citigroup. "Can I have your cellphone now? I guess you won't need it," she said.

For all their differences — and despite Mr. Dimon's jocular gesture that same afternoon — the two looked comfortable on stage, a Wall Street version of a two-man vaudeville act. They finished each other's sentences, knew where to go for the laughs and sounded the same themes about the importance of a unified culture to a successful merger.

Then Mr. Lee asked the million-dollar question: What about the stock price?

Mr. Harrison went first, cautiously. "There is huge upside," he said. "If we start performing, our stock is 45."

Without hesitation, Mr. Dimon raised a grander goal. "If we do our jobs and get the $2.2 billion in cost saves, in five years if the stock is not $100, I will eat my hat," he said.

URL: http://www.nytimes.com

GRAPHIC: Photos: James Dimon, left, incoming president, and William B. Harrison Jr, chief executive of J.P. Morgan Chase. (Photo by Chester Higgins Jr./The New York Times)(pg. 1)
John F. Welch Jr., the former G.E. chief, offered counsel and reassurance about the deal. (Photo by Agence France-Presse)
Mr. Harrison and Mr. Dimon, selling the merger to analysts in January. The deal offered both men more than a chance to flex financial muscle. (Photo by Associated Press)(pg. 4)

LOAD-DATE: June 27, 2004