# Tab E

to

# Defendants' Opening Brief In Support of Their Motion to Dismiss Plaintiffs' Amended Complaint

DEF 14A 1 ddef14a.htm DEFINITIVE PROXY STATEMENT

<u>Table of Contents</u>

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No. ___ )

Filed by the Registrant ☒   Filed by a Party other than the Registrant ☐

Check the appropriate box:

- ☐ Preliminary Proxy Statement
- ☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
- ☒ Definitive Proxy Statement
- ☐ Definitive Additional Materials
- ☐ Soliciting Material Pursuant to §240.14a-12

### JPMORGAN CHASE & CO.

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

- ☒ No fee required.
- ☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(4) and 0-11.

   (1) Title of each class of securities to which transaction applies:

   (2) Aggregate number of securities to which transaction applies:

   (3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

   (4) Proposed maximum aggregate value of transaction:

   (5) Total fee paid:

☐  Fee paid previously with preliminary materials.

☐  Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1) Amount Previously Paid:

_____

(2) Form, Schedule or Registration Statement No.:

_____

(3) Filing Party:

_____

(4) Date Filed:

_____

Table of Contents

**JPMorganChase**

April 4, 2005

Dear fellow shareholder:

We are pleased to invite you to the annual meeting of shareholders to be held on May 17, 2005, at our offices at 1 Bank One Plaza (10 South Dearborn), Chicago, Illinois. As we have done in the past, in addition to considering the matters described in the proxy statement, we will review major developments since our last shareholders' meeting.

We hope that you will attend the meeting in person, but even if you are planning to come, we strongly encourage you to designate the proxies named on the proxy card to vote your shares. This will ensure that your common stock is represented at the meeting. The proxy statement explains more about proxy voting. Please read it carefully. We look forward to your participation.

Sincerely,

*[signature: W B Harrison Jr]*

William B. Harrison, Jr.
Chairman and Chief Executive Officer

**JPMorgan Chase & Co.**
270 Park Avenue
New York, New York 10017-2070

Table of Contents

**Proposal 1: Election of directors**

Our Board of Directors has nominated 16 directors for election at this annual meeting to hold office until the next annual meeting and the election of their successors. All of the nominees are currently directors. Each has agreed to be named in this proxy statement and to serve if elected. All of the nominees are expected to attend the 2005 annual meeting. All of the nominees for the 2004 annual meeting attended the meeting on May 25, 2004.

Following the Merger, the Board of Directors had 16 members, eight from JPMorgan Chase and eight from Bank One. William C. Weldon became a director on March 15, 2005. Mr. Weldon was nominated to become a director after his consideration was recommended to the Chairman by an executive search expert. John R. Stafford, who has served as a director of the Firm or a predecessor institution since 1982 will not stand for election and will retire on the eve of the annual meeting, thus reducing the size of the Board back to 16 members. The current Board size is a result of the Merger and a desire to maintain a strong measure of continuity from each predecessor firm.

**Information about the nominees**

Each nominee attended at least 75% of the meetings of the Board and committees on which they served in 2004.

Although we know of no reason why any of the nominees would not be able to serve, if any nominee is unavailable for election, the proxies intend to vote your common stock for any substitute nominee proposed by the Board of Directors. The Board may also choose to reduce the number of directors to be elected, as permitted by our By-laws.

Unless stated otherwise, all of the nominees have been continuously employed by their present employers for more than five years. The age indicated in each nominee's biography is as of May 17, 2005, and all other biographical information is as of the date of this proxy statement.

In the following biographies, references to a predecessor institution of JPMorgan Chase are references to Bank One Corporation, J.P. Morgan & Co. Incorporated, The Chase Manhattan Corporation, Manufacturers Hanover Corporation, and/or Chemical Banking Corporation.



**Hans W. Becherer**

Mr. Becherer, age 70, has been Retired Chairman and Chief Executive Officer of Deere & Company (equipment manufacturer) since August 2000, having served as Chairman from 1990 and as Chief Executive Officer from 1989. Mr. Becherer is also a director of Honeywell International Inc. and Schering-Plough Corporation. He has been a director of the Firm or a predecessor institution since 1998.



**John H. Biggs**

Mr. Biggs, age 68, has been Former Chairman and Chief Executive Officer of Teachers Insurance and Annuity Association – College Retirement Equities Fund (TIAA-CREF) (national teachers' pension fund) since November 2002, having served as Chairman and Chief Executive Officer from 1993. Mr. Biggs is also a director of The Boeing Company and a Trustee of the

International Accounting Standards Foundation. He has been a director of the Firm or a predecessor institution since 2003.



