IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants. | Case No. 1:05-cv-162 (JJF)<br><br>CLASS ACTION |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL

IT IS HEREBY ORDERED AND DECREED, this 21 day of June, 2005, that Samuel I. Hyland and Stephanie Speakman are hereby appointed lead plaintiffs in the above-captioned litigation.

IT IS FURTHER ORDERED AND DECREED that Joseph N. Gielata, Esq. is hereby appointed lead counsel in the above-captioned litigation. subject to defendants reservations (D.I. 31)

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge