**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>    Defendants. | Civil Action No. **05-162 JJF**<br><br>**CLASS ACTION** |

**NOTICE OF LEAD PLAINTIFFS' REQUEST FOR
<u>PRESERVATION OF DOCUMENTS BY LAZARD FRÈRES & CO. LLC</u>**

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that, pursuant to Rules 34(c) and 45 of the Federal Rules of Civil Procedure, plaintiffs have subpoenaed the documents identified in Schedule A attached hereto, which are in the possession, custody and control of Lazard Frères & Co. LLC ("Lazard"). This request for preservation, pursuant to a subpoena *duces tecum* issued by plaintiffs' counsel on behalf of the United States District Court, requires only the preservation of evidence. No production is necessary at this time. Further, no testimony is required by the subpoena and no one need appear for Lazard or for any of the parties in this action at this time.

PLEASE TAKE FURTHER NOTICE that Lazard may be held in contempt of court pursuant to Fed. R. Civ. P. 45(e) if it fails without adequate excuse to obey the subpoena served upon it, and it has certain legal rights in response to plaintiffs' subpoena served upon it as provided in Fed. R. Civ. P. 45(d) and (e). These rights are reproduced in full at the bottom of side two of the subpoena served upon Lazard.

DATED:   June 23, 2005

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
 (302) 798-1096

*Plaintiffs' Lead Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 23, 2005, I electronically filed *NOTICE OF LEAD PLAINTIFFS' REQUEST FOR PRESERVATION OF DOCUMENTS BY LAZARD FRÈRES & CO. LLC* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Jesse A. Finkelstein, Esq.
>Michael R. Robinson, Esq.
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE  19801
>*Counsel for Defendants*

>/s/ Joseph N. Gielata
>Joseph N. Gielata (DSB # 4338)
>Attorney at Law
>501 Silverside Road, Suite 90
>Wilmington, Delaware 19809
>(302) 798-1096
>attorney@gielatalaw.com