**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>  Defendants. | Civil Action No. **05-162 JJF**<br><br>**CLASS ACTION** |

**LEAD PLAINTIFFS' ASSENTED-TO MOTION FOR
LEAVE TO FILE CORRECTED COMPLAINT**

Lead Plaintiffs Samuel Hyland and Stephanie Speakman ("Plaintiffs"), by counsel, respectfully submit this Assented-To Motion For Leave To File a Corrected Complaint. As grounds therefor, Plaintiffs state as follows:

Plaintiffs seek leave of Court to correct the following typographical errors in their amended complaint (D.I. 26) (the "Complaint"):

(1)    Replace "225" with "224" in the Complaint's opening paragraph;

(2)    Replace "227" with "226" in Complaint ¶¶ 227, 232, 236, 247, 255, 259, 269, and 277;

(3)    Replace "(a)" with "(b)" in the second sentence of Complaint ¶ 89.

In accordance with Local Rule 7.1.1, the undersigned counsel contacted counsel for Defendants on June 2, 2005, by email, to confer and inquire whether their clients would consent to the relief requested herein. Defendants' counsel indicated that they have no objection to the filing of an amended complaint correcting the typographical errors set forth above. The briefing schedule on Defendants' motion to dismiss shall remain fully in effect.

WHEREFORE, Plaintiffs pray that this Court enter judgment in the form attached hereto granting leave to file a corrected amended complaint with the corrections set forth above.

DATED:   June 23, 2005            Respectfully submitted,

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

*Plaintiffs' Lead Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 23, 2005, I electronically filed *Lead Plaintiffs' Assented-To Motion For Leave To File a Corrected Complaint* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Jesse A. Finkelstein, Esq.
>Michael R. Robinson, Esq.
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE  19801
>*Counsel for Defendants*

 /s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, Delaware 19809
(302) 798-1096
attorney@gielatalaw.com
