IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>    Defendants. | Civil Action No. **05-162 JJF**<br><br>**CLASS ACTION** |

### [~~PROPOSED~~] ORDER

Upon consideration of Lead Plaintiffs' Assented-To Motion For Leave To File a Corrected Complaint (D.I. 49), and for good cause shown,

LEAVE IS HEREBY GRANTED for Lead Plaintiffs to file a Corrected Amended Complaint correcting the typographical errors set forth in the Motion. The scheduling order for Defendants' motion to dismiss (D.I. 30) shall remain fully in effect.

DATED: June 24, 2005

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge