# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND, et al., <br>                    Plaintiffs, <br>       v. <br> WILLIAM B. HARRISON, JR., et al., <br>                    Defendants. | Case No.  **1:05-cv-162 (JJF)** <br><br> **CLASS ACTION** |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiffs hereby request oral argument on defendants' motion to dismiss the amended complaint (D.I. 32). Defendants' reply brief is due to be filed on or before August 1, 2005, per stipulation (D.I. 30).

As plaintiffs' counsel will be outside the country through Tuesday, August 9, 2005, it is respectfully requested that oral argument be scheduled for after that date.

DATED:   July 22, 2005

Respectfully submitted,

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

*Plaintiffs' Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 22, 2005, I electronically filed *PLAINTIFFS' REQUEST FOR ORAL ARGUMENT* with the Clerk of Court using CM/ECF which will send notification of such filing to Michael R. Robinson, Esq.

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
attorney@gielatalaw.com