# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DELAWARE 19899
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
ROBINSON@RLF.COM

August 2, 2005

**VIA ELECTRONIC FILING**

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

      Re:    **Hyland and Speakman v. Harrison, et al., Case No. 1:05-cv-162**

Dear Judge Farnan:

      On June 17, 2005 defendants William B. Harrison, Jr., Hans W. Becherer, Riley P. Bechtel, Frank A. Bennack, Jr., John H. Biggs, Lawrence A. Bossidy, M. Anthony Burns, Ellen V. Futter, William H. Gray, III, Helene L. Kaplan, Lee R. Raymond, John R. Stafford, and James Dimon, and J.P. Morgan Chase & Co. ("Defendants") filed a motion to dismiss and opening brief in support thereof in the above-referenced action. On July 11, 2005, plaintiffs Samuel Hyland and Stephanie Speakman filed their answering papers in opposition to the motion. With the service and filing of Defendants' reply brief yesterday afternoon, August 1, 2005, the parties have completed briefing on the motion. Accordingly, pursuant to District of Delaware Local Rule 7.1.4, Defendants respectfully request that oral argument be scheduled on the motion at the Court's convenience.

      Respectfully,

      Michael R. Robinson
      (DSBA # 4452)

MRR:mr
cc:    Clerk of Court (By electronic filing)
      Joseph N. Gielata, Esq. (By electronic filing)
      Michael A. Cooper, Esq. (By Email)
      Sharon L. Nelles, Esq. (By Email)
      Nancy E. Schwarzkopf, Esq. (By Email)

RLF1-2903612-1