## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>            v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>        Defendants. | Case No. 1:05-cv-162 (JJF) |
| Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated,<br><br>        Applicant-In-Intervention | |

## MOTION OF DR. STEPHEN BLAU TO INTERVENE IN ORDER TO FURTHER MOVE THAT THIS ACTION BE STAYED

Dr. Blau, by his counsel, hereby moves to intervene as of right, pursuant to Federal Rule of Civil Procedure 24(a) or permissively under Rule 24(b) to further move to stay the Delaware action styled as Hyland v. Harrison, et al., Case No. 1:05-cv-162 (JJF). Movant and Applicant-In-Intervention attaches hereto his proposed Complaint in Intervention. The grounds for this motion are more fully set forth in the Brief In Support of Dr. Stephen Blau's Motion To

Intervene To Further Move That This Action Be Stayed and in the accompanying Affidavit of

Gregory M. Nespole in support of this Motion.

Dated: August 26, 2005                                        CHIMICLES & TIKELLIS LLP


                                                              _____
                                                              Pamela Tikellis (#2172)
                                                              Robert J. Kriner, Jr. (#2546)
                                                              Robert R. Davis (#4536)
                                                              One Rodney Square
                                                              P.O. Box 1035
                                                              Wilmington, DE 19999
                                                              Telephone: (302) 656-2500
                                                              Fascimile: (302) 656-9053


OF COUNSEL:

Adam J. Levitt, Esquire
Wolf Haldenstein Adler Freeman
& Herz LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
(312) 984-0000

Gregory M. Nespole, Esquire
Wolf Haldenstein Adler Freemen
& Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600