UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants.<br><br>Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated,<br><br>Applicant-In-Intervention | Case No. 1:05-cv-162 (JJF) |

### [PROPOSED] ORDER GRANTING THE MOTION OF DR. STEPHEN BLAU TO INTERVENE IN ORDER TO FURTHER MOVE THAT THIS ACTION BE STAYED

Upon consideration of the Motion of Dr. Stephen Blau to Intervene in Order to Further Move that this Action be Stayed and the Brief in Support of Motion of Dr. Stephen Blau to Intervene in Order to Further Move that This Action be Stayed. It is hereby decreed and ordered that:

1.     Movant and Applicant-In-Intervention Dr. Stephen Blau shall file a Complaint in Intervention in the general form of the proposed Complaint attached to his motion.

2.  Upon the filing of the Complaint in Intervention, the Delaware action styled as Hyland v. Harrison, et al., Case No. 1:05-cv-162 (JJF) is stayed.

Dated: _____, 2005          BY THE COURT:

_____
United States District Judge