## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 26th day of August, 2005, I caused two copies of the foregoing Motion of Dr. Stephen Blau, Brief in Support of Motion, Proposed Order and Proposed Complaint in Intervention to be served on the following counsel by e-filing:

Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809

Michael Ray Robinson
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

_____
Robert R. Davis (No. 4536)