## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 26th day of August, 2005, I caused two copies of the foregoing Motion of Dr. Stephen Blau, Brief in Support of Motion, Proposed Order and Proposed Complaint in Intervention to be served on the following counsel by e-filing:

| | |
|---|---|
| Joseph N. Gielata, Esq.<br>501 Silverside Road<br>Suite 90<br>Wilmington, DE 19809 | Michael Ray Robinson<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |

_____
Robert R. Davis (No. 4536)