UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants.<br><br>Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated,<br><br>Applicant-In-Intervention | Case No. 1:05-cv-162 (JJF) |

**AFFIDAVIT OF GREGORY M. NESPOLE, ESQ. IN SUPPORT OF MOTION OF DR. STEPHEN BLAU TO INTERVENE IN ORDER TO FURTHER MOVE THAT THIS ACTION BE STAYED**

STATE OF NEW YORK    )
                     ) ss.:
NEW YORK COUNTY      )

    I, Gregory M. Nespole, Esq., being duly sworn, deposes and says;

    1.    I am an attorney duly licensed to practice law in the State of New York. I am a partner at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, attorneys for Dr.

Stephen Blau, Applicant-In-Intervention and Lead Plaintiff in the Illinois Class Action. This Affidavit is made in support of the Dr. Blau's motion to intervene to further move to stay this action. I also offer this affidavit in support of the introduction as true and correct copies of the documents below:

    a. The Order of the Northern District of Illinois appointing Dr. Stephen Blau and American Growth Fund, Inc. lead plaintiffs, attached as Exhibit A;

    b. The Memorandum of *Amici Curaie,* together with the Supplemental Memorandum of *Amici Curaie* in the Blau Action, attached as Exhibit B; (together, referred to as the "Hyland Memoranda"); and

    c. A copy of Dr. Blau's certificate, dated October 12, 2004 evidencing his standing and willingness to prosecute this action on behalf of the class, attached as Exhibit C.

2. On August 24, 2005, Dr. Blau, Lead Plaintiff in the Illinois Action, filed a response to the Hyland Memoranda in the United States District Court for the Northern District of Illinois, detailing the Hyland Memoranda's lack of any factual or legal merit and the serious (and potentially actionable) misrepresentations therein.

3. On August 24, 2005, I learned that Counsel in the Delaware Action, Mr. Gielata, was indicted on a felony count by the Attorney General of the State of Delaware for allegedly stealing money or other property from PayPal, Inc., in an amount exceeding $1,000.00. Mr. Gielata is also charged, in that same indictment, with a conspiracy count related to the property theft charge.

4.  Accordingly, and for the reasons submitted in the accompanying Brief In Support of Dr. Stephen Blau's Motion To Intervene To Further Move That This Action Be Stayed, I respectfully request that the Court stay all further proceedings in the Delaware Action.

5.  I have discussed this application with Dr. Blau and he is fully informed as to its basis and the relief sought by it. Dr. Blau executed a certificate to accompany his original pleading filed in the United States District Court for the District of Illinois on October 12, 2004. (See Exhibit C). He also reviewed and approved the filing of the amended complaint filed in the Illinois Action. The instant complaint in intervention is substantially identical to the amended complaint filed in Illinois. Indeed, all of the averments are identical and the only variations are modifications to the caption and venue averment. If and when intervention is granted and the Court permits the complaint to be filed, the complaint will be accompanied by a new certificate at that time.

FURTHER AFFIANT SAYETH NOT.

Dated: August 26, 2005

_____
Gregory M. Nespole

Sworn to before me
this 26th day of August, 2005

_____
Notary Public

DAVID L. WALES
Notary Public, State of New York
No. 02WA6076746
Qualified in Westchester County
Commission Expires July 1, 2006

412784