# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET

MICHAEL R. ROBINSON         WILMINGTON, DELAWARE 19801         DIRECT DIAL NUMBER
                                    (302) 651-7700                               302-651-7767
                                    FAX (302) 651-7701                      ROBINSON@RLF.COM
                                    WWW.RLF.COM

September 12, 2005

**VIA ELECTRONIC FILING**

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

      Re: **Hyland and Speakman v. Harrison, *et al.*, Case No. 1:05-cv-162**

Dear Judge Farnan:

      I write on behalf of defendants William B. Harrison, Jr., Hans W. Becherer, Riley P. Bechtel, Frank A. Bennack, Jr., John H. Biggs, Lawrence A. Bossidy, M. Anthony Burns, Ellen V. Futter, William H. Gray, III, Helene L. Kaplan, Lee R. Raymond, John R. Stafford, and James Dimon, and J.P. Morgan Chase & Co. ("Defendants") in the above-referenced action. On August 26, 2005, Dr. Stephen Blau filed a motion to intervene in this action in order to further move that this action be stayed. Without waiving any of their rights, Defendants take no position on Dr. Blau's motion to intervene at this time. In particular, by taking no position on the motion to intervene, Defendants reserve the right to oppose any future motion to stay this action by Dr. Blau if he is permitted to intervene.

      Respectfully,

      /s/ Michael R. Robinson

      Michael R. Robinson
      (DSBA # 4452)

MRR:mr
cc: Clerk of Court (By Electronic Filing)
    Michael A. Cooper, Esq. (By Email)
    Jesse A. Finkelstein, Esq. (By Hand)
    Joseph N. Gielata, Esq. (By Electronic Filing)
    Sharon L. Nelles, Esq. (By Email)
    Nancy E. Schwarzkopf, Esq. (By Email)