# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>    Defendants. | Case No.  **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

### PLAINTIFFS' MOTION TO DISQUALIFY
### WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

Plaintiffs Samuel I. Hyland and Stephanie Speakman ("Plaintiffs") respectfully request that this Court issue an Order disqualifying the law firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein") from appearing as counsel for any purported class member in this litigation, including the instant case, *Hyland et al. v. Harrison et al.*, Case No. 1:05-cv-162, as well as any related federal action, including without limitation *Blau v. Harrison, et al.*, No. 04C 6592 (N.D. Ill.).

In accordance with Local Rule 7.1.1, Plaintiffs' counsel attempted to confer with Wolf Haldenstein's local counsel concerning this motion, but did not reach any agreement on the matters set forth herein.

In support of this motion, Plaintiffs incorporate herein by reference the opening brief filed herewith.

DATED:     September 15, 2005          Respectfully submitted,

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

***Lead Counsel for Plaintiffs
     and the Putative Class***

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that, on September 15, 2005, I electronically filed *PLAINTIFFS'*

*MOTION TO DISQUALIFY WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP* with the

Clerk of Court using CM/ECF which will send notification of such filing to:

> Michael R. Robinson, Esq.
> **RICHARDS LAYTON & FINGER, P.A.**
> One Rodney Square
> Wilmington, DE 19801
> *Counsel for Defendants*
>
> Robert R. Davis, Esq.
> **CHIMICLES & TIKELLIS LLP**
> P.O. Box 1035
> One Rodney Square
> Wilmington, DE 19899
> *Counsel for Proposed Intervenor*

                                           /s/ Joseph N. Gielata
                                           Joseph N. Gielata (DSB # 4338)
                                           Attorney at Law
                                           501 Silverside Road, Suite 90
                                           Wilmington, Delaware 19809
                                           (302) 798-1096
                                           attorney@gielatalaw.com