IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants. | Case No. **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion To Disqualify Wolf Haldenstein Adler Freeman & Herz LLP from appearing as counsel for any purported class member in this litigation, and for good cause shown,

IT IS HEREBY ORDERED as follows:

(1) Wolf Haldenstein Adler Freeman & Herz LLP (including all of its attorneys and any attorney(s) with its controlled and/or related entities, if any) is hereby DISQUALIFIED from appearing as counsel for any purported class member in (a) *Hyland et al. v. Harrison et al.*, Case No. 1:05-cv-162, (b) *Blau v. Harrison, et al.*, No. 04C 6592 (N.D. Ill.), and (c) any action arising out of or relating to (i) the July 1, 2004 merger between J.P. Morgan Chase & Co. and the former Bank One Corporation (the "Merger") and/or (ii) alleged nondisclosures or misrepresentations

- 2 -

concerning the arrangement between defendants William B. Harrison Jr. and James Dimon to grant Harrison two more years as Chief Executive Officer of the combined company in exchange for paying a premium in connection with the Merger; and

(2) Wolf Haldenstein Adler Freeman & Herz LLP shall promptly provide copies of the order to each of its client(s) in the actions set forth in (1).

DATED:     September ___, 2005

_____

The Honorable Joseph J. Farnan, Jr.
United States District Judge