## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 19th day of September, 2005, I caused copies of the foregoing Movant Dr. Stephen Blau's Reply Brief in Further Support of His Motion to Intervene in Order to Further Move That This Action Should be Stayed and Affidavit of Gregory Mark Nespole in Support of Dr. Blau's Reply Brief to be served on the following counsel by e-filing:

Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809

Michael Ray Robinson
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

_____
Robert R. Davis (No. 4536)