# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, LAURENCE FULLER, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, and J.P. MORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants.<br><br>DR. STEPHEN BLAU, Individually and On Behalf of All Others Similarly Situated,<br><br>Applicants-In-Intervention | Case No. 1:05-cv-162 (JJF)<br><br>CLASS ACTION |

**AFFIDAVIT OF GREGORY MARK NESPOLE, ESQ. IN SUPPORT OF DR. BLAU'S REPLY BRIEF IN FURTHER SUPPORT OF HIS MOTION TO INTERVENE IN ORDER TO FURTHER MOVE THAT THIS ACTION SHOULD BE STAYED**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Gregory Mark Nespole, Esq., being duly sworn, deposes and says;

1. I am an attorney at law of the State of New York. I am a partner at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, located at 270 Madison Avenue, New York,

10016. I offer this affidavit in support of Dr. Blau's Reply Brief in Further Support of his Motion to Intervene. I also offer this affidavit in support of the introduction of true and correct copies of the following documents listed below:

    a. Exhibit 1 is a copy of the submission styled "Memorandum of *Amici Curiae* Samuel Hyland and Stephanie Speakman" (sans its voluminous exhibits, which will be provided should the court desire) filed by Mr. Gielata in the Northern District of Illinois.

    b. Exhibit 2 is Mr. Gielata's affidavit in support of that memorandum (also sans exhibits).

    c. Exhibit 3 is Mr. Gielata's June 16, 2005 Supplemental Affidavit.

    d. Exhibit 4 is the Hyland Shareholders' Supplemental Memorandum of *Amici Curiae*.

    e. Exhibit 5 is the August 24th Affidavit of Gregory M. Nespole, submitted to Judge Hibbler in response to Mr. Gielata's *amici curiae*.

    f. Exhibit 6 is the memoranda submitted to Judge Hibbler in response to Mr. Gielata's *amici curiae*.

    g. Exhibit 7 is the transcript of the hearing before Judge Hibbler that addressed Mr. Gielata's contentions.

    h. Exhibit 8 is Judge Hibbler's Order dated August 29, 2005 that states "the Court finds that the parties have sufficiently responded to issues raised by *Amici Curiae* filing and absent some further intervention authorized by the Court this matter shall proceed without further consideration regarding the Hyland case."

    i. Exhibit 9 is a copy of Judge Lamb's Opinion and Order dismissing the case filed against J.P. Morgan Chase in the Delaware Chancery Court.

/414820    2

      j.      Exhibit 10 is a copy of the indictment handed down against Mr. Gielata by the Grand Jury of New Castle County.

      k.      Exhibit 11 is a copy of the complaint that Mr. Gielata filed against the State of Delaware on August 2, 2005 (sans exhibits) alleging *inter alia* that his civil rights were violated by the law license suspension hearing process.

    2.    Accordingly, and for the reasons submitted in the accompanying Reply Brief in Further Support of Dr. Stephen Blau's Motion to Intervene in Order to Further Move That This Action Be Stayed, I respectfully request that the Court stay all further proceedings in the Delaware Action.

FURTHER AFFIANT SAYETH NOT.

_____
GREGORY MARK NESPOLE

Sworn to before me this
19th day of September, 2005

_____

SCOTT J. FARRELL
Notary Public, State of New York
No. 02FA6084187
Qualified in Queens County
Commission Expires December 2, 2006

SCOTT J. FARRELL
Notary Public, State of New York
No. 02FA6084187
Qualified in Queens County
Commission Expires December 2, 2006

/414820      3