## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 19th day of September, 2005, I caused copies of the foregoing Movant Dr. Stephen Blau's Reply Brief in Further Support of His Motion to Intervene in Order to Further Move That This Action Should be Stayed and Affidavit of Gregory Mark Nespole in Support of Dr. Blau's Reply Brief to be served on the following counsel by e-filing:

| | |
|---|---|
| Joseph N. Gielata, Esq. | Michael Ray Robinson |
| 501 Silverside Road | Richards, Layton & Finger |
| Suite 90 | One Rodney Square |
| Wilmington, DE 19809 | P.O. Box 551 |
| | Wilmington, DE 19899 |

_____
Robert R. Davis (No. 4536)