IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>　　　　Defendants. | Case No. **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

**PLAINTIFFS' MOTION TO ENJOIN FURTHER
PROSECUTION OF *BLAU V. HARRISON, ET AL.***

　　　　Plaintiffs Samuel I. Hyland and Stephanie Speakman ("Plaintiffs"), by and through counsel, hereby move for an injunction prohibiting all parties to *Blau v. Harrison, et al.*, No. 04 C 6592 (N.D. Ill.) and their attorneys and agents, from further proceeding in that action in any manner on the grounds set forth in the opening brief filed herewith. The requested injunction is in the interest of justice because it will conserve judicial resources and ensure the comprehensive disposition of this litigation in a convenient forum.

In accordance with Local Rule 7.1.1, Plaintiffs' counsel has contacted the defendants' Delaware counsel as well as Delaware counsel for proposed intervenor Stephen Blau, but has been unable to reach any agreement on the matters set forth herein.

DATED:   September 22, 2005            Respectfully submitted,

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096


*Lead Counsel for Plaintiffs
    and the Putative Class*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 22, 2005, I electronically filed *PLAINTIFFS'*

*MOTION TO ENJOIN FURTHER PROSECUTION OF BLAU V. HARRISON, ET AL.* with the

Clerk of Court using CM/ECF which will send notification of such filing to:

    Michael R. Robinson, Esq.
    **RICHARDS LAYTON & FINGER, P.A.**
    One Rodney Square
    Wilmington, DE  19801
    *Counsel for Defendants*

    Robert R. Davis, Esq.
    **CHIMICLES & TIKELLIS LLP**
    P.O. Box 1035
    One Rodney Square
    Wilmington, DE  19899
    *Counsel for Proposed Intervenor*

                                         /s/ Joseph N. Gielata
                                        Joseph N. Gielata (DSB # 4338)
                                        Attorney at Law
                                        501 Silverside Road, Suite 90
                                        Wilmington, Delaware 19809
                                        (302) 798-1096
                                        attorney@gielatalaw.com