IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>　　　　Defendants. | Case No. **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion To Enjoin Further Prosecution Of *Blau v. Harrison, et al.*, No. 04 C 6592 (N.D. Ill.) (the "Illinois Action") and for good cause shown,

IT IS HEREBY ORDERED that all parties to the Illinois Action (all of whom have appeared in the above-captioned action), including Stephen Blau, plaintiff in the Illinois Action (and all attorneys or other representatives or agents acting in concert with him or on his behalf), are ENJOINED from prosecuting, defending, or proceeding further in any way in the Illinois Action.

- 2 -

     IT IS FURTHER ORDERED that this injunction and restraint will continue in effect until further action or order of this Court or the entry of final judgment in all of the proceedings related to this action.

DATED: _____, 2005

                                               _____
                                               The Honorable Joseph J. Farnan, Jr.
                                               United States District Judge