IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>　　　　Defendants. | Case No.  **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

**DECLARATION OF JOSEPH N. GIELATA**

　　　　JOSEPH N. GIELATA, a member of the Bar of the Supreme Court of Delaware, for his declaration states:

　　　　1.　　I represent the plaintiffs in the above-captioned action and make this declaration in support of Plaintiffs' Motion To Enjoin Further Prosecution Of *Blau v. Harrison, et al*.

　　　　2.　　As a result of an extensive investigation, both pre-commencement and ongoing, I believe that the following persons, among others, were close to the negotiations leading to the merger at issue in this litigation, based on their roles as the investment bankers and M&A lawyers advising parties to the merger, and may be able to

confirm the allegations in the operative complaint in the above-captioned action: (i) bankers Gary Parr, Tim Dana, and Gary Shedlin of Lazard Frères & Co. LLC for Bank One; (ii) lawyers Edward Herlihy, Craig Wasserman, Adam Chinn, and Lawrence Makow of Wachtell, Lipton, Rosen & Katz for Bank One; (iii) bankers Douglas Braunstein, Richard Herbst, John Chrin, and Fernando Rivas of J.P. Morgan & Co. for JPMC; (iv) lawyers Richard Beattie, Lee Meyerson, Maripat Alpuche, Christopher Lee, Kristin Johnson and Elsa Fraysse of Simpson Thacher & Bartlett LLP for JPMC; and (v) lawyers Rodgin Cohen and Mitchell Eitell with Sullivan & Cromwell LLP for JPMC's board.

    3.    In order to determine the distance between the Delaware Federal Courthouse and certain addresses in Manhattan, I employed commonly available Global Positioning System calculators, yielding the following conclusions:

    A. I have determined that the Delaware Federal Courthouse ("DFC"), with its address at 844 North King Street, Wilmington, DE 19801, is located at Latitude 39.743607 (39:44:36.985N) and Longitude -075.547921 (75:32:52.516W).

    B. JPMC's headquarters ("HQ"), with its address at 270 Park Avenue, New York, NY 10017, are located at Latitude 40.755844 (40:45:21.038N) and Longitude -073.975374 (73:58:31.346W).

    C. The distance between HQ [40 45'21"N, 73 58'31"W] and DFC [39 44'36"N, 75 32'52"W] is 94.3793 air miles.

D. The New York office of Sullivan & Cromwell LLP ("SC"), with its address at 125 Broad Street, New York, NY 10004, is located at Latitude 40.701888 (40:42:6.797N) and Longitude -074.011054 (74:00:39.794W).

E. The distance between SC [40 42'6"N, 74 0'39"W] and DFC [39 44'36"N, 75 32'52"W] is 91.0666 air miles.

F. The office of Wachtell, Lipton, Rosen & Katz ("WLRK"), with its address at 51 West 52nd Street, New York, NY 10019 is located at Latitude 40.760577 (40:45:38.077N) and Longitude -073.977893 (73:58:40.415W).

G. The distance between WLRK [40 45'38"N, 73 58'40"W] and DFC [39 44'36"N, 75 32'52"W] is 94.4732 air miles.

H. Lazard Frères & Co. LLC maintains offices in New York with addresses at 435 East 79th Street, New York, NY 10021 ("LF1") and 30 Rockefeller Plaza, New York, NY 10112 ("LF2"), located at Latitude 40.772048 (40:46:19.373N) and Longitude -073.951904 (73:57:6.854W), and Latitude 40.758816 (40:45:31.738N) and Longitude -073.978848 (73:58:43.853W), respectively.

I. The distance between LF1 [40 46'19"N, 73 57' 6"W] and DFC [39 44'36"N, 75 32'52"W] is 95.8248 air miles.

J. The distance between LF2 [40 45'31"N, 73 58'43"W] and DFC [39 44'36"N, 75 32'52"W] is 94.3692 air miles.

4. Attached to this Declaration are true and correct copies of the following:

    A. Transcript of hearing in *Blau v. Harrison*, No. 04 C 6592 (N.D. Ill) (Aug. 29, 2005);

    B. H.R. Rep. No. 104-369 (1995) reprinted in 1996 U.S.C.C.A.N. 730;

    C. S. Rep. No. 104-98 (1995) reprinted in 1996 U.S.C.C.A.N. 679;

    D. Transcript of speech by Commissioner Harvey J. Goldschmid, *Post-Enron America: An SEC Perspective* (Dec. 2, 2002) (available at http://www.sec.gov/news/speech/spch120202hjg.htm).

5. Attached to this Declaration are true and correct copies of the following unreported decisions:

    E. *In re J.P. Morgan Chase & Co. S'holder Litig.*, Consol. C.A. No. 531-N, 2005 WL 1076069 (Del. Ch. Apr. 29, 2005);

    F. *Grand Park Surgical Center, Inc. v. Inland Steel Co.*, 1996 WL 204322 (N.D. Ill. Apr. 25, 1996).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: September 22, 2005        /s/ Joseph N. Gielata
                                                  Joseph N. Gielata