**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL I. HYLAND, et al., <br>    Plaintiffs, <br>   v. <br> WILLIAM B. HARRISON, JR., et al., <br>    Defendants. | Case No. **1:05-cv-162 (JJF)** <br><br> **CLASS ACTION** |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, plaintiffs hereby respectfully request oral argument on the motion to intervene to seek a stay of the above-caption action, submitted by proposed intervenor-movant Stephen Blau (D.I. 58).

DATED:   September 22, 2005          Respectfully submitted,

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

*Lead Counsel for Plaintiffs
and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 22, 2005, I electronically filed *PLAINTIFFS' REQUEST FOR ORAL ARGUMENT* with the Clerk of Court using CM/ECF which will send notification of such filing to Michael R. Robinson, Esq. and Robert R. Davis, Esq.

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
attorney@gielatalaw.com