# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
Robinson@rlf.com

September 28, 2005

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

Re:   **Hyland and Speakman v. Harrison, *et al.*, Case No. 1:05-cv-162**

Dear Judge Farnan:

I write on behalf of defendants William B. Harrison, Jr., Hans W. Becherer, Riley P. Bechtel, Frank A. Bennack, Jr., John H. Biggs, Lawrence A. Bossidy, M. Anthony Burns, Ellen V. Futter, William H. Gray, III, Helene L. Kaplan, Lee R. Raymond, John R. Stafford, and James Dimon, and J.P. Morgan Chase & Co. ("Defendants") in the above-referenced action. On September 15, 2005, plaintiffs filed a motion to disqualify Wolf Haldenstein Adler Freeman & Herz LLC ("Wolf Haldenstein") from appearing on behalf of the class in this action as well as any other related litigation. Without waiving any of their rights, Defendants take no position on plaintiffs' motion to disqualify at this time. In particular, by taking no position on the motion to disqualify, Defendants reserve the right to oppose any future motion for class certification or to certify Wolf Haldenstein as class counsel in this or any other action.

Respectfully,

*/s/ Michael Robinson*

Michael R. Robinson (DSBA # 4452)

MRR:mr
cc:   Clerk of Court (By Electronic Filing)
      Michael A. Cooper, Esq. (By Email)
      Jesse A. Finkelstein, Esq. (By Hand)
      Joseph N. Gielata, Esq. (By Electronic Filing)
      Sharon L. Nelles, Esq. (By Email)
      Nancy E. Schwarzkopf, Esq. (By Email)
      Pamela Tikellis, Esq. (By Hand)

RLF1-2925751-1