## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 29th day of September, 2005, I

caused copies of the foregoing Dr. Blau's Answering Brief In Opposition To Plaintiffs

Samuel I. Hyland And Stephanie Speakman's Motion to Disqualify Wolf Haldenstein

Adler Freeman & Herz LLP and Affidavit of Gregory Mark Nespole to be served on the

following counsel by e-filing:

Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809

Michael Ray Robinson
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Robert R. Davis (No. 4536)