# EXHIBIT A

Case 1:05-cv-00162-JJF    Document 74-2    Filed 09/29/2005    Page 1 of 17

## Legal Notice

Dated: October 15, 2004

Notice: On October 13, 2004, a class action was filed in United States District Court for the Northern District of Illinois - Eastern Division by Wolf Haldenstein Adler Freeman & Herz LLP against J.P. Morgan Chase & Co., along with William B. Harrison Jr., (J.P. Morgan Chase's Chief Executive Officer and Chairman of the Board, and additional officers and directors of J.P. Morgan Chase) on behalf of all those who held shares of the common stock of J.P. Morgan Chase, either on April 2, 2004 (the record date for voting at the May 25, 2004 shareholder meeting), or at any time from April 19, 2004 (the date of the proxy that was issued in connection with such meeting) through July 1, 2004, (the date on which the Company consummated a merger with Bank One Corporation, which was approved by shareholders pursuant to the above-dated materially false and misleading proxy statement). The complaint alleges violations of sections 14(a) and rule 14a - 9, and section 20(a) of the Securities Exchange Act of 1934. The action is pending before the Honorable William J. Hibbler and is styled Blau v. Harrison, et al., 04 C 6592.

Specifically, the complaint alleges, among other things, that the merger was consummated following shareholder approval of a 15% premium in favor of Bank One, but defendants never disclosed that Bank One offered to consummate the merger without demanding a premium for its shares and that Defendant Harrison rejected that offer so that he could prolong his executive tenure. This conduct (the facts of which are omitted from the proxy statement's discussions of related issues - namely, the merger negotiation and approval process, the exchange ratio, and Mr. Harrison's continued employment) ultimately cost J.P. Morgan Chase shareholders over $7 billion in merger compensation.

If you are a member of the Class, you may, no later than December 14, 2004, move the Court to serve as lead plaintiff of the Class. Your ability to share in a recovery is not, however, affected by the decision whether or not to serve as the lead plaintiff. If you have any questions concerning this notice or rights with regard to this case, please contact Gregory Mark Nespole, Esq., at Wolf Haldenstein Adler Freeman & Herz LLP, at 270 Madison Avenue, New York New York 10016, 212-545-4600.

# EXHIBIT B

## PLAINTIFF'S CERTIFICATION

_American Growth Fund, LLC_ ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of an action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in J.P. Morgan Chase & Co. securities during the Class Period specified in the Complaint are as follows:

| Date | # of Shares Purchased | # of Shares Sold | Price |
|---|---|---|---|
| 11/14/01 | 25,000 | N/A | 37.99 |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws. [Or, Plaintiff has served as a class representative in the action(s) listed below:]

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _19_ day of _November_, 2004.

_____

**EXHIBIT C**

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
PETER L. KLAUSNER*
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT*
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA L. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT*
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.*
DEMET BASAR°
ADAM J. LEVITT‡
LISA A. LOWENTHAL

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600
WWW.WHAFH.COM

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
656 WEST RANDOLPH STREET, SUITE 500W
CHICAGO, IL 60661
312-456-9200
DIRECT DIAL (212) 545-4657
FACSIMILE (212) 545-4758
NESPOLE@WHAFH.COM

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL◊
JULIE M. SULLIVAN
LINDA A. REDLISKY
NANCY S. PITKOFSKY*
STEVEN D. SLADKUS◊
MICHAEL C. MULÉ*
RACHELE R. RICKERT*
BRIAN S. COHEN
THOMAS H. BURT
JILL H. BLUMBERG*
MARK A. HAKIM*
SCOTT J. FARRELL*
KATHERINE B. DUBOSE
KATE M. McGUIRE
GUSTAVO BRUCKNER*
STACEY T. KELLY
STEFANIE A. LINDEMAN
RONNIE BRONSTEIN
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ

ALSO ADMITTED
*FLA., †CAL., ◊N.J., ‡IL.
ONLY ADMITTED
°CA, ‡IL, ◊VA, ◊NJ & PA

November 23, 2004

**Via Federal Express**

Mr. Timothy Taggart
c/o American Growth Fund, Inc.
110 16th Street, Suite 1400
Denver, Colorado 80202

Re: **J.P. Morgan Chase & Company Securities Litigation**

Dear Mr. Taggart:

Thank you for submitting to us American Growth fund's filled-out plaintiff's certification. However, the certificate does need a signature. Please arrange for signing of the certificate on behalf of the Fund, and return it my attention in the Federal Express envelope that we have provided for you.

