## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 29th day of September, 2005, I caused copies of the foregoing Dr. Blau's Answering Brief In Opposition To Plaintiffs Samuel I. Hyland And Stephanie Speakman's Motion to Disqualify Wolf Haldenstein Adler Freeman & Herz LLP and Affidavit of Gregory Mark Nespole to be served on the following counsel by e-filing:

Joseph N. Gielata, Esq.  
501 Silverside Road  
Suite 90  
Wilmington, DE 19809

Michael Ray Robinson  
Richards, Layton & Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899

_____  
Robert R. Davis (No. 4536)