IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>      Defendants. | Case No.  **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

## ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

      PLEASE ENTER THE APPEARANCE of the law firm of Berger & Montague,

P.C. as co-counsel for plaintiffs in the above-captioned case.

| | |
|---|---|
| DATED:    October 6, 2005 | Respectfully submitted, |
| BERGER & MONTAGUE, P.C.<br>Abbott A. Leban (DSB # 3751)<br>919 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 571-8626<br> - and -<br>Sherrie R. Savett<br>Barbara A. Podell<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3000 | /s/ Joseph N. Gielata<br>Joseph N. Gielata (DSB # 4338)<br>Attorney at Law<br>501 Silverside Road, Suite 90<br>Wilmington, DE 19809<br>(302) 798-1096<br><br><br>*Lead Counsel for Plaintiffs*<br>*and the Putative Class* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 6, 2005, I electronically filed the foregoing *ENTRY OF APPEARANCE OF COUNSEL* with the Clerk of Court using CM/ECF which will send notification of such filing to:

>Michael R. Robinson, Esq.
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE  19801
>*Counsel for Defendants*
>
>Robert R. Davis, Esq.
>**CHIMICLES & TIKELLIS LLP**
>P.O. Box 1035
>One Rodney Square
>Wilmington, DE  19899
>*Counsel for Proposed Intervenor*

>                 /s/ Joseph N. Gielata
>Joseph N. Gielata (DSB # 4338)
>Attorney at Law
>501 Silverside Road, Suite 90
>Wilmington, Delaware 19809
>(302) 798-1096
>attorney@gielatalaw.com