## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 6th day of October, 2005, I caused copies of the foregoing Dr. Blau's Answering Brief In Opposition To Plaintiffs Samuel I. Hyland and Stephanie Speakman's Motion to Enjoin Further Prosecution of *Blau v. Harrision, et al.* to be served on the following counsel by e-filing:

| | |
|---|---|
| Joseph N. Gielata, Esq. | Michael Ray Robinson |
| 501 Silverside Road | Richards, Layton & Finger |
| Suite 90 | One Rodney Square |
| Wilmington, DE 19809 | P.O. Box 551 |
| | Wilmington, DE 19899 |

_____
Robert R. Davis (No. 4536)