# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>      Defendants. | Case No. **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiffs hereby request oral argument on their motion to disqualify Wolf Haldenstein Adler Freeman & Herz LLP (D.I. 64).

| | |
|---|---|
| DATED:    October 7, 2005 | Respectfully submitted, |
| BERGER & MONTAGUE, P.C.<br>Abbott A. Leban (DSB # 3751)<br>919 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 571-8626<br> - and -<br>Sherrie R. Savett<br>Barbara A. Podell<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3000 | /s/ Joseph N. Gielata<br>Joseph N. Gielata (DSB # 4338)<br>Attorney at Law<br>501 Silverside Road, Suite 90<br>Wilmington, DE 19809<br>(302) 798-1096<br><br><br>*Lead Counsel for Plaintiffs<br>   and the Putative Class* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 7, 2005, I electronically filed the foregoing

*PLAINTIFFS' REQUEST FOR ORAL ARGUMENT* with the Clerk of Court using CM/ECF

which will send notification of such filing to:

>Michael R. Robinson, Esq.
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE  19801
>*Counsel for Defendants*

>Robert R. Davis, Esq.
>**CHIMICLES & TIKELLIS LLP**
>P.O. Box 1035
>One Rodney Square
>Wilmington, DE  19899
>*Counsel for Proposed Intervenor*

>/s/ Joseph N. Gielata
>Joseph N. Gielata (DSB # 4338)
>Attorney at Law
>501 Silverside Road, Suite 90
>Wilmington, Delaware 19809
>(302) 798-1096
>attorney@gielatalaw.com