IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants. | Case No. **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

## WITHDRAWAL OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

The law firm of Berger & Montague, P.C. hereby withdraws from representation of plaintiffs in the above-captioned case. Plaintiffs continue to be represented by Joseph N. Gielata, Esquire.

DATED:   October 14, 2005

Respectfully submitted,

*/s/ Abbott A. Leban/*

Abbott A. Leban (DSB #3751)
**BERGER & MONTAGUE, P.C.**
919 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 571-8626
- and -
Sherrie R. Savett
Barbara A. Podell
1622 Locust Street
Philadelphia, PA 19103

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 17, 2005, I electronically filed the foregoing *Withdrawal of Appearance of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to:

>Michael R. Robinson, Esq.
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE  19801
>*Counsel for Defendants*
>
>Robert R. Davis, Esq.
>**CHIMICLES & TIKELLIS LLP**
>P.O. Box 1035
>One Rodney Square
>Wilmington, DE  19899
>*Counsel for Proposed Intervenor*

>/s/ Joseph N. Gielata
>Joseph N. Gielata (DSB # 4338)
>Attorney at Law
>501 Silverside Road, Suite 90
>Wilmington, Delaware 19809
>(302) 798-1096
>attorney@gielatalaw.com