IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>    Defendants. | Case No. **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiffs hereby request oral argument on their motion to enjoin further prosecution of *Blau v. Harrison et al.* (D.I. 68).

DATED:    October 19, 2005        Respectfully submitted,

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

*Lead Counsel for Plaintiffs
    and the Putative Class*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 19, 2005, I electronically filed *PLAINTIFFS' REQUEST FOR ORAL ARGUMENT* with the Clerk of Court using CM/ECF which will send notification of such filing to:

>Michael R. Robinson, Esq.
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE  19801
>*Counsel for Defendants*
>
>Robert R. Davis, Esq.
>**CHIMICLES & TIKELLIS LLP**
>P.O. Box 1035
>One Rodney Square
>Wilmington, DE  19899
>*Counsel for Proposed Intervenor*

>  /s/ Joseph N. Gielata
> Joseph N. Gielata (DSB # 4338)
> Attorney at Law
> 501 Silverside Road, Suite 90
> Wilmington, Delaware 19809
> (302) 798-1096
> attorney@gielatalaw.com