## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>   Defendants. | Case No. **1:05-cv-162 (JJF)**<br><br>**CLASS ACTION** |

### [PROPOSED] ORDER

Upon Plaintiffs' motion for leave to take limited discovery of proposed intervenor Stephen Blau ("Blau"), and it appearing that Plaintiffs have demonstrated a reasonable basis to conduct such limited discovery, for good cause shown;

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED and Plaintiffs are hereby authorized and empowered (i) to serve document requests upon Blau concerning his adequacy to serve as a class representative and (ii) to take the deposition of Blau, not to exceed _____ hours, within _____ days of the entry of this Order.

SO ORDERED by the Court this _____ day of December, 2005.

_____<br>
The Honorable Joseph J. Farnan, Jr.<br>
United States District Judge