**Exhibit A**

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

MAILING LIST   CONTACT US

ABOUT THE FIRM    PRACTICE AREAS    ATTORNEYS    CASES    WHAFH IN THE NEWS    PUBLICATIONS    RESOURCES

Home | Cases | Refco, Inc.

# CASES

SEARCH

Entire Site

[          ] GO

Case List

New Cases

Settlements

Case Studies

JOIN THE
MAILING LIST
›› GO

A TRADITION
SINCE 1888
›› OUR HISTORY

## Refco, Inc.

### PARTICIPATE IN THIS CLASS ACTION

On October 12, 2005, Wolf Haldenstein Adler Freeman & Herz LLP filed a class action lawsuit in the United States District Court for the Southern District of New York, on behalf of all persons who purchased the common stock of Refco, Inc. ("Refco" or the "Company") [NYSE:RFX] between August 11, 2005 and October 7, 2005, inclusive, (the "Class Period") against defendants Refco and certain officers of the Company.

The case name is Weiss v. Refco, Inc., et al. A copy of the complaint filed in this action is available from the Court, or can be viewed by clicking on the complaint link to the right.

The complaint alleges that defendants violated the federal securities laws by issuing materially false and misleading statements throughout the Class Period that had the effect of artificially inflating the market price of the Company's securities.

The complaint further alleges that throughout the Class Period, Refco represented to the investment community that it was a highly-successful financial services company, while concealing: (1) that it lacked adequate internal controls; and (2) the Company's rosy financial statements from fiscal 2002 to the first quarter of 2006 were unreliable; and (3) that the Company's financial projections were irresponsible considering the knowledge defendants possessed of the Company's actual financial situation.

If you purchased Refco common stock during the Class Period, you may request that the Court appoint you as lead plaintiff by December 12, 2005. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Wolf Haldenstein, or other counsel of your choice, to serve as your counsel in this action.

If you are interested in being included in our action or serving as one of the lead plaintiffs, please click on the link marked "Participate In This Class Action." After you have printed the form please fill in your name and your transactions in the Company's stock during the Class Period, sign the certification and send it by mail to Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016 or by fax at (212) 545-4677. When returning the certificate please include your name, address, phone number and e-mail address (if available). Plaintiff seeks to recover damages on behalf of all class members and is represented by the law firm of Wolf Haldenstein Adler Freeman & Herz LLP.

Wolf Haldenstein has extensive experience in the prosecution of securities class actions and derivative litigation in state and federal trial and appellate courts across the country. The firm has approximately 60 attorneys in various practice areas; and offices in Chicago, New York City, San Diego, and West Palm Beach. The reputation and expertise of this firm in shareholder and other class litigation has been repeatedly recognized by the courts, which have appointed it to major

PRINT PAGE    EMAIL PAGE

CASE DOCUMENTS

Initial Complaint

Exhibit A

positions in complex securities multi-district and consolidated litigation.

If you wish to discuss this action or have any questions, please contact Wolf Haldenstein Adler Freeman & Herz LLP at 270 Madison Avenue, New York, New York 10016, or by telephone at (800) 575-0735 (Fred Taylor Isquith, Esq., Gustavo Bruckner, Esq., George T. Peters, Esq., or Derek Behnke).

>> PARTICIPATE IN THIS CLASS ACTION



About the Firm | Practice Areas | Attorneys | Cases | WHAFH In the News | Publications | Resources | Contact Us

Copyright © 2004 Wolf Haldenstein Adler Freeman & Herz    Disclaimer | Site Map

**Exhibit A**

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

# JOIN CLASS ACTION

Submit your information below to join this class action. After you click on "submit", a printer-friendly "Certification" form will appear in a new window. Please read the Certification form, print it out, sign and date your name, and mail or fax the form to us.

**Case: "Refco, Inc."**

My transactions in **Refco, Inc. (RFX)** during the Class Period are as follows:

| Date | No. of Shares Purchased | No. of Shares Sold | Price per Share |
|------|------------------------|--------------------|-----------------|
|      |                        |                    |                 |
|      |                        |                    |                 |
|      |                        |                    |                 |
|      |                        |                    |                 |
|      |                        |                    |                 |
|      |                        |                    |                 |
|      |                        |                    |                 |
|      |                        |                    |                 |

Attach additional sheet(s) if necessary.

**Your Name:**

**Street Address:**

**City:**

**State:**

**Zip:**

**Telephone:**

**Email:**

>> SUBMIT

X CLOSE WINDOW

**Exhibit A**

**CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

**John Doe** declares, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint and authorized the commencement of an action on my behalf.

2. I did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in **Refco, Inc.** during the Class Period are as follows:

| Date | No. of Shares Purchased | No. of Shares Sold | Price per Share |
|------|-------------------------|--------------------|-----------------|
| 1/1/05 | 100 | | $10.00 |
| 1/2/05 | | 100 | $10.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Attach additional sheet(s) if necessary.

5. I have not served as a class representative in any case under the federal securities laws in the last three years. [Or, I have served as a class representative in the action(s) listed below:]

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of _____, 2005.

_____
signature

If you are interested in being included in our action as one of the lead plaintiffs, please print out this Plaintiff's Certification form and information form. Then sign and date the Certification form and send both pages by fax to 212-545-4677 or by mail to Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016. Plaintiffs seek to recover damages on behalf of all class members and are represented by the law firm of Wolf Haldenstein Adler Freeman & Herz LLP.

| | |
|---|---|
| Name: | John Doe |
| Case Name: | Refco, Inc. |
| Address: | 10 Main Street |
| City: | Gotham |
| State: | NY |
| Zip: | 10000 |
| Telephone: | 100-111-1111 |
| Email: | john@doe.com |

**Exhibit A**

11/30/2005 12:35 PM