# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

December 12, 2005

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware

**E-Filing and Hand Delivery**

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

    RE:    **Hyland v. Harrison, et al.,**
             **Civil Case No. 1:05-cv-00162-JJF**

Dear Judge Farnan:

    We write on behalf Dr. Stephen Blau, the Court-appointed Lead Plaintiff in *Blau v. Harrison, et al.*, 04C 6592, currently pending before Judge William J. Hibbler in the Northern District of Illinois, who is a movant-in-intervention in the above-captioned action. Dr. Blau's motion to intervene for the purpose of staying this action, filed on August 26, 2005, is *sub judice*. (D.I. 58).

    We write in connection with the recently filed "Plaintiffs' Motion to Take Limited Discovery of Stephen Blau." (D.I. 84). For the reasons set forth below, we submit that the Court should not require a formal opposition to the so-called "motion," and that a decision on Dr. Blau's



HAVERFORD OFFICE

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633

Honorable Joseph J. Farnan, Jr.
December 12, 2005
Page 2 of 3

intervention/stay motion, and two other related motions filed by Plaintiffs will dispose of the issues raised in Plaintiffs' latest submission.

First, Plaintiffs' "motion" to take discovery of Dr. Blau, who is *not* a party to this litigation, is procedurally improper. There is no procedural or substantive basis – and counsel points to none – for taking discovery from a third party like Dr. Blau except by way of subpoena. The purported "motion" is a nullity and therefore should not require a response.

Second, Plaintiffs' reason for seeking the discovery – their counsel's spurious claims concerning the adequacy of Dr. Blau as lead plaintiff and his counsel as lead counsel in the *Blau* action – has already been rejected by Judge Hibbler, the judge who presides over the *Blau* action. On May 23, 2005, Plaintiffs' counsel made a motion in the Illinois action – also improperly, as *amicus curiae* – to vacate the order appointing Dr. Blau lead plaintiff, but Judge Hibbler refused to disturb his order. Instead, Judge Hibbler stated that the *only* issues that remained after the May 23 submission were whether, after this Court rules on Dr. Blau's motion to intervene and to stay, there would be one or two actions and, if there are two, whether they would proceed in a single court or separately. Thus, the adequacy of Dr. Blau as lead plaintiff has been determined.

In any event, Plaintiffs' unfounded accusations against Dr. Blau and his counsel already have been fully briefed before this Court in three different motions: Dr. Blau's August 26, 2005 motion for intervention and a stay (in Plaintiffs' opposition and Dr. Blau's reply) (D.I. 58), Plaintiffs' September 15, 2005 motion to disqualify Wolf Haldenstein Adler Freeman & Herz LLP (D.I. 64), and Plaintiffs' motion to enjoin the prosecution of the Illinois action. (D.I. 68). Under these circumstances, we respectfully submit that a fourth brief by Dr. Blau addressing the same fallacies underlying Plaintiffs' claims and patently improper motions should not be required.

If the Court determines that a formal response to the motion is necessary, we stand ready to submit a brief in opposition to the motion on any schedule that the Court deems appropriate.

Respectfully,

Robert R. Davis
(DSBA #4536)

cc:   Clerk of Court (by e-filing)
      Joseph N. Gielata, Esquire (by e-filing)
      Michael Ray Robinson, Esquire (by e-filing)