**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL I. HYLAND, et al., <br>                 Plaintiffs, <br>     v. <br> WILLIAM B. HARRISON, JR., et al., <br>                 Defendants. | Case No. **1:05-cv-162 (JJF)** <br><br> **CLASS ACTION** |

**PLAINTIFFS' SUBMISSION OF SUBSEQUENT AUTHORITY**

Pursuant to Local Rule 7.1.2(c), plaintiffs respectfully submit a pertinent decision issued after the filing of plaintiffs' answering brief in opposition to defendants' motion to dismiss the amended complaint (D.I. 52).

In *In re New York Stock Exchange/Archipelago Merger Litigation*, No. 601646/05 (N.Y. Sup. Ct. Sept. 2, 2005) ("*NYSE*"), the Honorable Charles E. Ramos declined to dismiss a claim of unfair post-merger allocation of equity, not unlike the claims asserted in Count III of the operative complaint in this action. *See NYSE*, slip op. at 21-26 (attached hereto as Exhibit A, and available at http://decisions.courts.state.ny.us/fcas/fcas_docs/2005sep/30060164620055sciv.pdf). The Court rejected defendants' argument that such a claim was derivative in nature after extensively analyzing the distinction between direct and derivative claims under both Delaware and New York law. *See id.* at 14-21. Observing that "a corporation cannot have an equity interest in itself", *id.* at 25 (citation and internal quotation marks omitted), the Court concluded that "insofar as the…complaints allege injuries that result in harm to NYSE seatholders' *equity* interests, as opposed to the NYSE's *assets*, plaintiffs have standing to assert direct causes of actions for breach of fiduciary duty." *Id.* at 26 (emphasis in original). Consistent with

- 2 -

this analysis, the operative complaint in this action explicitly emphasizes the distinction between harm to corporate assets (absent here), and harm to plaintiffs' equity interests, for which plaintiffs have standing to maintain a direct claim.  (D.I. 51 ¶ 102.)

DATED:  December 30, 2005           Respectfully submitted,

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

*Lead Counsel for Plaintiffs
    and the Putative Class*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 30, 2005, I electronically filed *PLAINTIFFS' SUBMISSION OF SUBSEQUENT AUTHORITY* with the Clerk of Court using CM/ECF which will send notification of such filing to:

>Michael R. Robinson, Esq.
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE 19801
>*Counsel for Defendants*
>
>Robert R. Davis, Esq.
>**CHIMICLES & TIKELLIS LLP**
>P.O. Box 1035
>One Rodney Square
>Wilmington, DE 19899
>*Counsel for Proposed Intervenor*

>/s/ Joseph N. Gielata
>Joseph N. Gielata (DSB # 4338)
>Attorney at Law
>501 Silverside Road, Suite 90
>Wilmington, Delaware 19809
>(302) 798-1096
>attorney@gielatalaw.com