IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all other similarly situated, | :<br>:<br>:<br>: |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-162-JJF |
| WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |
| DR. STEPHEN BLAU, individually and on behalf of all others similarly situated, | :<br>:<br>: |
| Applicant-in-Intervention | : |

**O R D E R**

At Wilmington, this 7 day of February 2006, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  The Motion of Dr. Stephen Blau To Intervene In Order To Further Move That This Action Be Stayed (D.I. 58) is **GRANTED**.

2.  The above-captioned action is **STAYED** pending the resolution of the Illinois Action.

3.  The Motion To Enjoin Further Prosecution Of Blau v.

Harrison, et al. (D.I. 68) filed by Plaintiffs, Samuel Hyland and Stephanie Speakman (the "Hyland Plaintiffs") is **DENIED AS MOOT**.

                                             /s/ Joseph J. Farnan, Jr.
                                        UNITED STATES DISTRICT JUDGE