# JOSEPH N. GIELATA
### ATTORNEY AT LAW
### 501 SILVERSIDE ROAD NO. 90
### WILMINGTON, DELAWARE 19809

Joe@gielatalaw.com
t 302 798 1096
f 302 397 0730

February 8, 2006

**VIA ECF**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 27
Wilmington, Delaware  19801

          Re:    *Hyland, et al. v. Harrison, et al.*, **Civ. A. No. 05-162 JJF**

Dear Judge Farnan:

      I represent the lead plaintiffs in the above-referenced matter.  This Court's February 7, 2006 Order (D.I. 91) staying this action does not reference two remaining motions, namely, Plaintiffs' Motion To Disqualify Wolf Haldenstein Adler Freeman & Herz LLP (D.I. 64) and Plaintiffs' Motion To Take Limited Discovery Of Stephen Blau (D.I. 84) (together, the "Unresolved Motions").  Nor does yesterday's Opinion (D.I. 90) reference the Unresolved Motions.

      If, as there is reason to believe, *Blau v. Harrison, et al.*, No. 04C 6592 (N.D. Ill.) lacks any bona fide plaintiff, that fact would strongly militate against staying my clients' action.  The limited discovery sought (D.I. 84) would settle this lingering question once and for all.  Any clarification by the Court as to the status of the Unresolved Motions would be welcomed.

                                            Respectfully,

                                          /s/ *Joseph N. Gielata* (DSBA # 4338)

cc:    All Counsel of Record (via ECF)