IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all other similarly situated, | :<br>:<br>:<br>: |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-162-JJF |
| WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |
| DR. STEPHEN BLAU, individually and on behalf of all others similarly situated, | :<br>:<br>: |
| Applicant-in-Intervention | : |

### O R D E R

WHEREAS, pursuant to the Opinion and Order issued on February 7, 2006 (D.I. 90, 91), the Court has stayed the above-captioned action pending resolution of Blau v. Harrison, et al., an action pending in the United States District Court for the Northern District of Illinois;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is **ADMINISTRATIVELY CLOSED**.

2. The parties shall file a status report with the Court

every 6 months and may seek to reopen this action upon written request.

3.   Defendants' Motion To Dismiss (D.I. 32) is **DENIED** with leave to renew.

4.   Plaintiffs' Motion To Disqualify Wolf Haldenstein Adler Freeman & Herz LLP (D.I. 64) is **DENIED** With leave to renew.

5.   Plaintiffs' Motion To take Limited Discovery of Stephen Blau (D.I. 84) is **DENIED** with leave to renew.

                                  _/s/ Joseph J. Farnan_
                                  UNITED STATES DISTRICT JUDGE
                                  2/9/06