IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants. | Civil Action No. **05-162-JJF**<br><br>**CLASS ACTION** |

### PLAINTIFFS' MOTION TO REOPEN AND FOR RECONSIDERATION

Plaintiffs Samuel I. Hyland and Stephanie Speakman ("Plaintiffs") respectfully request that this Court reopen the above-captioned action to reconsider its February 7, 2006 Order staying this case.

In summary form, the grounds for this motion are as follows:

1.  The Court did not have the benefit of briefing on the issue of the appropriate scope of a stay before it when the Court stayed this case, and in fact a complete stay of indefinite length based on the prior-pending Illinois action would be inappropriate under the facts and caselaw for many reasons; and

2. The Court misapprehended the factual allegations in the two actions in concluding that the actions are sufficiently duplicative. Plaintiffs will suffer manifest injustice from a stay, since the Illinois action is impaired by inadequate representatives and careless execution, while Plaintiffs' suit here, which would prevent this precise harm to them and absent class members, is forced to languish.

The above grounds are fully set forth in Plaintiffs' Memorandum, filed herewith.

WHEREFORE, Plaintiffs respectfully request the Court to grant the within Motion. A form of Order is attached hereto.

DATED: February 17, 2006                Respectfully submitted,

/s/ *Joseph N. Gielata*
JOSEPH N. GIELATA (# 4338)
Attorney at Law
501 Silverside Road, No. 90
Wilmington, Delaware 19809
(302) 798-1096

*Lead Counsel for Plaintiffs
    and the Putative Class*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 17, 2006, I electronically filed *PLAINTIFFS' MOTION TO REOPEN AND FOR RECONSIDERATION* with the Clerk of Court using CM/ECF which will send notification of such filing to:

>Michael R. Robinson, Esq.
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE  19801
>*Counsel for Defendants*
>
>Robert R. Davis, Esq.
>**CHIMICLES & TIKELLIS LLP**
>P.O. Box 1035
>One Rodney Square
>Wilmington, DE  19899
>*Counsel for Intervenor*

>/s/ *Joseph N. Gielata*
>Joseph N. Gielata (# 4338)
>501 Silverside Road, No. 90
>Wilmington, Delaware 19809
>(302) 798-1096
>attorney@gielatalaw.com