**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>　　　　Defendants. | Civil Action No.  **05-162-JJF**<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER**

The Court having considered the motion of Plaintiffs to reopen this case and for Reconsideration of the Court's Order dated February 7, 2006 (the "Motion"), and having considered the parties' arguments thereon, it IS HEREBY ORDERED this _____ day of _____, 2006 that:

The Motion is granted and:

A. The Order of the Court dated February 7, 2006 is hereby vacated and the stay is lifted.

Alternatively,

B. The Court's February 7, 2006 Order is hereby modified, as follows:

(1) Intervenor Dr. Stephen Blau and his attorneys are enjoined from granting or agreeing to support a release or dismissal of any claim(s) and/or cause(s) of action asserted in this action that have not been asserted in the amended complaint filed on Dr. Blau's behalf on February 18, 2005 in the Northern District of Illinois; and

(2) The stay of this action shall expire and be lifted immediately after defendants' motion to dismiss the Illinois suit brought on Dr. Blau's behalf is decided by the Northern District of Illinois (or any court to which such suit is transferred).

JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE