## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 6th day of March, 2006, I caused copies of the foregoing Dr. Blau's Answering Brief in Opposition to Plaintiffs Samuel I. Hyland and Stephanie Speakman's Motion to Reopen and for Reconsideration, Compendium of Unreported Opinions and Affidavit of Gregory M. Nespole to be served on the following counsel by e-filing:

Joseph N. Gielata, Esq.  
501 Silverside Road  
Suite 90  
Wilmington, DE 19809

Michael Ray Robinson  
Richards, Layton & Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899

_____  
Robert R. Davis (No. 4536)