UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants.<br><br>Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated,<br><br>Intervenor | Case No. 1:05-cv-162 (JJF) |

**AFFIDAVIT OF GREGORY M. NESPOLE, ESQ. IN SUPPORT OF
DR. BLAU'S OPPOSITION TO PLAINTIFFS' MOTION TO
<u>REOPEN AND FOR RECONSIDERATION</u>**

STATE OF NEW YORK       )
                                                ) ss.:
NEW YORK COUNTY      )

I, Gregory M. Nespole, Esq., being duly sworn, deposes and says;

1.   I am an attorney duly licensed to practice law in the State of New York. I am a partner at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, attorneys for Dr. Stephen Blau, Intervenor and Lead Plaintiff in the Illinois Action.

2.   I submit this affidavit in support of Dr. Blau's opposition to plaintiffs' motion to reopen and for reconsideration.

3.   Attached hereto as Exhibit A is a true and accurate copy of the Intervenors' Motion To Intervene for the Purpose of Seeking Limited Discovery, filed in the Northern District of Illinois.

4.   Attached hereto as Exhibit B is a true and accurate copy of the Memorandum in Support of Proposed Intervenors' Motion To Intervene for the Purpose of Seeking Limited Discovery

FURTHER AFFIANT SAYETH NOT.

Dated: March 6, 2006

_____
Gregory M. Nespole

Sworn to before me
this 6th day of March, 2006

_____
Notary Public

JAMES A. CIRIGLIANO
Notary Public, State of New York
No. 01CI6106186
Qualified in Queens County
Commission Expires March 1, 2008

431207

2