# Exhibit A



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| DR. STEPHEN BLAU, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | No. 04-CV-6592 |
| vs. | Judge William J. Hibbler |
| WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, and J.P. MORGAN CHASE & CO., | Magistrate Judge Martin C. Ashman |
| Defendants. | |

KC **F I L E D**
FEB 2 1 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

## INTERVENORS' MOTION TO INTERVENE
### FOR THE PURPOSE OF SEEKING LIMITED DISCOVERY

Class members Samuel Hyland and Stephanie Speakman ("Intervenors") move

pursuant to Fed. R. Civ. P. 24, to intervene for the sole purpose of verifying the bona

fides of Dr. Stephen Blau ("Blau"), the plaintiff in the above-captioned class action.

Well-established statutory objectives under the Private Securities Litigation Reform Act,

set forth more fully in their supporting memorandum, clearly support Intervenors' request

for limited discovery concerning Blau. Intervenors seek to ensure that the above-

captioned class action was not brought in the name of an illusory client.

Support for the intervention and limited discovery sought is found in the

memorandum of facts and law attached hereto. In compliance with Fed. R. Civ. P. 24(c),

the Intervenors' Proposed Complaint in Intervention is tendered with this motion.

However, Intervenors do not seek leave at this time to file said pleading.

WHEREFORE, Intervenors respectfully request that this Court enter an order

pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iv) granting leave for Intervenors to cause an

appropriate subpoena *duces tecum* and *ad testificandum* to be served upon Blau.

DATED:      February 17, 2006            Respectfully submitted,

JOSEPH N. GIELATA, ESQ.
*pro hac vice* application pending
501 Silverside Road, Suite 90
Wilmington, Delaware 19809
(302) 798-1096

*Attorney for Samuel Hyland*
*and Stephanie Speakman*

- 2 -