## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 6th day of March, 2006, I caused copies of the foregoing Dr. Blau's Answering Brief in Opposition to Plaintiffs Samuel I. Hyland and Stephanie Speakman's Motion to Reopen and for Reconsideration, Compendium of Unreported Opinions and Affidavit of Gregory M. Nespole to be served on the following counsel by e-filing:

Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809

Michael Ray Robinson
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

_____
Robert R. Davis (No. 4536)