## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 6th day of March, 2006, I caused copies of the foregoing Dr. Blau's Answering Brief in Opposition to Plaintiffs Samuel I. Hyland and Stephanie Speakman's Motion to Reopen and for Reconsideration, Compendium of Unreported Opinions and Affidavit of Gregory M. Nespole to be served on the following counsel by e-filing:

| | |
|---|---|
| Joseph N. Gielata, Esq.<br>501 Silverside Road<br>Suite 90<br>Wilmington, DE 19809 | Michael Ray Robinson<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |

_____
Robert R. Davis (No. 4536)