UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants. | Case No. 1:05-cv-162 (JJF) |
| Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated,<br><br>Intervenor. | |

## DR. STEPHEN BLAU'S NOTICE OF SUPPLEMENTAL AUTHORITY

As permitted by Local Rule 7.1.2(c), Dr. Stephen Blau hereby notifies the Court of a recent decision in *Blau v. Harrison, et al.*, Case No. 04 C 6592 (N.D. Illinois) (Hibbler, J.), the related case in the United States District Court for the Northern District of Illinois. The Northern District of Illinois yesterday issued a Memorandum Opinion and Order, attached hereto as Exhibit A, denying the Hyland Plaintiffs' motion to intervene to take discovery regarding Dr. Blau's status as lead plaintiff in that action. This motion had been filed after the entry of stay in the instant action.

Dated: March 9, 2006

CHIMICLES & TIKELLIS LLP

_____
Pamela S. Tikellis (#2172)
Robert Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899
(302) 656-2500

OF COUNSEL:

Adam J. Levitt, Esquire
Wolf Haldenstein Adler Freeman
& Herz LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
(312) 984-0000

Gregory M. Nespole, Esquire
Wolf Haldenstein Adler Freeman
& Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600