## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 9th day of March, 2006, I caused copies of the foregoing Notice of Supplemental Authority to be served on the following counsel by e-filing:

| | |
|---|---|
| Joseph N. Gielata, Esq.<br>501 Silverside Road<br>Suite 90<br>Wilmington, DE 19809 | Michael Ray Robinson<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |

_____
Robert R. Davis (No. 4536)