# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>      Defendants. | Civil Action No. **05- 162-JJF**<br><br>**CLASS ACTION**<br><br>**NOTICE OF FILING MOTION FOR COORDINATED PRE-TRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407** |

      PLEASE TAKE NOTICE that in the above-captioned action, Plaintiff Samuel I. Hyland has this day caused to be filed a motion for centralization of related actions, a copy of which is attached hereto pursuant to Rules 5.12 and 5.2 of the Rules of the Judicial Panel on Multidistrict Litigation, in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation.

DATED:     April 6, 2006          Respectfully submitted,

                                                /s/ *Joseph N. Gielata*
                                                Joseph N. Gielata (# 4338)
                                                Attorney at Law
                                                501 Silverside Road, No. 90
                                                Wilmington, Delaware 19809
                                                (302) 798-1096

                                                *Lead Counsel for Plaintiffs*