**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                            :
IN RE J.P. MORGAN CHASE / BANK ONE      :   MDL No. _____
MERGER LITIGATION                        :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule of Procedure 5.3 of the Judicial Panel on Multidistrict Litigation,

the undersigned attorney of record for J.P. Morgan Securities Inc. and JPMorgan Chase & Co.

certifies that:

(i) JPMorgan Chase & Co. has no parent corporation and no publicly held

company owns 10% or more of JPMorgan Chase & Co.'s stock;

(ii) the following reflects any publicly held corporate parents and any publicly

held company that owns 10% or more of J.P. Morgan Securities Inc.'s stock: JPMorgan Chase &

Co.

OF COUNSEL:

Nancy E. Schwarzkopf
JPMORGAN CHASE LEGAL DEPARTMENT
1 Chase Manhattan Plaza, 26th Floor
New York, New York  10081
(212) 552-3585
*Counsel for JPMorgan Chase & Co.*

Julie Lepri
JPMORGAN CHASE LEGAL DEPARTMENT
10 South Dearborn, 11th Floor
Chicago, Illinois  60603
(312) 732-7354
*Counsel for JPMorgan Chase & Co.*

Michael A. Cooper
Sharon L. Nelles
Keith Levenberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-3712
*Counsel for J.P. Morgan Securities Inc.*
*and Individual Defendants*

Kathleen L. Roach
Courtney A. Rosen
Matthew B. Kilby
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, Illinois  60603
(312) 853-7000
*Counsel for Defendants*

Dated: April 17, 2006

*Michael R. Robinson /pw Elizabeth C. Tucker (#4468)*

Jesse A. Finkelstein (DSB #1090)
Michael R. Robinson (DSB #4452)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
finkelstein@rlf.com
robinson@rlf.com
(302) 651-7700
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

Elizabeth C. Tucker, Esquire, certifies that on April 17, 2006 she caused copies of the foregoing Corporate Disclosure Statement to be served by first-class mail to the following counsel of record and to be filed by CM/ECF or mail to the following courts:

Adam Levitt
Wolf Haldenstein Adler Freeman & Herz LLP
55 West Monroe St., Suite 1111
Chicago, Illinois 60603
*Counsel for Stephen Blau in Blau v. Harrison*

Robert R. Davis
Chimicles & Tikellis LLP
P.O. Box 1035
One Rodney Square
Wilmington, Delaware 19899
*Counsel for Stephen Blau in Blau v. Harrison*

Joseph N. Gielata
501 Silverside Road, Suite 90
Wilmington, Delaware 19809
*Counsel for Samuel Hyland in Hyland v. Harrison*
   *and Hyland v. JP Morgan Securities Inc.*

Clerk of Court
United States District Court
Northern District of Illinois, Eastern Division (via first-class mail)
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

Clerk of Court
United States District Court (via CM/ECF)
J. Celeb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

Jesse A. Finkelstein (#1090)
Michael R. Robinson (#4452)
Elizabeth C. Tucker (#4468)
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
302-651-7618
finkelstein@rlf.com
robinson@rlf.com
tucker@rlf.com
Counsel for Defendants

RLF1-3003667-1