UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>　　　　Defendants. | Case No. 1:05-cv-162 (JJF) |
| Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Intervenor. | |

[Additional Caption on the Following Page]

**MOTION OF DR. STEPHEN BLAU TO ENFORCE THIS COURT'S STAY ORDER AND TO CONSOLIDATE AND STAY CO-LEAD PLAITIFF SAMUEL I. HYLAND'S RELATED CIVIL ACTION FILED ON APRIL 6, 2006**

| |  |
|---|---|
| SAMUEL I. HYLAND,<br>    Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>J.P. MORGAN SECURITIES, INC.,<br>    A Delaware Corporation,<br><br>    Defendant. | Case No. 06-224 (JJF) |

Dr. Blau, by his counsel, hereby moves to enforce this Court's Stay Order in *Hyland, et al. v. Harrison, et al.*, C.A. No. 05-162 JJF, and to consolidate the action styled *Hyland v. J.P. Morgan Securities Inc.*, Civil Action No. 1:06-cv-224 with C.A. No. 05-162 JJF, pursuant to Federal Rule of Civil Procedure 42(a), and stay both actions pending the resolution of the action styled *Blau v. Harrison*, et al., Case No. 04 C 6592 (N.D. Illinois). The grounds for this motion are more fully set forth in Dr. Blau's Brief In Support of his Motion To Enforce This Court's Stay Order And To Consolidate And Stay Co- Lead Plaintiff Samuel I. Hyland's Related Civil Action Filed On April 6, 2006 and in the accompanying Affidavit of Aya Bouchedid in support of this Motion.

Dated: April 18, 2006

                                                  **CHIMICLES & TIKELLIS LLP**

                                                  Pamela S. Tikellis (#2172)
                                                  Robert Davis (#4536)
                                                  Daniel J. Brown (#4688)
                                                  One Rodney Square
                                                  P.O. Box 1035
                                                  Wilmington, Delaware 19899
                                                  (302) 656-2500

OF COUNSEL:

Demet Basar
Aya Bouchedid
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

Adam J. Levitt
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
(312) 984-0000