UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>　　Defendants. | Case No. 1:05-cv-162 (JJF) |
| Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated,<br><br>　　Intervenor. | |

[Additional Caption on the Following Page]

**[PROPOSED] ORDER GRANTING THE MOTION OF DR. STEPHEN BLAU TO ENFORCE THIS COURT'S STAY ORDER AND TO CONSOLIDATE AND STAY CO-LEAD PLAINTIFF SAMUEL I. HYLAND'S RELATED CIVIL ACTION FILED ON APRIL 6, 2006**

| | |
|---|---|
| SAMUEL I. HYLAND,<br>    Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>J.P. MORGAN SECURITIES, INC.,<br>    A Delaware Corporation,<br><br>        Defendant. | Case No. 06-224 (JJF) |

Upon consideration of the Motion of Dr. Stephen Blau to Enforce this Court's Stay Order and to Consolidate and Stay Co-Lead Plaintiff Samuel I. Hyland's Related Civil Action Filed on April 6, 2006, it is hereby decreed and ordered that:

1. The action styled *Hyland v. J.P. Morgan Securities Inc.*, Civil Action No. 1:06-cv-224 shall be consolidated with this action, pursuant to Federal Rule of Civil Procedure 42(a).

2. Both actions shall be stayed pending the resolution of the action styled *Blau v. Harrison, et al.*, Case No. 04 C 6592 (N.D. Illinois) in accordance with this Court's Stay Order, issued on February 7, 2006 (D.I. 93).

Dated: _____, 2006            BY THE COURT:


                                        _____
                                        United States District Judge