# CERTIFICATE OF SERVICE

I, Daniel J. Brown, do hereby certify that on this 18th day of April, 2006, I caused copies of the foregoing Motion, Brief, and Affidavit to be served in the manner indicated below.

## BY E-FILING:

| | |
|---|---|
| Joseph N. Gielata, Esq.<br>501 Silverside Road<br>Suite 90<br>Wilmington, DE 19809 | Michael Ray Robinson<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |

## BY U.S. MAIL:

J.P. Morgan Securities Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

_____
Daniel J. Brown (#4688)