UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants. | Case No. 1:05-cv-162 (JJF) |
| Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated,<br><br>Intervenor. | |

[Additional Caption on the following page]

**AFFIDAVIT OF AYA BOUCHEDID IN SUPPORT OF MOTION OF DR. STEPHEN BLAU TO ENFORCE THIS COURT'S STAY ORDER AND TO CONSOLIDATE AND STAY CO-LEAD PLAITIFF SAMUEL I. HYLAND'S RELATED CIVIL ACTION FILED ON APRIL 6, 2006**

| | |
|---|---|
| SAMUEL I. HYLAND,<br>　　　Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>J.P. MORGAN SECURITIES, INC.,<br>　　　A Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 06-224 (JJF) |

STATE OF NEW YORK　)
　　　　　　　　　　) ss.:
NEW YORK COUNTY　 )

　　　I, Aya Bouchedid, Esq., being duly sworn, deposes and says;

　　I am an attorney duly licensed to practice law in the State of New York. I am an associate at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, attorneys for Dr. Stephen Blau, Intervenor and Lead Plaintiff in the Illinois Class Action. I offer this affidavit in support of the introduction as a true and correct copy of the document below in support of Dr. Blau's Motion To Enforce This Court's Stay Order And To Consolidate And Stay Co-Lead Plaintiff Samuel I. Hyland's Related Civil Action Filed On April 6, 2006:

The opinion of the Northern District of Illinois in *Blau v. Harrison*, No. 04-6592 (N.D. Ill. Mar. 24, 2006) granting the motion to dismiss in part and denying it in part, attached as Exhibit A.

FURTHER AFFIANT SAYETH NOT.

Dated: April 18, 2006

_____
Aya Bouchedid

Sworn to before me
this _18_ day of April, 2006

_____
Notary Public

JOSEPH WEISS
Notary Public, State of New York
No. 01WE5069215
Qualified in Nassau County
Commission Expires Nov. 18, ~~1998~~ 2006

435911