IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMUEL I. HYLAND and STEPHANIE :
SPEAKMAN, individually and on :
behalf of all other similarly :
situated, :
　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　:
　　　　v. : Civil Action No. 05-162-JJF
　　　　　　　　　　　　　　　　　:
WILLIAM B. HARRISON, JR., HANS :
W. BECHERER, RILEY P. BECHTEL, :
FRANK A. BENNACK, JR., JOHN H. :
BIGGS, LAWRENCE A. BOSSIDY, M. :
ANTHONY BURNS, ELLEN V. FUTTER,:
WILLIAM H. GRAY, III, HELENE L.:
KAPLAN, LEE R. RAYMOND, JOHN R.:
STAFFORD, JPMORGAN CHASE & CO.,:
and JAMES DIMON, :
　　　　　　　　　　　　　　　　　:
　　　　　　Defendants. :
_____:
　　　　　　　　　　　　　　　　　:
DR. STEPHEN BLAU, individually :
and on behalf of all others :
similarly situated, :
　　　　　　　　　　　　　　　　　:
　　　　Applicant-in-Intervention :

## O R D E R

At Wilmington, this 27 day of April 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiffs' Motion To Reopen And For Reconsideration (D.I. 94) is **DENIED**.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE