## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
ROBINSON@RLF.COM

May 5, 2006



**BY HAND**

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

    Re:   *Hyland v. JPMorgan Securities Inc., et al.,*
           C.A. 1:05-cv-00162 and C.A. 1:06-cv-224

Dear Judge Farnan:

    In accordance with the procedures of the Judicial Panel on Multidistrict Litigation, I enclose a copy of the following documents submitted to the Panel yesterday:

    1.    Defendants' Response to Plaintiff's Motion for Transfer of Actions to the District Court of Delaware for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;

    2.    Defendants' Memorandum of Law in Response to Plaintiff's Motion for Transfer of Actions to the District Court of Delaware for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;

    3.    Appendix A to Defendants' Memorandum of Law in Response to Plaintiff's Motion for Transfer of Actions to the District Court of Delaware for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;

    4.    Affidavit of Anthony J. Horan;

RLF1-3010925-1

Honorable Joseph J. Farnan, Jr.
May 5, 2006
Page 2

5. Reasons Why Oral Argument Need Not Be Heard With Respect to Plaintiff's Motion for Transfer of Actions to the District of Delaware for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;

6. Proof of Service; and

7. Letter to Michael Beck, Clerk of the Panel.

Respectfully submitted,

Michael R. Robinson (DSBA # 4452)

MRR/mr
Enclosures
cc: Joseph N. Gielata, Esquire
    Demet Basar, Esquire

RLF1-3010925-1