BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE J.P. MORGAN CHASE & CO. : MDL No. 1783
SECURITIES LITIGATION :

---

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR TRANSFER OF ACTIONS TO THE DISTRICT OF DELAWARE FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

                                             RICHARDS, LAYTON & FINGER, P.A.
                                             One Rodney Square
                                             920 North King Street
                                             Wilmington, Delaware 19801
                                             (302) 651-7700
                                             *Counsel for Defendants*

OF COUNSEL:

| | |
|---|---|
| Nancy E. Schwarzkopf | Julie Lepri |
| JPMORGAN CHASE LEGAL DEPARTMENT | JPMORGAN CHASE LEGAL DEPARTMENT |
| 1 Chase Manhattan Plaza, 26th Floor | 10 South Dearborn, 11th Floor |
| New York, New York 10081 | Chicago, Illinois 60603 |
| (212) 552-3585 | (312) 732-7354 |
| *Counsel for JPMorgan Chase & Co.* | *Counsel for JPMorgan Chase & Co.* |
| | |
| SULLIVAN & CROMWELL LLP | SIDLEY AUSTIN LLP |
| 125 Broad Street | 1 South Dearborn |
| New York, New York 10004 | Chicago, Illinois 60603 |
| (212) 558-3712 | (312) 853-7000 |
| *Counsel for J.P. Morgan Securities Inc. and Individual Defendants* | *Counsel for Defendants* |

Dated: May 4, 2006

-2-

Defendants JPMorgan Chase & Co. ("JPMC"), J.P. Morgan Securities Inc. ("JPMSI"), William B. Harrison, Jr., Hans W. Becherer, Riley P. Bechtel, Frank A. Bennack, Jr., John H. Biggs, Lawrence A. Bossidy, M. Anthony Burns, Ellen V. Futter, William H. Gray, III, Helene L. Kaplan, Lee R. Raymond, John R. Stafford, and James Dimon, respond to plaintiff Samuel Hyland's motion for centralization as follows:

1.  Deny the averments in paragraph 1 of the motion except admit that the actions listed in movant's Schedule of Related Actions purport to assert the claims described in paragraph 1.

2.  Deny the averments in paragraph 2 of the motion except admit that the actions listed in movant's Schedule of Related Actions all relate to the 2004 merger of JPMC and Bank One Corporation.

3.  Admit that the actions listed in movant's Schedule of Related Actions raise common questions of fact and involve common discovery issues.

4.  Deny the averments in paragraph 4 of the motion except admit that Bank One shareholders received an acquisition premium amounting to approximately $7 billion in connection with the merger.

5.  Deny the averments in paragraph 5 of the motion except admit that (i) the *New York Times* reported on the merger on June 27, 2004 and refer the Court to the article for the contents thereof,[1] (ii) complaints based on the *New York Times* article were filed in Delaware Court of Chancery on June 29 and 30, 2004;[2] in the Northern

---

[1]  *See* Landon Thomas Jr., "The Yin, the Yang[,] and the Deal," N.Y. TIMES, June 27, 2004, at C1 (attached as Appendix A to the accompanying memorandum of law).

[2]  *Taylor v. Harrison*, No. 531-N (Del. Ch.); *Robins v. Harrison*, No. 533-N (Del. Ch.); *Ziegler v. Harrison*, No. 534-N (Del. Ch.).

District of Illinois on October 13 and November 18, 2004;[3] and in the District of Delaware on March 17, 2005 and April 6, 2006;[4] and (iii) two lead plaintiffs were appointed in *Blau v. Harrison*, No. 04-6592 (N.D. Ill.), one of which withdrew; and (iv) movant Samuel Hyland and Stephanie Speakman were appointed lead plaintiffs in *Hyland v. Harrison*, No. 05-0162 (D. Del.), which the District of Delaware has stayed and administratively closed by Orders dated February 7 and 9, 2006.

      6. Admit the averments in paragraph 6 of the motion.

      7. Admit the averments in paragraph 7 of the motion except deny that the District of Delaware is the forum most conducive to the just and efficient conduct of all actions.

      8. Deny the averments in paragraph 8 of the complaint except admit that (i) substantially more of the defendants and anticipated witnesses reside in the metropolitan New York area than in any other state or metropolitan area, (ii) the first-filed suits against most of the defendants were commenced in the Delaware Court of Chancery, and aver that all such actions have been dismissed and the dismissal affirmed by the Delaware Supreme Court,[5] and (iii) JPMC was and is, and pre-merger Bank One was, incorporated in Delaware, and have operated there, and lack sufficient knowledge to admit or deny averments as to movant's residency or the expertise of any potential transferee judge.

---

[3]   *Blau v. Harrison*, No. 04-6592 (N.D. Ill.); *Arner v. Harrison*, No. 04-7477 (N.D. Ill.).

[4]   *Hyland v. Harrison*, No. 05-0162 (D. Del.); *Hyland v. J.P. Morgan Securities Inc.*, No. 06-0224 (D. Del.).

[5]   *See In re J.P. Morgan Chase & Co. S'holder Litig.*, No. 531-N, 2005 Del. Ch. LEXIS 51 (Del. Ch. Apr. 29, 2005), *aff'd*, No. 218, 2005, 2006 Del. LEXIS 124 (Del. Mar. 8, 2006).

9. Deny the averment in paragraph 9 of the motion.

Respectfully submitted,

/s/ Michael R. Robinson
Jesse A. Finkelstein (Del. Bar No. 1090)
Michael R. Robinson (Del. Bar No. 4452)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
finkelstein@rlf.com
robinson@rlf.com
(302) 651-7700
*Counsel for Defendants*

OF COUNSEL:

Nancy E. Schwarzkopf
JPMORGAN CHASE LEGAL DEPARTMENT
1 Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-3585
*Counsel for JPMorgan Chase & Co.*

Michael A. Cooper
Sharon L. Nelles
Keith Levenberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-3712
*Counsel for J.P. Morgan Securities Inc.
and Individual Defendants*

Julie Lepri
JPMORGAN CHASE LEGAL DEPARTMENT
10 South Dearborn, 11th Floor
Chicago, Illinois 60603
(312) 732-7354
*Counsel for JPMorgan Chase & Co.*

Kathleen L. Roach
Courtney A. Rosen
Matthew B. Kilby
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, Illinois 60603
(312) 853-7000
*Counsel for Defendants*

Dated: May 4, 2006