BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

------------------------------------ x
                                     :
IN RE J.P. MORGAN CHASE & CO.        :   MDL No. 1783
SECURITIES LITIGATION                :
                                     :
                                     :
------------------------------------ x

### AFFIDAVIT OF ANTHONY J. HORAN

          RICHARDS, LAYTON & FINGER, P.A.
          One Rodney Square
          920 North King Street
          Wilmington, Delaware 19801
          (302) 651-7700
          *Counsel for Defendants*

OF COUNSEL:

| | |
|---|---|
| Nancy E. Schwarzkopf | Julie Lepri |
| JPMORGAN CHASE LEGAL DEPARTMENT | JPMORGAN CHASE LEGAL DEPARTMENT |
| 1 Chase Manhattan Plaza, 26th Floor | 10 South Dearborn, 11th Floor |
| New York, New York 10081 | Chicago, Illinois 60603 |
| (212) 552-3585 | (312) 732-7354 |
| *Counsel for JPMorgan Chase & Co.* | *Counsel for JPMorgan Chase & Co.* |
| | |
| SULLIVAN & CROMWELL LLP | SIDLEY AUSTIN LLP |
| 125 Broad Street | 1 South Dearborn |
| New York, New York 10004 | Chicago, Illinois 60603 |
| (212) 558-3712 | (312) 853-7000 |
| *Counsel for J.P. Morgan Securities Inc.* | *Counsel for Defendants* |
| *and Individual Defendants* | |

Dated: May 4, 2006

## AFFIDAVIT

Anthony J. Horan, being duly sworn, deposes and says:

1. I am the Corporate Secretary of JPMorgan Chase & Co. ("JPMC"). I make this affidavit in support of (i) the Response by Defendants in the above-captioned action to Plaintiffs' Motion for Transfer of Actions to the District of Delaware pursuant to 28 U.S.C. § 1407, and (ii) Defendants' argument that coordination or consolidation of these actions in the United States District Court for the Southern District of New York would further the convenience of parties and witnesses and promote the just and efficient conduct of the actions to a much greater extent than coordination or consolidation in any other district.

2. The complaints in these actions name as defendants thirteen present and former directors of JPMC, twelve of whom (all but James Dimon) were members of the Board of Directors when JPMC entered into an Agreement and Plan of Merger with Bank One Corp. ("Bank One") dated January 14, 2004. Six of those fourteen present or former directors (Frank A. Bennack, Jr., John H. Biggs, Ellen V. Futter, William B. Harrison, Jr., Helene L. Kaplan and John R. Stafford) maintain offices, residences, or both in the New York metropolitan area. Only one, James Dimon, maintains a residence in the Chicago metropolitan area, but Mr. Dimon, who became Chief Executive Officer of JPMC at the beginning of this year, spends most of the week when not traveling on business at JPMC headquarters in Manhattan. None maintains a residence in Delaware.

3. Movant's Memorandum in Support of Motion for Centralization identifies nineteen witnesses who acted as financial advisors or legal counsel to JPMC or Bank One in connection with the merger. (*See* Mem. at 6-7.) I am informed and believe that each of the named individuals who are still in their respective positions and

-1-

still employed by their respective firms maintains an office, residence, or both in the New York metropolitan area.

4. The JPMC Board of Directors holds eight regularly scheduled meetings each year. For several years it has been the custom to hold seven of those eight meetings in New York City and the eighth in another location, which changes from year to year.

_____
Anthony J. Horan