## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                            :
IN RE J.P. MORGAN CHASE & CO.               :    MDL No. 1783
SECURITIES LITIGATION                       :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

## REASONS WHY ORAL ARGUMENT NEED NOT BE HEARD
## WITH RESPECT TO PLAINTIFF'S MOTION FOR TRANSFER OF ACTIONS
## TO THE DISTRICT OF DELAWARE FOR COORDINATED OR
## CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Counsel for Defendants*

OF COUNSEL:

Nancy E. Schwarzkopf
JPMORGAN CHASE LEGAL DEPARTMENT
1 Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-3585
*Counsel for JPMorgan Chase & Co.*

Julie Lepri
JPMORGAN CHASE LEGAL DEPARTMENT
10 South Dearborn, 11th Floor
Chicago, Illinois 60603
(312) 732-7354
*Counsel for JPMorgan Chase & Co.*

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-3712
*Counsel for J.P. Morgan Securities Inc.
and Individual Defendants*

SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, Illinois 60603
(312) 853-7000
*Counsel for Defendants*

Dated: May 4, 2006

Pursuant to J.P.M.L. R. 16.1(b), defendants JPMorgan Chase & Co. ("JPMC"), J.P. Morgan Securities Inc. ("JPMSI"), William B. Harrison, Jr., Hans W. Becherer, Riley P. Bechtel, Frank A. Bennack, Jr., John H. Biggs, Lawrence A. Bossidy, M. Anthony Burns, Ellen V. Futter, William H. Gray, III, Helene L. Kaplan, Lee R. Raymond, John R. Stafford, and James Dimon do not object to the Panel's adjudicating plaintiff's motion for centralization without oral argument, because the parties' briefing adequately sets forth the anticipated complexity of the material facts and issues, the factors bearing on the convenience of each forum to the parties and anticipated witnesses, and the other factors pertinent to the Panel's decision whether to centralize and, if so, in which forum it would be appropriate to do so.

Respectfully submitted,

Jesse A. Finkelstein (Del. Bar No. 1090)
Michael R. Robinson (Del. Bar No. 4452)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
finkelstein@rlf.com
robinson@rlf.com
(302) 651-7700
*Counsel for Defendants*

OF COUNSEL:

Nancy E. Schwarzkopf
JPMORGAN CHASE LEGAL DEPARTMENT
1 Chase Manhattan Plaza, 26th Floor
New York, New York  10081
(212) 552-3585
*Counsel for JPMorgan Chase & Co.*

Michael A. Cooper
Sharon L. Nelles
Keith Levenberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-3712
*Counsel for J.P. Morgan Securities Inc.
and Individual Defendants*

Julie Lepri
JPMORGAN CHASE LEGAL DEPARTMENT
10 South Dearborn, 11th Floor
Chicago, Illinois  60603
(312) 732-7354
*Counsel for JPMorgan Chase & Co.*

Kathleen L. Roach
Courtney A. Rosen
Matthew B. Kilby
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, Illinois  60603
(312) 853-7000
*Counsel for Defendants*

Dated: May 4, 2006