BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                         :
IN RE J.P. MORGAN CHASE & CO.                            :   MDL No. 1783
SECURITIES LITIGATION                                    :
                                                         :
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## PROOF OF SERVICE

    I, Michael R. Robinson, Esquire, counsel for Defendants in *Hyland v. Harrison*, C.A. No. 1:05-162-JJF (D.Del.), and *Hyland v. J.P. Morgan Securities, Inc.*, C.A. No. 1:06-244-JJF (D.Del.) certify that on May 4, 2006, in accordance with Rule 5.2 of the rules of Procedure of the Judicial Panel on Multidistrict Litigation, ***Defendants' Response to Plaintiff's Motion for Transfer of Actions to the District of Delaware for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, Memorandum of Law and Affidavit of Anthony J. Horan in Support thereof and Reasons Why Oral Argument Need Not Be Heard*** were served by Federal Express to the counsel of record and was filed by CM/ECF or mail to the courts on the attached service list:

                                                          /s/ Michael R. Robinson
                                        Michael R. Robinson (#4452)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square
                                        P. O. Box 551
                                        Wilmington, Delaware  19899
                                        302-651-7700
                                        robinson@rlf.com
                                        *Counsel for Defendants*

Adam Levitt
Wolf Haldenstein Adler Freeman & Herz LLP
55 West Monroe St., Suite 1111
Chicago, Illinois 60603
*Counsel for Stephen Blau in Blau v. Harrison*

Demet Basar
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue, 10th Floor
New York, New York 10016
*Counsel for Stephen Blau in Blau v. Harrison*

Robert R. Davis
Chimicles & Tikellis LLP
P.O. Box 1035
One Rodney Square
Wilmington, Delaware 19899
*Counsel for Stephen Blau in Blau v. Harrison*

Joseph N. Gielata
501 Silverside Road, Suite 90
Wilmington, Delaware 19809
*Counsel for Samuel Hyland in Hyland v. Harrison
    and Hyland v. JP Morgan Securities Inc.*

Clerk of Court
United States District Court
Northern District of Illinois, Eastern Division (via first-class mail)
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

Clerk of Court
United States District Court (via CM/ECF)
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1783 - In re JPMorgan Chase & Co. Securities Litigation
Status: Pending on / /
Transferee District:          Judge:

Printed on 04/25/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Basar, Demet<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>10 Floor<br>New York, NY 10016 | => Blau, Dr., Stephen* |
| Gielata, Joseph N.<br>501 Silverside Road<br>Suite 90<br>Wilmington, DE 19809 | => Hyland, Samuel I.*; Speakman, Stephanie* |
| Robinson, Michael R.<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE 19801 | => Becherer, Hans W.*; Bechtel, Riley P.*; Bennack, Jr., Frank A.*; Biggs, John H.*; Bossidy, Lawrence A.*; Burns, M. Anthony*; Dimon, James*; Futter, Ellen V.*; Gray, III, William H.*; Harrison, Jr., William B.*; JP Morgan Chase & Co*; JP Morgan Securities, Inc.*; Kaplan, Helene L.*; Raymond, Lee R.*; Stafford, John R.* |

Note: Please refer to the report title page for complete report scope and key.