# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
ROBINSON@RLF.COM

May 4, 2006

**VIA FEDERAL EXPRESS**

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re: MDL-1783: *In re JPMorgan Chase & Co. Securities Litigation*

Dear Mr. Beck:

I enclose for filing Defendants' Response to Plaintiff's Motion for Transfer of Actions to the District of Delaware for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, Memorandum of Law and Affidavit of Anthony J. Horan in support thereof, and Reasons Why Oral Argument Need Not Be Heard.

Very truly yours,

Michael R. Robinson

MRR/mr
Enclosure
cc: Demet Basar, Esquire (w/enc.)
    Joseph N. Gielata, Esquire (w/enc.)

RLF1-3010547-1