## CERTIFICATE OF SERVICE

I, Daniel J. Brown, do hereby certify that on this 9th day of May, 2006, I caused copies of the foregoing Reply Brief and Exhibits to be served in the manner indicated below.

### BY E-FILING:

| | |
|---|---|
| Joseph N. Gielata, Esq. | Michael Ray Robinson |
| 501 Silverside Road | Richards, Layton & Finger |
| Suite 90 | One Rodney Square |
| Wilmington, DE 19809 | P.O. Box 551 |
| | Wilmington, DE 19899 |

_____
Daniel J. Brown (#4688)