IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>  Defendants. | Civil Action No. **05-162-JJF**<br><br>**CLASS ACTION** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A**
**SECOND AMENDED CLASS ACTION COMPLAINT**

Plaintiffs Samuel I. Hyland and Stephanie Speakman ("Lead Plaintiffs") respectfully move the Court for leave to file a Second Amended Class Action Complaint, attached hereto as Exhibit A. Pursuant to Local Rule 15.1, attached hereto as Exhibit B is a redlined document comparing the proposed Second Amended Class Action Complaint against the Corrected Amended Class Action Complaint (D.I. 51).

In summary form, the grounds for this motion are as follows:

1. Allowing this amendment will be efficient for the parties and the Court. The modified claims all emanate from the same underlying transaction, and thus

including them in the trial involving the original claims will avoid having a second trial on the same facts, similar claims, and undoubtedly similar defenses.

    2.    As this case has been stayed, the modified claims have been preserved against the running of the applicable statute of limitations.

    3.    There can be no prejudice to the defendants in that no discovery has taken place in this case, the Court has yet to review the sufficiency of the operative pleading, there is no cutoff date for amended pleadings and no trial date has been scheduled.

The above grounds are fully set forth in the opening brief filed herewith.

As this case has been stayed, the modified claims have been preserved against the running of the applicable statute of limitations, which arguably is due to take place on June 27, 2006. In order to preserve such claims without necessitating any action by the Court, Lead Plaintiffs first sought to reach tolling agreements with certain of the defendants. However, the defendants' counsel indicated that they were not willing to enter into any such arrangement, thereby compelling the filing of the instant motion.

WHEREFORE, Lead Plaintiffs respectfully request the Court to grant the within motion. A proposed form of order is attached hereto.

DATED:    June 26, 2006    Respectfully submitted,

/s/ *Joseph N. Gielata*
JOSEPH N. GIELATA (# 4338)
Attorney at Law
501 Silverside Road, No. 90
Wilmington, Delaware 19809
(302) 798-1096

*Lead Counsel for Plaintiffs*
    *and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 26, 2006, I electronically filed *PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED CLASS ACTION COMPLAINT* with the Clerk of Court using CM/ECF which will send notification of such filing to:

>Michael R. Robinson, Esquire
>**RICHARDS LAYTON & FINGER, P.A.**
>One Rodney Square
>Wilmington, DE  19801
>*Counsel for Defendants*

>Robert R. Davis, Esquire
>**CHIMICLES & TIKELLIS LLP**
>P.O. Box 1035
>One Rodney Square
>Wilmington, DE  19899
>*Counsel for Dr. Stephen Blau*

    /s/ *Joseph N. Gielata*
    Joseph N. Gielata