IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>Defendants. | Civil Action No. **05-162-JJF**<br><br>**CLASS ACTION** |

## [PROPOSED] ORDER

Having considered Plaintiffs' motion for leave to file the Second Amended Class Action Complaint (the "Proposed Complaint") attached thereto, and for good cause shown, the motion is hereby GRANTED and the Proposed Complaint is deemed filed as of June 26, 2006.

IT IS SO ORDERED.

DATED: _____, 2006

                                                                              UNITED STATES DISTRICT JUDGE
                                                                              HONORABLE JOSEPH J. FARNAN, JR.