# JOSEPH N. GIELATA
ATTORNEY AT LAW
501 SILVERSIDE ROAD NO. 90
WILMINGTON, DELAWARE 19809

Joe@gielatalaw.com
t 302 798 1096
f 302 397 0730

June 27, 2006

**VIA ECF**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 27
Wilmington, Delaware  19801

Re:   *Hyland, et al.* v. *Harrison, et al.*, Civ. A. No. 05-162 JJF

Dear Judge Farnan:

On behalf of the lead plaintiffs in the above-referenced case, this letter elucidates the timing of yesterday's motion for leave to file a second amended complaint and opening brief in support thereof (together, the "Submissions").  (D.I. 114, 115.)

The filing of the Submissions was necessary due to the anticipated running of the applicable statute of limitations as to certain modified claims, which arguably is due to take place today.  In order to preserve such claims and obviate any litigation over whether such claims relate back to the original pleading, I first sought to reach tolling agreements with certain defendants.  However, the defendants' counsel declined to enter into any such arrangement, thereby compelling the filing of the Submissions.

As this case has been stayed and administratively closed (D.I. 91, 93), I do not expect the Court to rule upon or otherwise consider the Submissions until after the stay of this case is lifted.  Thus, if the defendants are so inclined, I am willing to stipulate that briefing on the Submissions be continued until after the stay of this case is lifted.

I am available should Your Honor have any questions regarding the Submissions.

Respectfully,

/s/ *Joseph N. Gielata* (# 4338)

cc:   All Counsel of Record (via ECF)