# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: {302} 656.2500
Telecopier: {302} 656.9053
E-mail: Mail@Chimicles.com

July 6, 2005

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs
Daniel J. Brown *
Benjamin F. Johns

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware

**E-Filing and Hand Delivery**

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

    RE:    **Hyland v. Harrison, et al., C.A. No. 05-162-JJF**

Dear Judge Farnan:

We write on behalf Dr. Stephen Blau, the Court-appointed Lead Plaintiff in *Blau v. Harrison, et al.*, 04 C 6592, currently pending before Judge William J. Hibbler in the Northern District of Illinois. On February 7, 2006, this Court granted Dr. Blau's motion to intervene in this action for the purpose of staying this action in favor of his earlier-filed action in the Illinois District Court. The Court stayed this action pending the outcome of Dr. Blau's action and this action is now administratively closed. *See Hyland v. Harrison*, C.A. No. 05-162, 2006 U.S. Dist. LEXIS 5744, at *22 (D. Del. Feb. 7, 2006); D.I. 91, 93.[1]

---

[1] On April 18, 2006, Dr. Blau filed a motion to consolidate this action with a new action brought by Samuel I. Hyland captioned *Hyland v. J.P. Morgan Securities, Inc.*, Civil Case No. 1:06-cv-00224-JJF (the "06-224 Action"), which is based on

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: {610} 642.8500
Telecopier: {610} 649.3633

We write in connection with the June 26, 2006 motion of plaintiffs Samuel I. Hyland and Stephanie Speakman for leave to file a second amended class action complaint (the "Motion"). D.I. 114, 115. By letter dated June 21, 2006, Joseph N. Gielata, counsel for plaintiffs Hyland and Speakman, advised the Court that he did "not expect the Court to rule upon or otherwise consider the [motion] until after the stay of this case is lifted." D.I. 116. Dr. Blau respectfully reserves the right to respond to the Motion at the appropriate time.

Respectfully,

Pamela S. Tikellis (#2172)

cc: Clerk of Court (by e-filing)
Joseph N. Gielata, Esquire (by e-filing)
Michael Ray Robinson, Esquire (by e-filing)

---

the same facts as this action. Dr. Blau's motion seeks to enforce the stay order in this action by the issuance of a stay of the substantially similar 06-224 Action pending the outcome of the Illinois action. D.I. 103, 104. Dr. Blau's motion to consolidate is *sub judice*.