# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
ROBINSON@RLF.COM

July 7, 2006

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

Re: **Hyland and Speakman v. Harrison, *et al.*, Case No. 1:05-cv-162**

Dear Judge Farnan:

I write in response to plaintiffs' motion of June 26, 2006, for leave to amend their complaint. Due to this Court's orders of February 7 and 9, 2006 staying and administratively closing this action, respectively, defendants do not believe it is necessary to respond to the motion or enter into a stipulation with plaintiffs, as they propose, at this time. Should circumstances warrant lifting the stay, defendants will respond at the appropriate time.

Respectfully submitted,

Michael R. Robinson (DSBA # 4452)

MRR:mr

cc: Clerk of Court (By Electronic Filing)
Michael A. Cooper, Esq. (By Email)
Joseph N. Gielata, Esq. (By Electronic Filing)
Nancy E. Schwarzkopf, Esq. (By Email)
Pamela Tikellis, Esq. (By Electronic Filing)

RLF1-3034638-1