# Exhibit A

ASHMAN, PROTO

## United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:04-cv-06592

Blau, et al v. Harrison, et al                          Date Filed: 10/13/2004
Assigned to: Honorable William J. Hibbler                Jury Demand: Plaintiff
Demand: $0                                               Nature of Suit: 850
Cause: 15:78m(a) Securities Exchange Act                 Securities/Commodities
                                                         Jurisdiction: Federal Question

**Plaintiff**

**Dr Stephan Blau**                    represented by   **Adam J. Levitt**
*individually and on behalf of all others*              Wolf, Haldenstein, Adler, Freeman &
*similarly situated*                                    Herz LLC
                                                        55 West Monroe Street
                                                        Suite 111
                                                        Chicago, IL 60661
                                                        (312) 984-0000
                                                        Email: levitt@whafh.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mary Jane Fait**
                                                        Wolf, Haldenstein, Adler, Freeman &
                                                        Herz LLC (Chicago)
                                                        55 West Monroe Street
                                                        Suite 1111
                                                        Chicago, IL 60603
                                                        (312) 984-0000
                                                        Email: fait@whafh.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Demet Basar**
                                                        Wolf Haldenstein Adler Freeman &
                                                        Herz LLP
                                                        270 Madison Avenue
                                                        New York, NY 10016
                                                        US
                                                        (212) 545-4664
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gregory M Nespole**
                                                        Wolf Haldenstein Adler Freeman &
                                                        Hertz LLP
                                                        55 West Monroe Street
                                                        Suite 1111

Chicago, NY 60603
(312) 984-0000

**Jeffrey G. Smith**
Wolf Haldenstein Adler Freeman &
Hertz LLP
55 West Monroe Street
Suite 1111
Chicago, NY 60603
(312) 984-0000

**Plaintiff**

**American Growth Fund, Inc.**         represented by  **Adam J. Levitt**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Jr William B Harrison**              represented by  **Kathleen Lynn Roach**
                                        Sidley Austin LLP
                                        One South Dearborn Street
                                        Chicago, IL 60603
                                        (312) 853-7000
                                        Email: kroach@sidley.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Chante Danielle Spann**
                                        Goldberg Kohn
                                        55 East Monroe
                                        Suite 3700
                                        Chicago, IL 60603
                                        US
                                        (312) 201-4000
                                        *TERMINATED: 04/26/2006*

                                        **Courtney Ann Rosen**
                                        Sidley Austin LLP
                                        One South Dearborn Street
                                        Chicago, IL 60603
                                        (312) 853-7000
                                        Email: crosen@sidley.com
                                        *ATTORNEY TO BE NOTICED*

                                        **Matthew Brian Kilby**
                                        Sidley Austin LLP
                                        One South Dearborn Street
                                        Chicago, IL 60603

(312) 853-7000
Email: mkilby@sidley.com
*ATTORNEY TO BE NOTICED*

**Matthew Richard Lyon**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312)853-2101
Email: mrlyon@sidley.com
*ATTORNEY TO BE NOTICED*

**Michael A. Cooper**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
(212)558-3712
*ATTORNEY TO BE NOTICED*

**Sharon L. Nelles**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
(212)558-4976

**Defendant**

**Hans W Becherer**                    represented by    **Kathleen Lynn Roach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chante Danielle Spann**
(See above for address)
*TERMINATED: 04/26/2006*

**Courtney Ann Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Brian Kilby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Richard Lyon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                           Sharon L. Nelles
                                           (See above for address)

**Defendant**

**Riley P Bechtel**                 represented by  **Chante Danielle Spann**
                                           (See above for address)
                                           *TERMINATED: 04/26/2006*

                                           **Kathleen Lynn Roach**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Matthew Brian Kilby**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Matthew Richard Lyon**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael A. Cooper**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Sharon L. Nelles**
                                           (See above for address)

**Defendant**

**Frank A Bennack**                 represented by  **Kathleen Lynn Roach**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Chante Danielle Spann**
                                           (See above for address)
                                           *TERMINATED: 04/26/2006*

                                           **Courtney Ann Rosen**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Matthew Brian Kilby**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Matthew Richard Lyon**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

Michael A. Cooper
(See above for address)
*ATTORNEY TO BE NOTICED*

Sharon L. Nelles
(See above for address)

**Defendant**

**John H Giggs**                    represented by    Kathleen Lynn Roach
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Courtney Ann Rosen
(See above for address)
*ATTORNEY TO BE NOTICED*

Matthew Brian Kilby
(See above for address)
*ATTORNEY TO BE NOTICED*

Matthew Richard Lyon
(See above for address)
*ATTORNEY TO BE NOTICED*

Michael A. Cooper
(See above for address)
*ATTORNEY TO BE NOTICED*

Sharon L. Nelles
(See above for address)

**Defendant**

**Lawrence A Bossidy**              represented by    Kathleen Lynn Roach
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Chante Danielle Spann
(See above for address)
*TERMINATED: 04/26/2006*

Courtney Ann Rosen
(See above for address)
*ATTORNEY TO BE NOTICED*

Matthew Brian Kilby
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Matthew Richard Lyon** (See above for address) *ATTORNEY TO BE NOTICED* |
|  |  | **Michael A. Cooper** (See above for address) *ATTORNEY TO BE NOTICED* |
|  |  | **Sharon L. Nelles** (See above for address) |
| **Defendant** |  |  |
| **M Anthony Burns** | represented by | **Kathleen Lynn Roach** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
|  |  | **Chante Danielle Spann** (See above for address) *TERMINATED: 04/26/2006* |
|  |  | **Courtney Ann Rosen** (See above for address) *ATTORNEY TO BE NOTICED* |
|  |  | **Matthew Brian Kilby** (See above for address) *ATTORNEY TO BE NOTICED* |
|  |  | **Matthew Richard Lyon** (See above for address) *ATTORNEY TO BE NOTICED* |
|  |  | **Michael A. Cooper** (See above for address) *ATTORNEY TO BE NOTICED* |
|  |  | **Sharon L. Nelles** (See above for address) |
| **Defendant** |  |  |
| **Laurence Fuller** | represented by | **Kathleen Lynn Roach** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
|  |  | **Chante Danielle Spann** (See above for address) *TERMINATED: 04/26/2006* |

Case 1:05-cv-06162-SJF   Document 119-2    Filed 08/09/2006    Page 8 of 30

Courtney Ann Rosen
(See above for address)
*ATTORNEY TO BE NOTICED*

Matthew Brian Kilby
(See above for address)
*ATTORNEY TO BE NOTICED*

Matthew Richard Lyon
(See above for address)
*ATTORNEY TO BE NOTICED*

Michael A. Cooper
(See above for address)
*ATTORNEY TO BE NOTICED*

Sharon L. Nelles
(See above for address)

**Defendant**
**Ellen V Futter**                              represented by   **Kathleen Lynn Roach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chante Danielle Spann**
(See above for address)
*TERMINATED: 04/26/2006*

**Courtney Ann Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Brian Kilby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Richard Lyon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon L. Nelles**
(See above for address)

