## CERTIFICATE OF SERVICE

I, Daniel J. Brown, do hereby certify that on this 9th day of August, 2006, I caused copies of the foregoing Dr. Blau's Status Report Pursuant to the Court's February 7 and 9, 2006 Orders Staying and Administratively closing Case. No. 05-162 to be served in the manner indicated below.

**BY E-FILING:**

Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809

Michael Ray Robinson
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

_/s/ Daniel J. Brown_
Daniel J. Brown (#4688)