# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
Robinson@rlf.com

August 9, 2006

**BY ELECTRONIC FILING**
**AND BY HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

>         Re:    **STATUS REPORT:**
>                 _**Hyland v. Harrison**_, **Case No. 1:05-cv-162**

Dear Judge Farnan:

On February 7, 2006, this Court stayed the above-referenced action pending resolution of a related case in the United States District Court for the Northern District of Illinois, _Blau v. Harrison_. I write on behalf of all parties (except for Dr. Stephen Blau) to provide this status report pursuant to paragraph 2 of the Court's February 9, 2006 order administratively closing this action.

As the Court may recall, at the time of the above-referenced orders, defendants in _Blau_ had filed a motion to dismiss and the parties had fully briefed their arguments relating thereto. On March 24, 2006, Judge William J. Hibbler denied the motion. Defendants and third parties have begun to produce documents in response to a first request for production from the _Blau_ plaintiff. Defendants are continuing to obtain, review and compile non-privileged documents responsive to Blau's document requests. No depositions have been taken to date.

In a related matter, on March 21, 2006, one of the plaintiffs in the instant action (Mr. Hyland) filed a second action in this Court captioned _Hyland v. J.P. Morgan Securities Inc._, No. 06-0224. This new action ("_Hyland II_") brings claims based upon the same transaction as the instant action, except that _Hyland II_ names J.P. Morgan Securities Inc. as the sole defendant. On April 16, 2006, Blau's counsel filed a motion on this docket to enforce the stay order of February 7 by consolidating the two _Hyland_ actions under the caption of the instant, stayed case. Hyland opposed such consolidation. Defendants to both actions filed papers endorsing a stay. The Court has not yet ruled on this motion. On June 12, 2006, Hyland moved for appointment as lead plaintiff in _Hyland II_. Defendant took the position that the motion was premature, reserving the right to oppose it at a later date. On June 22, 2006, Hyland filed a motion to modify the PSLRA's automatic discovery stay, which defendant opposed.

RLF1-3046453-1

Honorable Joseph J. Farnan, Jr.
August 9, 2006
Page 2


On April 6, 2006, Hyland moved the Judicial Panel on Multidistrict Litigation, (the "Panel") pursuant to 28 U.S.C. § 1407 for centralization of related actions with requesting that the two Delaware actions as well as *Blau* be centralized here in Delaware. Blau filed an opposition to the motion. Defendants filed a response supporting centralization and proposing pre-trial consolidation in the Southern District of New York where defendants (and plaintiff Blau) are located. On July 27, 2006, the Panel heard oral argument on Hyland's motion and took the matter under submission. Relatedly, a motion by defendants in *Blau* to transfer the action to the Southern District of New York is *sub judice*.

Finally, on June 26, 2006, plaintiffs Hyland and Speakman filed a motion to amend their complaint in this action. Blau and the defendants reserved their respective rights to respond to this motion at such time as the stay order may be lifted.

If the Court should have any questions or concerns, counsel remains available at the Court's convenience.

Respectfully submitted,

Michael R. Robinson
(DSBA # 4452)

MRR:mr

cc:    Clerk of Court (By Electronic Filing)
       Joseph N. Gielata, Esq. (By Electronic Filing)
       Michael A. Cooper, Esq. (By Email)
       Nancy E. Schwarzkopf, Esq. (By Email)
       Pamela Tikellis, Esq. (By Electronic Filing)