

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5691

**August 31, 20006**

Mr. Peter T. Dalleo, Clerk
United States District Court
4209 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

Re:   Samuel I. Hyland vs. William B. Harrison, Jr.
      Your case Numbers:  1:05-162
      Our case number: 06C4675

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it will be directly assigned to Judge David H. Coar.

Please forward your court file, a certified copy of the docket sheet and the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

                                   Sincerely,
                                   **Michael W. Dobbins**
                                   **Clerk**


                            by:    /s/ Thelma Murry-Sykes
                                   Docketing Supervisor

Enclosure 1

cc: Judicial Panel on Multidistrict Litigation



05cv162 JJF
FILED
SEP 0 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned