UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL I. HYLAND and STEPHANIE SPEAKMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM B. HARRISON, JR., HANS W. BECHERER, RILEY P. BECHTEL, FRANK A. BENNACK, JR., JOHN H. BIGGS, LAWRENCE A. BOSSIDY, M. ANTHONY BURNS, ELLEN V. FUTTER, WILLIAM H. GRAY, III, HELENE L. KAPLAN, LEE R. RAYMOND, JOHN R. STAFFORD, JPMORGAN CHASE & CO., and JAMES DIMON,<br><br>    Defendants. | Case No. 1:05-cv-162 (JJF) |
| Dr. Stephen Blau, Individually and On Behalf of All Others Similarly Situated,<br><br>    Intervenor. | |

## NOTICE OF WITHDRAW

TO:    Clerk of the Court
           District Court of Delaware
           800 N. King Street
           Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Daniel J. Brown, Esquire, as attorney for intervenor Dr. Stephen Blau.

                                                  CHIMICLES & TIKELLIS LLP

                                                  Daniel J. Brown (I.D. No. 4688)
                                                  Chimicles & Tikellis LLP
                                                  One Rodney Square
                                                  P.O. Box 1035
                                                  Wilmington, DE 19899
DATED: January 29, 2007                     (302) 656-2500