**Lawrence A. Bossidy**

Mr. Bossidy, age 70, has been Retired Chairman of Honeywell International Inc. (technology and manufacturing) since June 2002, having served as Chairman from July 2001 and from December 1999 to April 2000. He was Chief Executive Officer from July 2001 to February 2002. He was Chairman of AlliedSignal Inc. from 1992 to 1999 and Chief Executive Officer from 1991 to 1999 when he was named Chairman of Honeywell following the merger of the two companies. Mr Bossidy is also a director of Berkshire Hills Bancorp, Inc. and Merck & Co., Inc. He has been a director of the Firm or a predecessor institution since 1998.



**Stephen B. Burke**

Mr. Burke, age 46, has been President of Comcast Cable Communications, Inc. (cable television) since 1998. He has been a director of the Firm or a predecessor institution since 2003.



**James S. Crown**

Mr. Crown, age 51, has been President of Henry Crown and Company (diversified investments) since 2003 having served as Vice President from 1985. Mr. Crown is also a director of General Dynamics Corporation and Sara Lee Corporation. He has been a director of the Firm or a predecessor institution since 1991.

3

Table of Contents



**James Dimon**

Mr. Dimon, age 49, has been President and Chief Operating Officer of JPMorgan Chase since July 2004. Prior to its merger with JPMorgan Chase, he had been Chairman and Chief Executive Officer of Bank One Corporation from March 2000 until July 2004. Mr. Dimon was a private investor from November 1998 until March 2000; President of Citigroup Inc. and Chairman and Co-Chief Executive Officer of Salomon Smith Barney Holdings, Inc. from October 1998 until November 1998; President and Chief Operating Officer of Travelers Group, as well as in executive positions with Travelers' subsidiaries Smith Barney, Inc. and Salomon Smith Barney Holdings, Inc., from November 1993 until October 1998. He has been a director of the Firm or a predecessor institution since 2000.



**Ellen V. Futter**

Ms. Futter, age 55, has been President and Trustee of the American Museum of Natural History since 1993. She previously served as President of Barnard College from 1980 to 1993. Ms. Futter is also a director of American International Group, Inc., Bristol-Myers Squibb Company and Consolidated Edison, Inc. She has been a director of the Firm or a predecessor institution since 1997.



**William H. Gray, III**

Mr. Gray, age 63, was President and Chief Executive Officer of The College Fund/UNCF (educational assistance) from 1991 until he retired from those positions in March 2004. He was a member of the United States House of Representatives from 1979 to 1991. Mr. Gray is also a director of Dell Computer Corporation, Pfizer Inc., Prudential Financial, Inc. and Visteon Corporation. He has been a director of the Firm or a predecessor institution since 1992.



**William B. Harrison, Jr.**

Mr. Harrison, age 61, has been Chairman and Chief Executive Officer since November 2001, prior to which he was President and Chief Executive Officer from December 2000. He was Chairman and Chief Executive Officer of The Chase Manhattan Corporation from January 2000 through its merger with J.P. Morgan & Co. Incorporated in December 2000 and President and Chief Executive Officer from June through December 1999, prior to which he had been Vice Chairman of the Board. He has been a director of the Firm or a predecessor institution since 1991. Mr. Harrison is also a director of Merck & Co., Inc.



**Laban P. Jackson, Jr.**

Mr. Jackson, age 62, has been Chairman and Chief Executive Officer of Clear Creek Properties, Inc. (real estate development) since 1989. Mr. Jackson is also a director of The Home Depot, Inc. and IPIX Corporation. He has been a director of the Firm or a predecessor institution since 1993.



**John W. Kessler**

Mr. Kessler, age 69, has been the owner of John W. Kessler Company (real estate development) since 1972 and has been Chairman of The New Albany Company (real estate development) since 1988. Mr. Kessler is also a director of Abercrombie & Fitch Co. He has been a director of the Firm or a predecessor institution since 1995.



**Robert I. Lipp**

Mr. Lipp, age 66, has been Executive Chairman of the Board of The St. Paul Travelers Companies, Inc. (insurance) since April 2004, prior to which he was Chairman and Chief Executive Officer of its predecessor company, Travelers Property Casualty Corp. from December 2001. Mr. Lipp held various senior executive positions at Citigroup Inc. and its predecessor company, Travelers Group, Inc. from 1991, retiring in 2001 as Vice Chairman of Citigroup Inc. and Chairman and Chief Executive Office of its Global Consumer Business. He is also a director of Accenture Ltd. He has been a director of the Firm or a predecessor institution since 2003.