Should you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

Gregory Mark Nespole

GMN:mns/384190

**EXHIBIT D**

## PLAINTIFF'S CERTIFICATION

_American Growth Fund, Inc_ ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of an action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in J.P. Morgan Chase & Co. securities during the Class Period specified in the Complaint are as follows:

| Date | # of Shares Purchased | # of Shares Sold | Price |
|---|---|---|---|
| 11/14/01 | 25,000 | N/A | 37.99 |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws. [Or, Plaintiff has served as a class representative in the action(s) listed below:]

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _19_ day of _November_, 2004.

_[signature]_

Please complete the following information so that we may include your contact information with your Plaintiff's Certification upon being returned to us. By filling out this form, it will facilitate the process of providing you with updates on the status of the case.

**NAME:** Timothy E Taggart

**ADDRESS:** 110 16th St. Suite 1400
Denver, CO 80202

**HOME PHONE:**

**WORK PHONE:** (303) 626-0600

**E-MAIL ADDRESS:** Tim.Taggart@AmericanGrowthFund.com

**CASE NAME:** J.P. Morgan Chase & Company

# EXHIBIT E

# EXHIBIT E

Case 1:05-cv-00162-JJF    Document 74-2    Filed 09/29/2005    Page 10 of 17

 

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT♦
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT○
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR○
ADAM J. LEVITT‡
LISA A. LOWENTHAL

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

WWW.WHAFH.COM

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
656 WEST RANDOLPH STREET, SUITE 500W
CHICAGO, IL 60661
312-466-9200

DIRECT DIAL (212) 545-4657
FACSIMILE (212) 545-4758
NESPOLE@WHAFH.COM

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS

OF COUNSEL

ALAN McDOWELL□
LINDA A. REDLISKY
NANCY S. PITKOFSKY○
STEVEN D. SLADKUS○
JULIE A. FOX‡
MICHAEL C. MULÉ○
RACHELE R. RICKERT▽
THOMAS H. BURT
JILL H. BLUMBERG○
SCOTT J. FARRELL○
KATE M. McGUIRE
LAUREN P. KRAUS○
GUSTAVO BRUCKNER○
STACEY T. KELLY○
RONNIE BRONSTEIN
PAULETTE S. FOX○
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ○
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JESSICA HOFF●

ALSO ADMITTED
*FLA., †CAL., ○N.J., ♦IL.

ONLY ADMITTED
▽CA,‡IL,□VA,◊NJ & PA, ●CT

February 14, 2005

**VIA FEDERAL EXPRESS**

Mr. Timothy Taggart
c/o American Growth Fund, Inc.
110 16th Street, Suite 1400
Denver, Colorado 80202

    Re:    **J.P. Morgan Chase & Company Securities Litigation**

Dear Mr. Taggart:

    Enclosed, please find a draft complaint we intend to file on Friday, February 18, 2005, alleging claims against J.P. Morgan Chase and certain former officers and directors. We believe the claim is very strong. Please review the draft complaint and call me if you have any questions.

                          Very truly yours,

                          Gregory Mark Nespole

GMN:dm/392790
Encl.

**FedEx US Airbill** Express

FedEx Tracking Number: 8499 2174 1976

**1 From** Please print and press hard.
Date: 2/14/05
Sender's FedEx Account Number: 0100-2513-3
Sender's Name: Gregory M. Nespole
Phone: (212) 545-4600

Company: WOLF HALDENSTEIN ADLER FREEMAN
Address: 270 MADISON AVE
City: NEW YORK   State: NY   ZIP: 10016-0601

**2 Your Internal Billing Reference:** 3282.001

**3 To**
Recipient's Name: Mr. Timothy Taggart
Phone: ( )
Company: c/o American Growth Fund, Inc.
Recipient's Address: 110 16th Street,
Address: Suite 1400
City: Denver   State: CO   ZIP: 80202

**4a Express Package Service**
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service**
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling**
[ ] SATURDAY Delivery
[ ] HOLD Weekday
[ ] HOLD Saturday
Does this shipment contain dangerous goods?
[X] No
[ ] Yes As per attached Shipper's Declaration
[ ] Yes Shipper's Declaration not required
[ ] Dry Ice
[ ] Cargo Aircraft Only

**7 Payment** Bill to:
[X] Sender
[ ] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check

Total Packages    Total Weight    Total Declared Value
                                  $            .00

**8 Sign to Authorize Delivery Without a Signature**

0294809105

466

Sender's Copy

NO POUCH NEEDED.