**Defendant**
**William H Gray**                              represented by   **Kathleen Lynn Roach**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chante Danielle Spann**
(See above for address)
*TERMINATED: 04/26/2006*

**Courtney Ann Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Brian Kilby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Richard Lyon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon L. Nelles**
(See above for address)

**Defendant**

**Helene L Kaplan**                    represented by **Kathleen Lynn Roach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chante Danielle Spann**
(See above for address)
*TERMINATED: 04/26/2006*

**Courtney Ann Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Brian Kilby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Richard Lyon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Cooper**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon L. Nelles**
(See above for address)

**Defendant**

**Lee R Raymond**                    represented by    **Kathleen Lynn Roach**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Chante Danielle Spann**
                                                       (See above for address)
                                                       *TERMINATED: 04/26/2006*

                                                       **Courtney Ann Rosen**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew Brian Kilby**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew Richard Lyon**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michael A. Cooper**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Sharon L. Nelles**
                                                       (See above for address)

**Defendant**

**John R Stafford**                  represented by    **Kathleen Lynn Roach**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Chante Danielle Spann**
                                                       (See above for address)
                                                       *TERMINATED: 04/26/2006*

                                                       **Courtney Ann Rosen**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew Brian Kilby**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Richard Lyon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon L. Nelles**
(See above for address)

**Defendant**

**J.P. Morgan Chase & Company**          represented by   **Julie A. Lepri**
JPMorgan Chase
One Bank One Plaza
Suite 286
Chicago, IL 60670-0292
(312) 732-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Lynn Roach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chante Danielle Spann**
(See above for address)
*TERMINATED: 04/26/2006*

**Courtney Ann Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Brian Kilby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Richard Lyon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**proposed**

**Samuel Hyland**                        represented by   **Joseph N. Gielata**
501 Silverside Road
No. 90
Wilmington, DE 19809

US
(302)798-1096
*ATTORNEY TO BE NOTICED*

**proposed**

**Stephanie Speakman**              represented by   **Joseph N. Gielata**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2004 | 1 | COMPLAINT; jury demand - Civil cover sheet - Appearance(s) of Gregory M Nespole, Jeffrey G. Smith, Adam J. Levitt, Jane Edelstein Fait as attorney(s) for plaintiff ( twelve originals and twelve copies of summons(es) issued.) ( Documents: 1-1 through 1-3) (cdy) (Entered: 10/13/2004) |
| 10/13/2004 |  | RECEIPT regarding payment of filing fee paid; on 10/13/04 in the amount of $ 150.00, receipt # 1094334. (cdy) (Entered: 10/13/2004) |
| 10/29/2004 | 2 | RETURN OF SERVICE of summons and complaint personally served as to defendant Hans W Becherer, by leaving a copy of summons and complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 3 | RETURN OF SERVICE of summons and complaint personally served as to defendant William B Harrison, by leaving a copy of summons and complaint with Marjorie G. Joseph on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 4 | RETURN OF SERVICE of summons nad complaint personally served as to defendant JP Morgan Chase & Co , by leaving a copy of summons and complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 5 | RETURN OF SERVICE of summons and complaint served personally as to defendant Helene L Kaplan, by leaving a copy of summons and complaint with Marjorie G. Joseph on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 6 | RETURN OF SERVICE of summons and complaint personally served as to defendant John H Giggs, by leaving a copy of summons and complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 7 | RETURN OF SERVICE of summons and complaint personally served as to defendant Frank A Bennack, by leaving a copy of the summons and complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 8 | RETURN OF SERVICE of summons and complaint personally served as to defendant Riley P Bechtel, by leaving a copy of summons nad complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: |

| | | 11/01/2004) |
|---|---|---|
| 10/29/2004 | 9 | RETURN OF SERVICE of summons and complaint personally served as to defendant Lawrence A Bossidy, by leaving a copy of summons and complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 10 | RETURN OF SERVICE of summons and complaint personally served as to defendant M Anthony Burns, by leaving a copy of summons and complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 11 | RETURN OF SERVICE of summons and complaint personally served as to defendant Laurence Fuller, by leaving a copy of summons and complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 12 | RETURN OF SERVICE of summons and complaint personally served as to defendant Ellen V Futter, by leaving a copy of summons and complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 13 | RETURN OF SERVICE of summons and complaint personally served as to defendant Lee R Raymond, by leaving a copy of summons and complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 14 | RETURN OF SERVICE of summons and complaint personally served as to defendant William H Gray, by leaving a copy of summons nad complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 10/29/2004 | 15 | RETURN OF SERVICE of summons and complaint personally served as to defendant John R Stafford, by leaving a copy of summons nad complaint with Marjorie G. Joseph, on 10/15/04. (gl) (Entered: 11/01/2004) |
| 11/22/2004 | | SCHEDULE set on 11/22/04 by Hon. William J. Hibbler : Status hearing set to 9:30 12/13/04 to set discovery schedule. Mailed notice (jdh) (Entered: 11/22/2004) |
| 12/13/2004 | | SCHEDULE set on 12/13/04 by Hon. William J. Hibbler : Status hearing set. No one appears. Status hearing reset to 9:30 1/12/05 . Mailed notice (jdh) (Entered: 12/13/2004) |
| 12/14/2004 | 17 | MOTION by plaintiffs Dr. Blau and American Growth Fund, Inc. for reassignment based on relatedness, to consolidate all actions and to appoint lead plaintiffs and lead counsel ; Notice (cdy) (Entered: 01/06/2005) |
| 12/14/2004 | 18 | DECLARATION of Adam J. Levitt in support of motion of Dr. Stephen Blau and American Growth Fund, Inc. for reassignment based on relatedness, to consolidate all actions and to appoint lead plaintiffs and lead counsel [17-1] (Attachments); Notice (cdy) (Entered: 01/06/2005) |