**Richard A. Manoogian**

Mr. Manoogian, age 68, has been Chairman and Chief Executive Officer of Masco Corporation (diversified manufacturer) since 1985. Mr. Manoogian is also a director of Ford Motor Company and Metaldyne Corporation. He has been a director of the Firm or a predecessor institution since 1978.

4

...

## Table of Contents



**David C. Novak**

Mr. Novak, age 52, has been Chairman of Yum! Brands, Inc. (franchised restaurants) since January 2001 and Chief Executive Officer since January 2000. He was Vice Chairman and President of Tricon Global Restaurants, Inc. (now known as Yum! Brands, Inc.) from June 1997 until January 2000; Group President and Chief Executive Officer, KFC and Pizza Hut, North America (subsidiaries of PepsiCo) from August 1996 until June 1997; and President, KFC North America (subsidiary of PepsiCo) from 1994 until 1996. He has been a director of the Firm or a predecessor institution since 2001.



**Lee R. Raymond**

Mr. Raymond, age 66, has been Chairman of the Board and Chief Executive Officer of Exxon Mobil Corporation (oil and gas) since December 1999. He was Chairman of the Board and Chief Executive Officer of Exxon Corporation from 1993 until its merger with Mobil Oil Corporation in 1999. He has been a director of the Firm or a predecessor institution since 1987.



**William C. Weldon**

Mr. Weldon, age 56, has been Chairman and Chief Executive Officer of Johnson & Johnson (health care products) since 2002, having served as Vice Chairman from 2001 and Worldwide Chairman, Pharmaceuticals Group from 1998 until 2001. Mr. Weldon served in a number of other positions since joining Johnson & Johnson in 1971. He has been a director of the Firm since March 2005.

**The Board**

JPMorgan Chase is governed by a Board of Directors and various committees of the Board that meet throughout the year. Directors discharge their responsibilities at Board and committee meetings and also through telephone contact and other communications with the Chairman and Chief Executive Officer, the President and Chief Operating Officer and others regarding matters of concern and interest to the Firm. During 2004, there were twelve meetings of the Board. The Board of Directors has regularly scheduled meetings of non-management directors at least twice each year. Each meeting of non-management directors is presided over by one of the committee chairpersons.

**Corporate governance**

### General

JPMorgan Chase has taken a number of actions over the last few years in our efforts to adopt and employ best practices with regard to corporate governance, including compliance with the Sarbanes-Oxley Act of 2002 and the New York Stock Exchange (NYSE) corporate governance listing standards.

*Corporate Governance Principles of the Board.* The Board of Directors first adopted the Corporate Governance Practices of the Board (now called Corporate Governance Principles of the Board) in 1997, and has revised them a number of times since then to reflect evolving best practices and newly enacted regulatory requirements. The Corporate Governance Principles establish a framework for the governance of the Corporation. The Corporate Governance Principles are set forth in Appendix A, and also can be found on our Web site at www.jpmorganchase.com under Governance.

*Code of Conduct and Code of Ethics for Finance Professionals.* JPMorgan Chase has adopted a Code of Conduct which sets forth the guiding principles and rules of behavior by which we operate our company and conduct our daily business with our customers, vendors, shareholders and with our fellow employees. The Code of Conduct applies to all of the directors and employees of the Firm. In addition, the Firm has adopted a Code of Ethics for Finance Professionals. The Code of Ethics applies to the Chief Executive Officer, President, Chief Financial Officer and Chief Accounting Officer of the Firm and to all other professionals serving in a finance, accounting, corporate treasury, tax or investor relations role. The purpose of the Code of Ethics is to promote honest and ethical conduct and compliance with the law, particularly as related to the maintenance of the Firm's financial books and records and the preparation of its financial statements. The Code of Ethics supplements, but does not replace, the Code of Conduct. The Code of Conduct and Code of Ethics can be found on our Web site at www.jpmorganchase.com under Governance.

*Policy on Shareholder Communications.* Our policy on shareholder communications is set forth in the Corporate Governance Principles of the Board under the heading Communications with Board. The Corporate Governance Principles are attached as Appendix A and are also available on our Web site at www.jpmorganchase.com under Governance.

*Policy on Director Nomination Process.* The Board's Corporate Governance & Nominating Committee is responsible for evaluating and recommending to the Board proposed nominees for election to the Board of Directors. As part of its process, the committee will consider director candidates recommended for consideration by members of the Board, by management and by shareholders. Shareholders wishing to recommend to the Corporate Governance & Nominating Committee a candidate for director should write to the Secretary at: JPMorgan Chase & Co., Office of the Secretary, 270 Park Avenue, 35th Floor, New York, New York 10017.

5