**EXHIBIT F**

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600
WWW.WHAFH.COM

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT✦
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT◦
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR◦
ADAM J. LEVITT‡
LISA A. LOWENTHAL

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
656 WEST RANDOLPH STREET, SUITE 500W
CHICAGO, IL 60661
312-466-9200

DIRECT DIAL (212) 545-4657
FACSIMILE (212) 545-4758
NESPOLE@WHAFH.COM

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL◻
LINDA A. REDLISKY
NANCY S. PITKOFSKY◦
STEVEN D. SLADKUS◦
JULIE A. FOX‡
MICHAEL C. MULÉ◦
RACHELE R. RICKERT▽
THOMAS H. BURT
JILL H. BLUMBERG◦
SCOTT J. FARRELL◦
KATE M. McGUIRE
LAUREN P. KRAUS◦
GUSTAVO BRUCKNER◦
STACEY T. KELLY◦
RONNIE BRONSTEIN
PAULETTE S. FOX◦
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ◦
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JESSICA HOFF✦

ALSO ADMITTED
*FLA., †CAL., ◦N.J., ‡IL.
ONLY ADMITTED
▽CA, ‡IL, ◻VA, ◊NJ & PA, ✦CT

February 16, 2005

<u>VIA TELECOPIER (303) 626-0614</u>
<u>and FEDERAL EXPRESS</u>

Mr. Timothy Taggart
c/o American Growth Fund, Inc.
110 16th Street, Suite 1400
Denver, Colorado 80202

Re:   **J.P. Morgan Chase & Company Securities Litigation**

Dear Mr. Taggart:

It was a pleasure speaking to you this afternoon concerning the case. So that your records are complete, I have enclosed copies of the pertinent correspondence, including the certificate signed by American Growth Fund, Inc., by you on or about November 19, 2004. I have also enclosed a copy of the letter I sent to you asking that you re-submit the form to me; as we discussed, the version that you originally sent to me was not signed and I wrote to you requesting that you in fact sign it so that we could proceed.

I believe this is a very strong case, that defendants' malfeasance is substantial, and members of the proposed class may indeed have suffered damages in excess of $7 billion dollars in the form of the payment of unnecessary, excess merger compensation to Bank One's shareholders.

Also, as we discussed, the amended complaint is due to be filed on Friday, February 18, 2005 in Chicago; if you wish to remain a lead plaintiff, please let me know by the end of tomorrow, February 17 so that we may include you. I sincerely hope you elect to stay on-board.

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

February 16, 2005
Page 2

    If you wish to be withdrawn as a lead plaintiff we will, of course, accommodate you and you will not be listed on the amended complaint. I will file the necessary papers withdrawing the Fund by the end of this week as well.

    Regardless of the choice you make concerning whether to proceed as a lead plaintiff, I am mindful that your fund may at some point in time be entitled to a substantial recovery. Thus, should we be successful in this litigation, I will make certain that you receive a claim form and I will help you complete and file it with the claims administrator.

    I look forward to speaking to you sometime tomorrow.

Very truly yours,

Gregory Mark Nespole

GMN:dm/393216
Encl.

**EXHIBIT G**



American Growth Fund, Inc.
110 Sixteenth Street, Suite 1400
Denver, CO 80202
(800) 525-2406
(303) 626-0600
(303) 626-0614 *Fax*

February 16th, 2005

Gregory Nespole
Wolf Handenstein Adler freeman & Herz LLP
270 Madison Ave
New York, NY 10016

Dear Mr. Nespole,

This is to confirm my earlier message. American Growth Fund, Inc. does not wish to participate in a class action lawsuit against Chase Morgan.

If you have any questions please feel free to call me.

Timothy E. Taggart