| 12/21/2004 | 16 | MINUTE ORDER of 12/21/04 by Hon. William J. Hibbler: Motion of Dr. Stephen Blau and American Growth Fund, Inc. for reassignment based on relatedness, to consolidate all actions and to appoint lead plaintiffs and lead counsel is continued to 01/03/05 at 10:00 a.m. Mailed notice (cdy) (Entered: 12/27/2004) |
| --- | --- | --- |
| 12/30/2004 | 19 | AMENDED NOTICE OF MOTION by plaintiffs regarding motion of Dr. Stephen Blau and American Growth Fund, Inc. for reassignment based on relatedness, to consolidate all actions and to appoint lead plaintiffs and lead counsel [17-1] (cdy) (Entered: 01/06/2005) |
| 01/05/2005 | 20 | MINUTE ORDER of 1/5/05 by Hon. William J. Hibbler: Motion of Dr. Stephen Blau and American Growth Fund, Inc. for reassignment based on relatedness, to consolidate all actions is denied as moot. The motion to appoint lead plaintiffs Dr. Stephen Blau and American Growth Fund, Inc. and lead counsel Wulf Haldenstein [17-1], is granted. Plaintiffs to file an amended complaint by 02/18/05. Defendants to respond by 03/18/05. Status hearing reset to 03/23/05 at 9:30 a.m. Mailed notice (cdy) (Entered: 01/06/2005) |
| 02/07/2005 | 21 | ATTORNEY appearance for defendant J.P. Morgan Chase & Company by Julie A. Lepri. (cdy, ) (Entered: 02/09/2005) |
| 02/07/2005 | 22 | ATTORNEY appearance for defendants Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Frank A Bennack, John H Biggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fuller by Chante Danielle Spann, Courtney Ann Rosen, Kathleen Lynn Roach. (cdy, ) (Entered: 02/09/2005) |
| 02/18/2005 | 23 | AMENDED class action complaint for violations of Federal Securities Laws by American Growth Fund, Inc., Stephan Blau against defendants; Notice.(cdy, ) (Entered: 02/23/2005) |
| 02/18/2005 | 24 | NOTICE of withdrawal of American Growth Fund, Inc. as lead plaintiff by American Growth Fund, Inc., Stephan Blau; Notice. (cdy, ) (Entered: 02/23/2005) |
| 03/10/2005 | 25 | MOTION by Defendants for extension of time to file answer and to set briefing schedule (gma, ) (Entered: 03/10/2005) |
| 03/10/2005 | 26 | NOTICE of Motion by Courtney Ann Rosen for presentment of MOTION by Defendants for extension of time to file answer and to set briefing schedule 25 before Honorable William J. Hibbler on 3/16/2005 at 09:30 AM. (gma, ) (Entered: 03/10/2005) |
| 03/14/2005 | 27 | NOTICE by Mary Jane Edelstein Fait, Adam J. Levitt, Gregory M Nespole, Jeffrey G. Smith of Change of Address (cdy, ) (Entered: 03/16/2005) |
| 03/16/2005 | 28 | MINUTE entry before Judge William J. Hibbler : Defndants' agreed motion for extension of time until 04/22/05 to answer amended complaint 25 is granted. Defendants motion to dismiss with supporting memoranda, |

| | | |
|---|---|---|
| | | if any, to be filed by 04/22/05. Plaintiffs to respond to 06/03/05. Defendants to reply by 06/24/05. Ruling by mail. Status hearing reset to 5/18/2005 at 09:30 a.m. Mailed notice. (cdy, ) (Entered: 03/17/2005) |
| 04/22/2005 | 29 | MOTION by Defendants for leave to file a memorandum of law in excess of fifteen pages instanter (gma, ) (Entered: 04/25/2005) |
| 04/22/2005 | 30 | NOTICE of Motion by Courtney Ann Rosen for presentment of MOTION by Defendants for leave to file a memorandum of law in excess of fifteen pages instanter 29 before Honorable William J. Hibbler on 4/28/2005 at 09:30 AM. (gma, ) (Entered: 04/25/2005) |
| 04/22/2005 | 31 | MEMORANDUM of law by defendants in Support of their motion to dismiss plaintiff's amended class action complaint. (Attachments)(lcw, ) (Entered: 04/25/2005) |
| 04/22/2005 | 32 | MOTION by Defendants to dismiss plaintiff's amended class action complaint (gma, ) (Entered: 04/25/2005) |
| 04/22/2005 | 33 | NOTICE by defendants of filing MOTION to dismiss plaintiff's amended class action complaint 32 (gma, ) (Entered: 04/25/2005) |
| 04/26/2005 | 34 | AMENDED NOTICE of Motion by Chante Danielle Spann for presentment of MOTION by Defendants for leave to file a memorandum of law in excess of fifteen pages instanter 29 before Honorable William J. Hibbler on 5/2/2005 at 09:30 AM. (gma, ) (Entered: 04/26/2005) |
| 05/02/2005 | 35 | MINUTE entry before Judge William J. Hibbler : Defendants' Motion for leave to file a memorandum of law in excess of fifteen pages instanter 29 is granted. Judicial staff mailed notice (jdh, ) (Entered: 05/03/2005) |
| 05/17/2005 | 36 | MINUTE entry before Judge William J. Hibbler : Status hearing reset for 6/8/2005 at 09:30 AM. Judicial staff mailed notice (jdh, ) (Entered: 05/17/2005) |
| 05/20/2005 | 37 | ATTORNEY appearance for defendant Riley P Bechtel by Kathleen Lynn Roach, Chante Danielle Spann; Notice. (cdy, ) (Entered: 05/24/2005) |
| 05/23/2005 | 38 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fuller by Michael A. Cooper; Order entered granting leave by William J. Hibbler. Filing fee $50 paid, receipt number 10527951 (cdy, ) (Entered: 05/26/2005) |
| 05/23/2005 | 39 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fuller by Sharon L. Nelles; Order entered granting leave by William J. Hibbler. Filing fee $50 paid, receipt number 10327951 (cdy, ) (Entered: 05/26/2005) |

| 05/24/2005 | 40 | MEMORANDUM of Amici Curiae, Samuel Hyland and Stephanie Speakman. (cdy, ) (Entered: 05/27/2005) |
| 05/24/2005 | 43 | AFFIDAVIT of Joseph N. Gielata in support of the memorandum of Amici Curiae, Samuel Hyland and stephanie Speakman 40. (cdy, ) (Entered: 05/31/2005) |
| 05/24/2005 | 44 | EXHIBITS to Affidavit of Joseph N. Gielata 43 in support of the memorandum of Amici Curiae, Samuel Hyland and Stephanie Speakman. (cdy, ) (Entered: 05/31/2005) |
| 05/26/2005 | 41 | AGREED MOTION by Defendants, Plaintiffs to set revised briefing schedule and to dismiss defendant Laurence Fuller (gma, ) (Entered: 05/27/2005) |
| 05/26/2005 | 42 | NOTICE of Motion by Chante Danielle Spann for presentment of AGREED MOTION by Defendants, Plaintiffs to set revised briefing schedule and to dismiss defendant Laurence Fuller 41 before Honorable William J. Hibbler on 6/1/2005 at 09:30 AM. (gma, ) (Entered: 05/27/2005) |
| 05/26/2005 | 45 | MOTION by defendant Riley P Bechtel to dismiss plaintiff's amended class action complaint; Notice. (cdy, ) (Entered: 06/01/2005) |
| 06/01/2005 | 46 | MINUTE entry before Judge William J. Hibbler : Adreed motion to set a revised briefing schedule 41 and to dismiss defendant Laurence Fuller 41 is granted. Plaintiffs' response to all motions to dismiss by 06/24/05. Defendants to reply by 07/22/05. Ruling by mail. Parties may file a statement addressing the Amici Curiae brief before 07/25/05. Status hearing reset to 7/25/2005 at 09:30 a.m. Mailed notice. (cdy, ) (Entered: 06/02/2005) |
| 06/17/2005 | 47 | AGREED MOTION by Plaintiffs to further revise briefing schedule on defendants' motion to dismiss (gma, ) (Entered: 06/17/2005) |
| 06/17/2005 | 48 | NOTICE of Motion by Adam J. Levitt for presentment of AGREED MOTION by Plaintiffs to further revise briefing schedule on defendants' motion to dismiss 47 before Honorable William J. Hibbler on 6/22/2005 at 09:30 AM. (gma, ) (Entered: 06/17/2005) |
| 06/21/2005 | 49 | MINUTE entry before Judge William J. Hibbler : Agreed motion to further revise briefing schedule on defendants' motion to dismiss 47 is granted. Plaintiffs' response in opposition to defendants' motion to dismiss 32,45 to be filed by 7/7/05. Defendants' reply to be filed by 8/4/2005. Ruling on motion to dismiss by mail. Status hearing reset to 8/15/05 at 9:30 a.m. Mailed notice (nlf, ) (Entered: 06/24/2005) |
| 06/21/2005 | | Set/Reset Hearings Status hearing reset for 8/15/2005 at 09:30 AM. (nlf, ) (Entered: 06/24/2005) |
| 06/22/2005 | 50 | SUPPLEMENTAL AFFIDAVIT of Joseph N. Gielata in support of the memorandum of Amici Curiae Samuel Hyland and Stephanie Speakman 40. (cdy, ) (Entered: 06/27/2005) |

| 07/06/2005 | 51 | AGREED MOTION by Plaintiffs to revise briefing schedule on defendants' motion to dismiss (gma, ) (Entered: 07/06/2005) |
|---|---|---|
| 07/06/2005 | 52 | NOTICE of Motion by American Growth Fund, Inc., Stephan Blau for presentment of AGREED MOTION by Plaintiffs to revise briefing schedule on defendants' motion to dismiss 51 before Honorable William J. Hibbler on 7/11/2005 at 09:30 AM. (gma, ) (Entered: 07/06/2005) |
| 07/11/2005 | 53 | MINUTE entry before Judge William J. Hibbler : Agreed motion to revise briefing schedule on defendants' motion to dismiss 51 is granted. Plaintiffs' response to be filed by 8/15/05. Defendants' reply to be filed by 9/23/05. Ruling by mail. Status hearing reset to 10/17/2005 at 9:30 AM. Mailed notice (eav, ) (Entered: 07/12/2005) |
| 08/02/2005 | 54 | SUPPLEMENTAL MEMORANDUM of Amici Curiae Samuel Hyland and Stephanie Speakman (Exhibits). (cdy, ) (Entered: 08/04/2005) |
| 08/11/2005 | 55 | MOTION by Plaintiffs for leave to file an overlength memorandum of law in opposition to defendants' motion to dismiss the amended class action complaint(gma, ) (Entered: 08/12/2005) |
| 08/11/2005 | 56 | NOTICE of Motion by Adam J. Levitt for presentment of MOTION by Plaintiffs for leave to file an overlength memorandum of law in opposition to defendants' motion to dismiss the amended class action complaint 55 before Honorable William J. Hibbler on 8/17/2005 at 09:30 AM. (gma, ) (Entered: 08/12/2005) |
| 08/17/2005 | 57 | MINUTE entry before Judge William J. Hibbler : Motion for leave to file excess pages 55 is granted. Plaintiff does not appear. Status hearing reset for 8/29/2005 at 09:30 AM re. Amici Curiae briefs. Judicial staff mailed notice (jdh, ) (Entered: 08/17/2005) |
| 08/24/2005 | 58 | AFFIDAVIT of Gregory Mark Nespole, Esq. by American Growth Fund, Inc., Stephan Blau in support of lead plaintiff's response to the memorandum and supplemental memorandum of Amici Curiae mailed to this court by Samuel Hyland and Stephanie Speakman; Notice. (cdy, ) (Entered: 08/26/2005) |
| 08/24/2005 | 59 | RESPONSE by lead plaintiffs American Growth Fund, Inc., Stephan Blau to the memorandum and supplemental memorandum of Amici Curiae mailed to this court by Samuel Hyland and Stephanie Speakman. (cdy, ) (Entered: 08/26/2005) |
| 08/29/2005 | 60 | MINUTE entry before Judge William J. Hibbler : Status hearing held and continued to 10/17/05 at 9:30 a.m. Plaintiffs'attorney responds to supplemental Amici Curiae memo by Hyland litigants and disputes assertions by Atty. Gielata in that memo. Plaintiffs' attorney has also filed motion to intervene and motion to stay Hyland case. Court finds that the parties have sufficiently responded to issues raised by Amici Curiae filing and absent some further intervention authorized by the Court this matter shall proceed without further consideration regarding the Hyland case. Mailed notice (cdy, ) (Entered: 08/31/2005) |

| 09/23/2005 | 61 | MOTION by Defendants for leave to file overlength reply to plaintiff's memorandum of law in opposition to defendants' motion to dismiss plaintiff's amended class action complaint. (Attachments: # 1 Memorandum)(vcf, ) (Entered: 09/26/2005) |
|---|---|---|
| 09/23/2005 | 62 | NOTICE of Motion by all defendants for presentment of motion for leave to file overlength reply to plaintiff's memorandum of law in opposition to defendants' motion to dismiss plaintiff's amended class action complaint61 before Honorable William J. Hibbler on 9/28/2005 at 09:30 AM. (vcf, ) (Entered: 09/26/2005) |
| 09/23/2005 | 63 | MOTION by Defendants to strike expert report of Steven Wolfe. (vcf, ) (Entered: 09/26/2005) |
| 09/23/2005 | 64 | NOTICE of Motion by all defendants for presentment of motion to strike expert report of Steven Wolfe63 before Honorable William J. Hibbler on 9/28/2005 at 09:30 AM. (vcf, ) (Entered: 09/26/2005) |
| 09/28/2005 | 65 | MINUTE entry before Judge William J. Hibbler : Defendants' Motion for leave to file 61 is granted. Defendants' Motion to strike 63 is taken under advisement. Plaintiffs' responses due by 10/19/2005. Defendants' reply due by 11/2/2005. Ruling by mail. Mailed notice (jdh, ) (Entered: 09/28/2005) |
| 10/07/2005 | 66 | TRANSCRIPT of proceedings for the following dates: 8/29/05; Before the Honorable William J. Hibbler. (mjc, ) (Entered: 10/12/2005) |
| 10/17/2005 | 67 | MINUTE entry before Judge William J. Hibbler : Status hearing held and continued to 11/16/2005 at 09:30 AM. Mailed notice (jdh, ) (Entered: 10/19/2005) |
| 10/19/2005 | 68 | RESPONSE *Lead Plaintiff's Opposition to Defendants' Motion to Strike Expert Report of Steven Wolfe* (Levitt, Adam) (Entered: 10/19/2005) |
| 11/02/2005 | 69 | REPLY by Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fullerin Support of MOTION by Defendants Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns,63 *to Plaintiff's Opposition to Defendants' Motion to Strike the Expert Report of Steven Wolfe* (Rosen, Courtney) (Entered: 11/02/2005) |
| 11/14/2005 | 70 | MINUTE entry before Judge William J. Hibbler : Status hearing reset for 1/9/2006 at 09:30 AM. Mailed notice (jdh, ) (Entered: 11/15/2005) |
| 01/09/2006 | 71 | MINUTE entry before Judge William J. Hibbler : Status hearing held and continued to 2/8/2006 at 09:30 AM. Mailed notice (jdh ) (Entered: 01/09/2006) |
| 02/06/2006 | 72 | MINUTE entry before Judge William J. Hibbler : Status hearing reset for 2/27/2006 at 09:30 AM. Mailed notice (jdh) (Entered: 02/06/2006) |

| 02/09/2006 | 73 | NOTICE Of Supplemental Authorities by plaintiff Stephan Blau. (Levitt, Adam) Text Modified on 2/10/2006 (lcw, ). (Entered: 02/09/2006) |
| 02/09/2006 | 74 | NOTICE by Stephan Blau re response to motion, 73 *Notice of Filing for Notice of Supplemental Authority* (Levitt, Adam) (Entered: 02/09/2006) |
| 02/17/2006 | 75 | RESPONSE by Defendants Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fuller *to Notice of Supplemental Authority* (Rosen, Courtney) (Entered: 02/17/2006) |
| 02/21/2006 | 76 | MINUTE entry before Judge William J. Hibbler : Status hearing reset for 3/27/2006 at 09:30 AM. The Court will rule by mail on the pending motions. Mailed notice (jdh) (Entered: 02/21/2006) |
| 02/21/2006 | 77 | MOTION by Samuel Hyland, Stephanie Speakman to intervene for the purpose of seeking limited discovery (gma, ) (Entered: 02/22/2006) |
| 02/21/2006 | 78 | NOTICE of Motion by Samuel Hyland, Stephanie Speakman for presentment of motion to intervene 77 before Honorable William J. Hibbler on 2/27/2006 at 09:30 AM. (gma, ) (Entered: 02/22/2006) |
| 02/21/2006 | 79 | MEMORANDUM by Samuel Hyland, Stephanie Speakman in Support of motion to intervene 77 (gma, ) (Entered: 02/22/2006) |
| 02/21/2006 | 83 | [PROPOSED] Complaint in Intervention by Samuel Hyland, Stephanie Speakman; Jury Demand. (ar, ) Modified on 2/27/2006 (ar, ). (Entered: 02/27/2006) |
| 02/21/2006 | 98 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Samuel Hyland, Stephanie Speakman by Joseph N. Gielata; Order entered denying leave by William J. Hibbler. (mjc, ) (Entered: 03/30/2006) |
| 02/24/2006 | 80 | RESPONSE by Stephan Blau in Opposition to MOTION to intervene 77 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Levitt, Adam) (Entered: 02/24/2006) |
| 02/24/2006 | 81 | NOTICE by Stephan Blau re response in opposition to motion 80 (Levitt, Adam) (Entered: 02/24/2006) |
| 02/24/2006 | 82 | MINUTE entry before Judge William J. Hibbler : Motion to intervene 77 is entered and continued to 3/8/2006 at 09:30 AM. Mailed notice (jdh ) (Entered: 02/24/2006) |
| 02/24/2006 | 84 | MINUTE entry before Judge William J. Hibbler : Proposed intervenors Hyland and Speakman's motion to intervene for the sole purpose of seeking limited discovery concerning the named plaintiff and the response 77 are continued to 3/8/2006 at 09:30 a.m. Mailed notice (mjc, ) (Entered: 02/28/2006) |
| 03/02/2006 | 85 | NOTICE by Stephan Blau of Supplemental Authority (Attachments: # 1 Exhibit Kolupa v. Roselle Park District, No. 05-2925, ____ F.3d ____, |

| | | |
|---|---|---|
| | | 2006 WL 306955 1865 (7th Cir. Feb. 10, 2006))(Levitt, Adam) Text Modified on 3/3/2006 (lcw, ). (Entered: 03/02/2006) |
| 03/02/2006 | 86 | NOTICE by Stephan Blau regarding Notice of Supplemental Authority 85 (Levitt, Adam) Text Modified on 3/3/2006 (lcw, ). (Entered: 03/02/2006) |
| 03/03/2006 | 87 | NOTICE of Correction regarding document 85. (lcw, ) (Entered: 03/03/2006) |
| 03/03/2006 | 88 | REPLY by Samuel Hyland and Stephanie Speakman in support of intervenors' motion to intervene for the purpose of seeking limited discovery 77; (Exhibits). (mjc, ) (Entered: 03/07/2006) |
| 03/08/2006 | 91 | MINUTE entry before Judge William J. Hibbler : For the attached reasons, Hyland plaintiffs' motion to intervene 77 is denied. Telephoned notice (mjc, ) (Entered: 03/13/2006) |
| 03/08/2006 | 92 | MEMORANDUM Opinion and Order Signed by Judge William J. Hibbler on 3/8/2006.(mjc, ) (Entered: 03/13/2006) |
| 03/10/2006 | 89 | RESPONSE by Defendants Ellen V Futter, William H Gray, Helene L. Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fuller to response to motion85 *of Notice of Supplemental Authority* (Rosen, Courtney) (Entered: 03/10/2006) |
| 03/10/2006 | 90 | Notice of Supplemental Authority by Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fuller (Rosen, Courtney) (Entered: 03/10/2006) |
| 03/14/2006 | 93 | Lead Plaintiffs' Response to Defendants' Notice of Supplemental Authority by Stephan Blau (Levitt, Adam) (Entered: 03/14/2006) |
| 03/14/2006 | 94 | NOTICE by Stephan Blau re other93 (Levitt, Adam) (Entered: 03/14/2006) |
| 03/20/2006 | 97 | MINUTE entry before Judge William J. Hibbler : The application for leave to appear pro hac vice of Joseph N. Gielata is denied. The Clerk of the Court is directed to refund the pro hac vice admission fee to Attorney Gielata. Mailed notice (mjc, ) (Entered: 03/30/2006) |
| 03/24/2006 | 95 | MINUTE entry before Judge William J. Hibbler : Defendants' motion to strike 63 is granted. For the attached reasons, defendants' motions to dismiss (doc. #'s 32 and 45) are denied in part and granted in part. (mjc, ) (Entered: 03/28/2006) |
| 03/24/2006 | 96 | MEMORANDUM Opinion and Order Signed by Judge William J. Hibbler on 3/24/2006.(mjc, ) (Entered: 03/28/2006) |
| 03/27/2006 | 99 | MINUTE entry before Judge William J. Hibbler : Status hearing held and |

| | | continued to 5/10/06 at 9:30 a.m. Plaintiffs given until 4/10/06 to file an amended complaint. Defendants to respond by 5/5/06. The stay remains in effect until the next status date. Mailed notice (rmm, ) (Entered: 03/31/2006) |
|---|---|---|
| 04/07/2006 | 100 | MOTION by Defendants Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fuller for reconsideration regarding memorandum opinion and order96 *and certification pursuant to 28 U.S.C. 1292(b)* (Rosen, Courtney) (Entered: 04/07/2006) |
| 04/07/2006 | 101 | NOTICE of Motion by Courtney Ann Rosen for presentment of motion for reconsideration, motion for relief,, 100 before Honorable William J. Hibbler on 4/12/2006 at 09:30 AM. (Rosen, Courtney) (Entered: 04/07/2006) |
| 04/10/2006 | 102 | *Second Amended Class Action Complaint for Violations of Federal Securities Laws* AMENDED complaint by Stephan Blau against all defendants (Levitt, Adam) (Entered: 04/10/2006) |
| 04/10/2006 | 103 | NOTICE by Stephan Blau re amended complaint102 *Notice of Filing* (Attachments: # 1 Certificate of Service Certificate)(Levitt, Adam) (Entered: 04/10/2006) |
| 04/12/2006 | 104 | MINUTE entry before Judge William J. Hibbler : Defendants' Motion for reconsideration 100 is taken under advisement. Plaintiffs' response due by 4/24/2006 with a copy to chambers before 4:00 p.m. Oral argument before Honorable William J. Hibbler on 4/26/2006 at 10:00 AM. Mailed notice (jdh) (Entered: 04/12/2006) |
| 04/21/2006 | 105 | MOTION by Defendants Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fuller to withdraw as attorney *Chante Danielle Spann* (Rosen, Courtney) (Entered: 04/21/2006) |
| 04/21/2006 | 106 | NOTICE of Motion by Courtney Ann Rosen for presentment of motion to withdraw as attorney, 105 before Honorable William J. Hibbler on 4/26/2006 at 10:00 AM. (Rosen, Courtney) (Entered: 04/21/2006) |
| 04/24/2006 | 107 | MEMORANDUM by Stephan Blau in Opposition to motion for reconsideration, motion for relief,, 100 *and Certification of the Court's March 24, 2006 Order for Interlocutory Appeal Pursuant to 28 U.S.C. Section 1292(b)* (Levitt, Adam) (Entered: 04/24/2006) |
| 04/24/2006 | 108 | NOTICE by Stephan Blau re memorandum in opposition107 (Levitt, Adam) (Entered: 04/24/2006) |
| 04/26/2006 | 109 | MINUTE entry before Judge William J. Hibbler : Motion for reconsideration 100 is denied for the reasons stated on the record. |

| | | |
|---|---|---|
| | | Request for interlocutory appeal is denied for the reasons stated on the record. Motion to withdraw as attorney 105 is granted. In court hearing held on 4/26/2006. Status hearing held on 4/26/2006. Status hearing set for 5/31/2006 at 09:30 AM. Answer to complaint due by 05/15/06. Status hearing set for 05/10/06 stricken. Mailed notice (jlj, ) (Entered: 04/26/2006) |
| 04/26/2006 | 110 | TRANSCRIPT of proceedings for the following dates: 1/9/06; Before the Honorable William J. Hibbler. (mjc, ) (Entered: 04/27/2006) |
| 04/28/2006 | 111 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Stephan Blau by Demet Basar; Order entered granting leave by William J. Hibbler. Filing fee $ 50 paid, receipt number 1064100. (mjc, ) (Entered: 05/03/2006) |
| 05/15/2006 | 112 | ATTORNEY Appearance for Defendants Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fuller by Matthew Brian Kilby (Kilby, Matthew) (Entered: 05/15/2006) |
| 05/15/2006 | 113 | *Defendants'* ANSWER to amended complaint by Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns(Kilby, Matthew) (Entered: 05/15/2006) |
| 05/15/2006 | 114 | MEMORANDUM OF LAW IN RESPONSE by Defendants to Plaintiff's motion to transfer of actions to the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407 (hp, ) (Entered: 05/23/2006) |
| 05/15/2006 | 115 | REASONS by Defendants why oral argument need not be heard with respect to plaintiff's motion for transfer of actions to the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407 114 (hp, ) (Entered: 05/23/2006) |
| 05/15/2006 | 116 | AFFIDAVIT of Anthony J. Horan by Defendants 114115 (hp, ) (Entered: 05/23/2006) |
| 05/15/2006 | 117 | RESPONSE by Defendants to plaintiff's motion for transfer of actions to the District of Delaware for coordinated of consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407 (hp, ) (Entered: 05/23/2006) |
| 05/15/2006 | 118 | RESPONSE by defendants to plaintiff's motion for transfer of actions to the District of Felaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. 1407. (mjc, ) (Entered: 05/23/2006) |
| 05/15/2006 | 119 | REASONS by defendants why oral argument need not be heard with respect to plaintiff's motion for transfer of actions to the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to |

| | | 28 U.S.C. 1407.(mjc, ) (Entered: 05/23/2006) |
|---|---|---|
| 05/15/2006 | 120 | AFFIDAVIT of Anthony J. Horan. (mjc, ) (Entered: 05/23/2006) |
| 05/15/2006 | 121 | MEMORANDUM of Law by defendants in response to plaintiff's motion for transfer of actions to the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. 1407 118. (mjc, ) (Entered: 05/23/2006) |
| 05/31/2006 | 122 | MINUTE entry before Judge William J. Hibbler : Status hearing held and continued to 8/2/2006 at 09:30 AM. This court adopts the joint scheduling order. Rule 26(a) disclosures exchanged and defendants' responses to plaintiffs' first request for production of documents by 6/16/06. Plaintiff's motion for class certification by 6/30/06. Defendants' privilege log served by 7/14/06. Period for class discovery and deadline for defendants' response to class certification by 8/7/06. Plaintiffs' reply to class certification by 9/7/06. Motions to amend pleadings or add parties by 12/15/06. Fact discovery to close by 1/26/07. Plaintiffs' experts disclosure and to serve reports by 2/23/07. Plaintiffs' expert depositions and defendants' expert disclosures and to serve reports by 5/18/07. Depositions on plaintiffs' rebuttal report by 6/1/07. Dispositive motions filed by 6/29/07. Responses to be filed by 8/10/07. Replies to be filed by 8/31/07. Enter Joint Scheduling Order. Mailed (Entered: 06/05/2006) |
| 05/31/2006 | 123 | 9PROPOSED] Joint Scheduling Order Signed by Judge William J. Hibbler on 5/31/2006 (Entered: 06/05/2006) |
| 06/16/2006 | 124 | CERTIFICATE by Stephan Blau Certificate of Service (Levitt, Adam) (Entered: 06/16/2006) |
| 06/30/2006 | 125 | MOTION by Plaintiff Stephan Blau to certify class (Levitt, Adam) (Entered: 06/30/2006) |
| 06/30/2006 | 126 | Memorandum of Law in Support of Plaintiff's Motion for Class Certification by Stephan Blau (Attachments: # 1 Declaration Declaration of Demet Basar in Support of Plaintiff's Motion for Class Certification# 2 Exhibit Exhibit A# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C# 5 Exhibit Exhibit D# 6 Exhibit Exhibit E# 7 Exhibit Exhibit F# 8 Exhibit Exhibit G# 9 Exhibit Exhibit H# 10 Exhibit Exhibit I# 11 Exhibit Exhibit J# 12 Exhibit Exhibit K# 13 Exhibit Exhibit L# 14 Exhibit Exhibit M# 15 Exhibit Exhibit N# 16 Exhibit Exhibit O# 17 Exhibit Exhibit P# 18 Exhibit Exhibit Q)(Levitt, Adam) (Entered: 06/30/2006) |
| 06/30/2006 | 127 | NOTICE by Stephan Blau re other,, 126, MOTION by Plaintiff Stephan Blau to certify class125 (Levitt, Adam) (Entered: 06/30/2006) |
| 06/30/2006 | 128 | CERTIFICATE by Stephan Blau of Service *of Plaintiff's Motion for Class Certification, Memorandum of Law in Support of Plaintiff's Motion for Class Certification, Declaration of Demet Basar in Support of Plaintiff's Motion for Class Certification, Notice of Filing, and Exhibits A-Q* (Levitt, Adam) (Entered: 06/30/2006) |
| 07/11/2006 | 129 | TRANSCRIPT of proceedings for the following dates: 4/26/06; Before |

| | | |
|---|---|---|
| | | the Honorable William J. Hibbler. (mjc, ) (Entered: 07/12/2006) |
| 07/11/2006 | 130 | TRANSCRIPT of proceedings for the following dates: 3/27/06; Before the Honorable William J. Hibbler. (mjc, ) (Entered: 07/12/2006) |
| 07/20/2006 | 131 | MOTION by Defendants Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns for protective order (Attachments: # 1 Exhibit A)(Kilby, Matthew) (Entered: 07/20/2006) |
| 07/20/2006 | 132 | NOTICE of Motion by Matthew Brian Kilby for presentment of motion for protective order, 131 before Honorable William J. Hibbler on 7/26/2006 at 09:30 AM. (Kilby, Matthew) (Entered: 07/20/2006) |
| 07/25/2006 | 133 | ATTORNEY Appearance for Defendants Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns, Laurence Fuller by Matthew Richard Lyon (Lyon, Matthew) (Entered: 07/25/2006) |
| 07/26/2006 | 134 | MOTION by Defendants Ellen V Futter, William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns to transfer case *venue under 28 U.S.C. Section 1404(a)* (Lyon, Matthew) (Entered: 07/26/2006) |
| 07/26/2006 | 135 | NOTICE of Motion by Matthew Richard Lyon for presentment of motion to transfer case, 134 before Honorable William J. Hibbler on 8/2/2006 at 09:30 AM. (Lyon, Matthew) (Entered: 07/26/2006) |
| 07/26/2006 | 136 | MINUTE entry before Judge William J. Hibbler : Enter Stipulated Protective Order. Mailed notice (ar, ) (Entered: 07/28/2006) |
| 07/26/2006 | 137 | STIIULATION and [Proposed] Protective Order, signed by Judge William J. Hibbler on 7/26/2006 136.Mailed notice(ar, ) (Entered: 07/28/2006) |
| 07/27/2006 | 138 | OBJECTIONS by class member Samuel Hyland to stipulation and proposed protective order 137. (rbf, ) (Entered: 07/28/2006) |
| 08/02/2006 | 139 | MINUTE entry before Judge William J. Hibbler : Status hearing held and continued to 9/18/06 at 9:30 a.m. Defendants' motion for transfer of venue under 28 U.S.C. 1404(a) 134 is taken under advisement. Plaintiffs to respond by 8/23/06. Defendants to reply by 9/7/06. Ruling by mail. The period for class discovery and deadline is extended to 9/1/06. Defendants response to class certification motion extended to 9/15/06. Plaintiffs reply to be filed by 10/18/06. Ruling by mail. Mailed notice (mb, ) (Entered: 08/03/2006) |
| 08/02/2006 | | Set/Reset Deadlines as to MOTION by Defendants Ellen V Futter, |

| | | |
|---|---|---|
| | | William H Gray, Helene L Kaplan, Lee R Raymond, John R Stafford, J.P. Morgan Chase & Company, William B Harrison, Hans W Becherer, Riley P Bechtel, Frank A Bennack, John H Giggs, Lawrence A Bossidy, M Anthony Burns t134. Responses due by 8/23/2006 Replies due by 9/7/2006. (mb, ) (Entered: 08/03/2006) |
| 08/02/2006 | | Set/Reset Deadlines as to MOTION by Plaintiff Stephan Blau to certify class 125. Responses due by 9/15/2006 Replies due by 10/18/2006. (mb, ) (Entered: 08/03/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/08/2006 17:53:19 | | | |
| PACER Login: | wh0009 | Client Code: | 03282001 |
| Description: | Docket Report | Search Criteria: | 1:04-cv-06592 |
| Billable Pages: | 14 | Cost: | 1.12 |

# Exhibit B

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00224-JJF

Hyland v. J.P. Morgan Securities Inc.
Assigned to: Honorable Joseph J. Farnan, Jr.
Related Case: 1:05-cv-00162-JJF
Case in other court: USDC/ND/Ill, 04cv6592
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 04/06/2006
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Samuel I. Hyland**
*individually and on behalf of all others similarly situated*

represented by **Joseph N. Gielata**
Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809
(302) 798-1096
Fax: (302) 792-0777
Email: joe@gielatalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**J.P. Morgan Securities Inc.**
*a Delaware corporation*

represented by **Michael Ray Robinson**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: robinson@rlf.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2006 | 2 | COMPLAINT filed with Jury Demand against J.P. Morgan Securities Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 142999.) - filed by Samuel I. Hyland. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(mwm, ) (Entered: 04/07/2006) |
| 04/06/2006 | | Summons Issued as to J.P. Morgan Securities Inc. on 4/6/2006. (mwm, ) (Entered: 04/07/2006) |
| 04/06/2006 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (mwm, ) (Entered: 04/07/2006) |

| 04/07/2006 | 1 | Return of Service Executed by Samuel I. Hyland. (Gielata, Joseph) (Entered: 04/07/2006) |
|---|---|---|
| 04/07/2006 | 4 | NOTICE of FILING OF MOTION FOR COORDINATED PRE-TRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. 1407 by Samuel I. Hyland (Attachments: # 1 Exhibit Motion for MDL Centralization before JPML) (Gielata, Joseph) (Entered: 04/07/2006) |
| 04/12/2006 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 04/12/2006) |
| 04/17/2006 | 9 | Letter to The Court from Wm. Terrell Hodges, Chairman of the United States of America Judicial Panel on Multidistrict Litigation, dated 04/14/06, regarding Motion to Transfer presently before the Panel pursuant to 28 U.S.C. 1407. (afb, ) (Entered: 04/18/2006) |
| 04/18/2006 | 5 | STATEMENT *Corporate Disclosure Statement Pursuant to Rule 5.3 of the Judicial Panel on Multidistrict Litigation* by J.P. Morgan Securities Inc.. (Robinson, Michael) (Entered: 04/18/2006) |
| 04/18/2006 | 6 | MOTION for Extension of Time to File Answer re 4 Notice (Other), 2 Complaint, *shall be extended until 30 days after Judicial Panel on Multidistrict Litigation rules on Motion for Coordinated Pre Trial Proceedings* - filed by J.P. Morgan Securities Inc.. (Robinson, Michael) (Entered: 04/18/2006) |
| 04/18/2006 | 7 | MOTION to Consolidate Cases *and to Enforce this Court's Stay Order and Stay Co-Lead Plaintiff Samuel I. Hyland's Related Civil Action* - filed by Stephen Blau. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(Brown, Daniel) (Entered: 04/18/2006) |
| 04/18/2006 | 8 | OPENING BRIEF in Support re [103] MOTION to Consolidate Cases *and to Enforce this Court's Stay Order and Stay Co-Lead Plaintiff Samuel I. Hyland's Related Civil Action,* 7 MOTION to Consolidate Cases filed by Stephen Blau.Answering Brief/Response due date per Local Rules is 5/2/2006. (Attachments: # 1 Exhibit Unreported cases# 2 Certificate of Service)(Brown, Daniel) (Entered: 04/18/2006) |
| 04/18/2006 | 10 | AFFIDAVIT of Aya Bouchedid re [103] MOTION to Consolidate Cases *and to Enforce this Court's Stay Order and Stay Co-Lead Plaintiff Samuel I. Hyland's Related Civil Action,* 7 MOTION to Consolidate Cases filed by Stephen Blau. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Brown, Daniel) (Entered: 04/18/2006) |
| 04/24/2006 | | SO ORDERED, re 6 MOTION for Extension of Time to File Answer re 4 Notice (Other), 2 Complaint, shall be extended until 30 days after Judicial Panel on Multidistrict Litigation rules on Motion for Coordinated Pre Trial Proceedings filed by J.P. Morgan Securities Inc.; Signed by Judge Joseph J. Farnan, Jr. on 04/24/06. (afb, ) (Entered: 04/24/2006) |
| 05/08/2006 | 11 | Letter to The Court from Michael R. Robinson, Esq., dated 05/05/06, regarding enclosed copies of documents submitted to the Judical Panel on |

| | | Multidistrict Litigation. (Attachments: # 1 Defts.' Response# 2 Defts.' Memorandum of Law# 3 Appendix A# 4 Affidavit# 5 Reasons Why Oral Argument Need Not Be Heard# 6 Proof of Service# 7 Letter to Michael J. Beck, Clerk of the Panel)(afb, ) (Entered: 05/09/2006) |
|---|---|---|
| 05/09/2006 | 12 | REPLY BRIEF re [103] MOTION to Consolidate Cases *and to Enforce this Court's Stay Order and Stay Co-Lead Plaintiff Samuel I. Hyland's Related Civil Action*, 7 MOTION to Consolidate Cases filed by Stephen Blau. (Attachments: # 1 Exhibit 1 through 4 of Unreported Cases# 2 Exhibit 5 through 7 of Unreported Cases# 3 Certificate of Service) (Brown, Daniel) (Entered: 05/09/2006) |
| 06/12/2006 | 13 | MOTION Appointment of Lead Plaintiff and Lead Counsel - filed by Samuel I. Hyland. (Attachments: # 1 Text of Proposed Order Appointing Lead Plaintiff and Lead Counsel)(Gielata, Joseph) (Entered: 06/12/2006) |
| 06/12/2006 | 14 | OPENING BRIEF in Support re 13 MOTION Appointment of Lead Plaintiff and Lead Counsel filed by Samuel I. Hyland.Answering Brief/Response due date per Local Rules is 6/26/2006. (Attachments: # 1 Affidavit of Joseph N. Gielata transmitting Exhibits)(Gielata, Joseph) (Entered: 06/12/2006) |
| 06/15/2006 | 15 | Letter to Judge Farnan from Pamela S. Tikellis regarding Hyland Motion for Appointment of Lead Plaintiff and Lead Counsel - re 14 Opening Brief in Support,, 13 MOTION Appointment of Lead Plaintiff and Lead Counsel. (Tikellis, Pamela) (Entered: 06/15/2006) |
| 06/15/2006 | 16 | ANSWERING BRIEF in Opposition to Dr. Blau's 7 MOTION to Consolidate Cases and Stay filed by Samuel I. Hyland. (afb, ) Additional attachment(s) added on 6/19/2006 (afb, ). (Entered: 06/15/2006) |
| 06/15/2006 | | CORRECTING ENTRY: Clerk docketed the Answer Brief (D.I. 16) due to the Answer Brief was filed in related case CA 05-cv-162(JJF) as D.I. 110 on 05/02/06. (afb, ) (Entered: 06/15/2006) |
| 06/19/2006 | | CORRECTING ENTRY: Clerk added the pdf to Answer Brief (D.I. 16). (afb, ) (Entered: 06/19/2006) |
| 06/19/2006 | 17 | RESPONSE to Motion re 13 MOTION Appointment of Lead Plaintiff and Lead Counsel *Letter dated June 19 2006* filed by J.P. Morgan Securities Inc.. (Robinson, Michael) (Entered: 06/19/2006) |
| 06/22/2006 | 18 | MOTION for Modification of the PSLRA Stay of Discovery - filed by Samuel I. Hyland. (Attachments: # 1 Text of Proposed Order)(Gielata, Joseph) (Entered: 06/22/2006) |
| 06/22/2006 | 19 | OPENING BRIEF in Support re 18 MOTION for Modification of the PSLRA Stay of Discovery filed by Samuel I. Hyland.Answering Brief/Response due date per Local Rules is 7/7/2006. (Gielata, Joseph) (Entered: 06/22/2006) |
| 06/22/2006 | 20 | DECLARATION re 19 Opening Brief in Support by Samuel I. Hyland. (Attachments: # 1 Exhibit Exhibits to Declaration)(Gielata, Joseph) (Entered: 06/22/2006) |

| 07/03/2006 | 21 | REPLY BRIEF re 13 MOTION Appointment of Lead Plaintiff and Lead Counsel filed by Samuel I. Hyland. (Gielata, Joseph) (Entered: 07/03/2006) |
| 07/07/2006 | 22 | RESPONSE to Motion re 18 MOTION for Modification of the PSLRA Stay of Discovery filed by J.P. Morgan Securities Inc.. (Robinson, Michael) (Entered: 07/07/2006) |
| 07/07/2006 | 23 | Letter to the Honorable Joseph J. Farnan, Jr. from Pamela S. Tikellis regarding Hyland Motion to Modify PSLRA Stay of Discovery - re 18 MOTION for Modification of the PSLRA Stay of Discovery, 19 Opening Brief in Support. (Tikellis, Pamela) (Entered: 07/07/2006) |
| 07/14/2006 | 24 | REPLY BRIEF re 18 MOTION for Modification of the PSLRA Stay of Discovery filed by Samuel I. Hyland. (Gielata, Joseph) (Entered: 07/14/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/08/2006 18:51:42 | | | |
| **PACER Login:** | wh0009 | **Client Code:** | 03282001 |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-00224-JJF Start date: 1/1/1970 End date: 8/8/2006 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |